**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Vegas Custom Glass, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **85-3821419** |

| | |
|---|---|
| 4. Debtor's address | **Principal place of business** |

**Principal place of business**

**6255 Mcleod Dr. Ste 21**
**Las Vegas, NV 89120**
Number, Street, City, State & ZIP Code

**Clark**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **https://vegascustomglass.com/** |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor   **Vegas Custom Glass, LLC**                                    Case number (*if known*) _____
         Name

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   __2381__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

  ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

| Debtor | **Vegas Custom Glass, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | Case number, if known |

**11. Why is the case filed in *this district?***

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor   **Vegas Custom Glass, LLC**                                                  Case number (*if known*)
         Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million          ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million         ☐ More than $50 billion

| Debtor | **Vegas Custom Glass, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

---

| **Request for Relief, Declaration, and Signatures** |
|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July  9, 2025**
MM / DD / YYYY

**X** **/s/ Vincent Regala** _____         **Vincent Regala** _____
Signature of authorized representative of debtor                        Printed name

Title    **Owner**

---

**18. Signature of attorney**

**X** **/s/ James T. Leavitt, Esq.** _____         Date    **July  9, 2025**
Signature of attorney for debtor                                                                    MM / DD / YYYY

**James T. Leavitt, Esq. 012803**
Printed name

**Leavitt Legal Services, P.C.**
Firm name

**601 S. 6th Street**
**Las Vegas, NV 89101**
Number, Street, City, State & ZIP Code

Contact phone    **(702) 385-7444**          Email address    **jamestleavittesq@gmail.com,**
                                                                                                  **leavittecf@gmail.com**

**012803 NV**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name     **Vegas Custom Glass, LLC**

United States Bankruptcy Court for the:     DISTRICT OF NEVADA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐     *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐     *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐     *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐     *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐     *Schedule H: Codebtors* (Official Form 206H)
☐     *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐     Amended *Schedule*
☐     *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐     Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July  9, 2025**          X **/s/ Vincent Regala**
                                              Signature of individual signing on behalf of debtor

                                              **Vincent Regala**
                                              Printed name

                                              **Owner**
                                              Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Vegas Custom Glass, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEVADA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ally Financial 500 Woodward Ave Detroit, MI 48226** | | **Personal loan** | | | | **$100,000.00** |
| **Bank of America PO Box 25118 Tampa, FL 33622** | | **Business Advantage Travel Rewards vis 5087** | | | | **$46,336.02** |
| **Bank of America PO Box 25118 Tampa, FL 33622-5710** | | | | | | **$35,752.57** |
| **E Financial Tree 201 Broad St Suite 1002 Stamford, CT 06901** | | **90 days or less: Quickbooks - current** | | **$140,000.00** | **$123,567.02** | **$140,000.00** |
| **Empire CAT Rental 3300 St Rose Pkwy Henderson, NV 89052** | | **Trade debt** | | | | **$40,000.00** |
| **Fox Funding 803 S 21st Ave Hollywood, FL 33020** | | **90 days or less: Quickbooks - current** | | **$205,602.04** | **$123,567.02** | **$205,602.04** |
| **Glass Supply Inc 2975 S Highland Dr Las Vegas, NV 89109** | | **Trade debt** | | | | **$11,000.00** |
| **GlassWerks LA Inc 8600 Rheem Ave South Gate, CA 90280** | | **Trade debt** | | | | **$35,000.00** |
| **Hammond Caulking 3355 W Lake Mead Blvd #100 North Las Vegas, NV 89032** | | **Trade debt** | | | | **$8,000.00** |

Debtor  **Vegas Custom Glass, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Howard and Howard The Wells Fargo Tower 3800 Howard Hughes Pkwy Las Vegas, NV 89169** | | **Legal Fees** | | | | **$35,000.00** |
| **Internal Revenue Service Ogden, UT 84201** | | **Federal tax/2023 Business tax** | | | | **$43,000.00** |
| **International Window Company 2455 Wardlow Rd Corona, CA 92878** | | **Trade debt** | | | | **$15,000.00** |
| **PRL** | | **Trade debt** | | | | **$30,000.00** |
| **Quickbridge 46 Discovery Suite 200 Irvine, CA 92618** | | **90 days or less: Quickbooks - current** | | **$36,016.32** | **$123,567.02** | **$12,449.30** |
| **Quickbridge 46 Discovery Suite 200 Irvine, CA 92618** | | **90 days or less: Quickbooks - current** | | **$46,763.13** | **$123,567.02** | **$46,763.13** |
| **Quickbridge 46 Discovery Suite 200 Irvine, CA 92618** | | **90 days or less: Quickbooks - current** | | **$70,999.92** | **$123,567.02** | **$70,999.92** |
| **School Guard Glass 14 Federico Drive Pittsfield, MA 01201** | | **Trade debt** | | | | **$8,000.00** |
| **Smalley & Company 5295 Procyon St #100 Las Vegas, NV 89118** | | **Trade debt** | | | | **$25,000.00** |
| **Southern Nevada Glaziers and Fabricators PO Box 400608 Las Vegas, NV 89140** | | **90 days or less: Quickbooks - current** | | **$144,160.24** | **$123,567.02** | **$144,160.24** |
| **Stanley Doors 65 Scott Swamp Road Farmington, CT 06032** | | **Trade debt** | | | | **$23,538.00** |

**Fill in this information to identify the case:**

Debtor name    **Vegas Custom Glass, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

---

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*....................................................................................    $     **0.00**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*.................................................................................    $     **298,039.24**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*...................................................................................    $     **298,039.24**

---

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $     **748,541.65**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................    $     **43,000.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$     **414,226.59**

4.   Total liabilities ...........................................................................................................
   Lines 2 + 3a + 3b          $     **1,205,768.24**

**Fill in this information to identify the case:**

Debtor name    **Vegas Custom Glass, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America Checking account #501029820184** | **Checking** | 0184 | $22,142.78 |
| 3.2. | **Bank of America Savings account #501029731299** | **Savings** | 1299 | $329.44 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.           $22,472.22

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Ribeiro Comapanies - Lease** | $2,500.00 |
|---|---|---|

Debtor   **Vegas Custom Glass, LLC**                                     Case number *(If known)* _____
         Name

| | | |
|---|---|---|
| 7.2. | **Ribeiro companies Lease - Security depposit** | **$2,500.00** |

| | | |
|---|---|---|
| 7.3. | **2007 Chevy Silverado 2500** | **$5,500.00** |

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

9.      **Total of Part 2.**                                                            | **$10,500.00** |
        Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

        11a. 90 days old or less:        **123,567.02**      -      **0.00**     = ....        **$123,567.02**
                                         face amount                 doubtful or uncollectible accounts

12.     **Total of Part 3.**                                                            | **$123,567.02** |
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

| Debtor | **Vegas Custom Glass, LLC** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

39. **Office furniture**

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**
**8 computers, 1 tv, office desks and chairs** ........ $0.00 _____ $17,000.00

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86. | $17,000.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **1999 Ford F250** | $0.00 | | $2,500.00 |
| 47.2.  **2015 Chevy Silverado 2500** | $0.00 | | $15,000.00 |
| 47.3.  **2007 Chevy Silverado 2500** | $0.00 | | $6,500.00 |
| 47.4.  **2013 Ford F-150** | $0.00 | | $12,000.00 |
| 47.5.  **2001 Chevy Silverado 2500** | $0.00 | | $15,000.00 |
| 47.6.  **2008 Mitsubishi Fuso Flat Bed** | $0.00 | | $12,000.00 |
| 47.7.  **2015 Dodge Ram** | $0.00 | | $6,000.00 |
| 47.8.  **2006 Chevy Silverado 2500** | $0.00 | | $5,500.00 |

Debtor  **Vegas Custom Glass, LLC**
_____  Case number *(If known)* _____
Name

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**
**Chop saws, suction cups, basic tools**_____  $0.00 _____  $30,000.00

   **Shower hardware, storefront material**_____  $0.00 _____  $20,000.00

51. **Total of Part 8.**                                              | $124,500.00
Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | **Real property** |
54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor   **Vegas Custom Glass, LLC**
_____     Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $22,472.22 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $10,500.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $123,567.02 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $17,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $124,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.........................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $298,039.24 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $298,039.24 |

**Fill in this information to identify the case:**

Debtor name **Vegas Custom Glass, LLC**

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | Amount of claim | Value of collateral that supports this claim |
| | Do not deduct the value of collateral. | |

| 2.1 | **Ally Financial** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | **$5,000.00** | **$123,567.02** |
| | | **90 days or less: Quickbooks - current** | | |
| | **500 Woodward Ave**<br>**Detroit, MI 48226** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ■ No | | |
| | **2/18/21** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **4879** | As of the petition filing date, the claim is: | | |
| | **Do multiple creditors have an interest in the same property?** | Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| 2.2 | **Ally Financial** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | **$0.00** | **$15,000.00** |
| | | **2015 Chevy Silverado 2500** | | |
| | **500 Woodward Ave**<br>**Detroit, MI 48226** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is:<br>Check all that apply | | |

Debtor    **Vegas Custom Glass, LLC**
_____    Case number (if known) _____
Name

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Alo Capital Group** | Describe debtor's property that is subject to a lien | $100,000.00 | $123,567.02 |
|---|---|---|---|---|
| | Creditor's Name | **90 days or less: Quickbooks - current** | | |

**18851 NE 29th Ave
Miami, FL 33180**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred
6/9/25
Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ■ Yes. Specify each creditor, including this creditor and its relative priority.
  1. **Alo Capital Group**
  2. **Quickbridge**
  3. **Fox Funding**
  4. **E Financial Tree**
  5. **Quickbridge**
  6. **Quickbridge**
  7. **Southern Nevada Glaziers and Fabricators**

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.4 | **E Financial Tree** | Describe debtor's property that is subject to a lien | $140,000.00 | $123,567.02 |
|---|---|---|---|---|
| | Creditor's Name | **90 days or less: Quickbooks - current** | | |

**201 Broad St Suite 1002
Stamford, CT 06901**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☐ No
- ■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred
5/19/25
Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ■ Yes. Specify each creditor, including this creditor and its relative priority.
  **Specified on line 2.3**

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.5 | **Fox Funding** | Describe debtor's property that is subject to a lien | $205,602.04 | $123,567.02 |
|---|---|---|---|---|

---

Debtor    **Vegas Custom Glass, LLC**
_____    Case number (if known) _____
Name

---

Creditor's Name

**803 S 21st Ave**
**Hollywood, FL 33020**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**4/1/25**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

**90 days or less: Quickbooks - current**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Quickbridge** | **Describe debtor's property that is subject to a lien** | $36,016.32 | $123,567.02 |
|---|---|---|---|---|

Creditor's Name

**46 Discovery Suite 200**
**Irvine, CA 92618**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**11/6/24**
**Last 4 digits of account number**
**5027**
**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

**90 days or less: Quickbooks - current**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Quickbridge** | **Describe debtor's property that is subject to a lien** | $46,763.13 | $123,567.02 |
|---|---|---|---|---|

Creditor's Name

**46 Discovery Suite 200**
**Irvine, CA 92618**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**10/4/24**
**Last 4 digits of account number**
**5026**
**Do multiple creditors have an interest in the same property?**

**90 days or less: Quickbooks - current**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor **Vegas Custom Glass, LLC**

Case number (if known) _____

Name

☐ No

☐ Contingent
☐ Unliquidated
☐ Disputed

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

---

| 2.8 | **Quickbridge** | Describe debtor's property that is subject to a lien | $70,999.92 | $123,567.02 |
|---|---|---|---|---|

Creditor's Name

**90 days or less: Quickbooks - current**

**46 Discovery Suite 200
Irvine, CA 92618**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**1/16/25**

**Last 4 digits of account number**
**5028**

**Do multiple creditors have an interest in the same property?**
☐ No

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

---

| 2.9 | **Southern Nevada Glaziers and Fabricators** | Describe debtor's property that is subject to a lien | $144,160.24 | $123,567.02 |
|---|---|---|---|---|

Creditor's Name

**90 days or less: Quickbooks - current**

**PO Box 400608
Las Vegas, NV 89140**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**4/1/2025**

**Last 4 digits of account number**
**5872**

**Do multiple creditors have an interest in the same property?**
☐ No

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

---

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $748,541.65 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

---

Debtor    **Vegas Custom Glass, LLC**
          Name

Case number (*if known*) _____

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Christensen James and Martin CHTD**<br>**7440 W Sahara**<br>**Las Vegas, NV 89117** | Line __2.9__ | |
| **Joe Lieberman, ESQ**<br>**Lieberman and Klestzick, LLP**<br>**PO Box 356**<br>**Cedarhurst, NY 11516** | Line __2.5__ | |

**Fill in this information to identify the case:**

Debtor name **Vegas Custom Glass, LLC**

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address **Internal Revenue Service** Ogden, UT 84201 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $43,000.00 | $43,000.00 |

Date or dates debt was incurred

Basis for the claim:
**Federal tax/2023 Business tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address **Ally Financial** **500 Woodward Ave** **Detroit, MI 48226** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: **Personal loan** Is the claim subject to offset? ☐ No  ☐ Yes | $100,000.00 |
| **3.2** Nonpriority creditor's name and mailing address **Bank of America** **PO Box 25118** **Tampa, FL 33622-5710** Date(s) debt was incurred **10/14/22** Last 4 digits of account number **0041** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No  ☐ Yes | $35,752.57 |

Debtor    **Vegas Custom Glass, LLC**
_____
Name

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $46,336.02 |
|---|---|---|---|

**Bank of America**
**PO Box 25118**
**Tampa, FL 33622**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred  **7/9/23**

Basis for the claim:  **Business Advantage Travel Rewards vis 5087**

Last 4 digits of account number  **0099**

Is the claim subject to offset? ■ No □ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,600.00 |
|---|---|---|---|

**C.R. Laurence Co Inc**
**2503 E Vernon Ave**
**Los Angeles, CA 90058**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No □ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,000.00 |
|---|---|---|---|

**Empire CAT Rental**
**3300 St Rose Pkwy**
**Henderson, NV 89052**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? □ No □ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,000.00 |
|---|---|---|---|

**Glass Supply Inc**
**2975 S Highland Dr**
**Las Vegas, NV 89109**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No □ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,000.00 |
|---|---|---|---|

**GlassWerks LA Inc**
**8600 Rheem Ave**
**South Gate, CA 90280**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No □ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,000.00 |
|---|---|---|---|

**Hammond Caulking**
**3355 W Lake Mead Blvd #100**
**North Las Vegas, NV 89032**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No □ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,000.00 |
|---|---|---|---|

**Howard and Howard**
**The Wells Fargo Tower**
**3800 Howard Hughes Pkwy**
**Las Vegas, NV 89169**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Legal Fees**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No □ Yes

---

Debtor    **Vegas Custom Glass, LLC**

Case number (*if known*) _____

Name

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,000.00 |

**International Window Company**
**2455 Wardlow Rd**
**Corona, CA 92878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/18/2025

Basis for the claim:  Trade debt

Last 4 digits of account number  3008

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |

**PRL**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _____

Basis for the claim:  Trade debt

Last 4 digits of account number  _____

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,000.00 |

**School Guard Glass**
**14 Federico Drive**
**Pittsfield, MA 01201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _____

Basis for the claim:  Trade debt

Last 4 digits of account number  0635

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |

**Smalley & Company**
**5295 Procyon St #100**
**Las Vegas, NV 89118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _____

Basis for the claim:  Trade debt

Last 4 digits of account number  _____

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,538.00 |

**Stanley Doors**
**65 Scott Swamp Road**
**Farmington, CT 06032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _____

Basis for the claim:  Trade debt

Last 4 digits of account number  _____

Is the claim subject to offset? ☑ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $                43,000.00 |
| 5b. Total claims from Part 2 | 5b.  +  $ | 414,226.59 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $                457,226.59 |

---

**Fill in this information to identify the case:**

Debtor name    **Vegas Custom Glass, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    _____

☐ Check if this is an
   amended filing

---

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                        12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
     (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.**   State what the contract or lease is for and the nature of the debtor's interest — **411 E. Bonneville** | |
| State the term remaining | |
| List the contract number of any government contract | **Blusky Restoration Contractors** |
| **2.2.**   State what the contract or lease is for and the nature of the debtor's interest — **Cimmaron High School** | |
| State the term remaining | **Boyd Martin Construction** |
| List the contract number of any government contract | **5965 McLeod Dr**<br>**Las Vegas, NV 89120** |
| **2.3.**   State what the contract or lease is for and the nature of the debtor's interest — **Desert Willow** | |
| State the term remaining | |
| List the contract number of any government contract | **Builders United** |
| **2.4.**   State what the contract or lease is for and the nature of the debtor's interest — **FWRC** | |
| State the term remaining | |
| List the contract number of any government contract | **Builders United** |

---

Debtor 1    **Vegas Custom Glass, LLC**

First Name          Middle Name          Last Name

Case number *(if known)*

---

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Ong Shaw Residence - Railing** |
| | State the term remaining | |
| | List the contract number of any government contract | **ES Oasis LLC** |

| | | |
|---|---|---|
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Winchell Residence** |
| | State the term remaining | |
| | List the contract number of any government contract | **Forte Specialty Contractors**<br>**3451 W Martin Ave C**<br>**Las Vegas, NV 89118** |

| | | |
|---|---|---|
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Anderson Residence** |
| | State the term remaining | |
| | List the contract number of any government contract | **Forte Specialty Contractors**<br>**3451 W Martin Ave C**<br>**Las Vegas, NV 89118** |

| | | |
|---|---|---|
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Burlington #1691** |
| | State the term remaining | |
| | List the contract number of any government contract | **Grey West Construction** |

| | | |
|---|---|---|
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Alorah Health** |
| | State the term remaining | |
| | List the contract number of any government contract | **Legay Jones LLC** |

---

Debtor 1    **Vegas Custom Glass, LLC**
     First Name         Middle Name        Last Name

Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest — **LAS Airport Remodel A&C Gate Expansion** | |
| State the term remaining | |
| List the contract number of any government contract | **Martin Harris Construction** **3030 S Highland Dr** **Las Vegas, NV 89109** |
| **2.11.** State what the contract or lease is for and the nature of the debtor's interest — **Sunset Station Club Madrid** | |
| State the term remaining | |
| List the contract number of any government contract | **Martin Harris Construction** **3030 S Highland Dr** **Las Vegas, NV 89109** |
| **2.12.** State what the contract or lease is for and the nature of the debtor's interest — **Doris Hancock Elementary** | |
| State the term remaining | |
| List the contract number of any government contract | **Martin Harris Construction** **3030 S Highland Dr** **Las Vegas, NV 89109** |
| **2.13.** State what the contract or lease is for and the nature of the debtor's interest — **Sunset Station Ph II & III** | |
| State the term remaining | |
| List the contract number of any government contract | **Martin Harris Construction** **3030 S Highland Dr** **Las Vegas, NV 89109** |
| **2.14.** State what the contract or lease is for and the nature of the debtor's interest — **UMC Remodel** | |
| State the term remaining | |
| List the contract number of any government contract | **Monument Construction - 25th** |

Debtor 1  **Vegas Custom Glass, LLC**                                    Case number (*if known*) _____

       First Name          Middle Name        Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Regal Storage** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Ochoa** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Rick Owens at FountaineBleu** | |
|---|---|---|---|
| | State the term remaining | | **PWI Construction Inc** |
| | List the contract number of any government contract | _____ | **3902 W Martin Ave** **Las Vegas, NV 89118** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Crosby Residence** | |
|---|---|---|---|
| | State the term remaining | | **Vegas Remodels** |
| | List the contract number of any government contract | _____ | **1620 Raiders Way Suite 130** **Henderson, NV 89052** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Business location lease** | |
|---|---|---|---|
| | State the term remaining | **3 years** | **Vincent Regala** |
| | List the contract number of any government contract | _____ | **3750 Salt Cedar Ln** **Las Vegas, NV 89121** |

**Fill in this information to identify the case:**

Debtor name    **Vegas Custom Glass, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                          *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Vincent Regala** | **3750 Salt Cedar Ln**<br>**Las Vegas, NV 89121** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Vincent Regala** | **3750 Salt Cedar Ln**<br>**Las Vegas, NV 89121** | **Ally Financial** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.3 | **Vincent Regala** | **3750 Salt Cedar Ln**<br>**Las Vegas, NV 89121** | **E Financial Tree** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Vincent Regala** | **3750 Salt Cedar Ln**<br>**Las Vegas, NV 89121** | **Fox Funding** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Vincent Regala** | **3750 Salt Cedar Ln**<br>**Las Vegas, NV 89121** | **Quickbridge** | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |

Official Form 206H                    Schedule H: Your Codebtors                    Page 1 of 1

**Fill in this information to identify the case:**

Debtor name  **Vegas Custom Glass, LLC**

United States Bankruptcy Court for the:  DISTRICT OF NEVADA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).**

### Part 1:    Income

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$58,334.00** |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other  _____ | **$100,000.00** |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other  _____ | **$80,000.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | **Vegas Custom Glass, LLC** | Case number *(if known)* | |
|---|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

Debtor    **Vegas Custom Glass, LLC**                                    Case number *(if known)*

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Forte Specialty Contractors**<br>**3451 W Martin Ave C  89118**<br>**Las Vegas, NV 89118** | **Furnish and install shower glass for**<br>**Ronald McDonald Foundation**<br><br>**May 2025** | | **$1,200.00** |
| | Recipients relationship to debtor<br>**General Contractor** | | | |

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **DECAF**<br>**114 Goliad St**<br>**Fort Worth, TX 76126** | **Debtor education course** | **6/27/25** | **$50.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Leavitt Legal Services, P.C.**<br>**601 S. 6th Street**<br>**Las Vegas, NV 89101** | **Attorney Fees** | **7/3/2025**<br>**$12,500.00**<br>**7/7/2025**<br>**$12,500.00** | **$25,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

---

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page **3**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Vegas Custom Glass, LLC**                                        Case number *(if known)*

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement.**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **5924 Sleepy Fawn Dr Las Vegas, NV 89142** | **2012-2023** |

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor   **Vegas Custom Glass, LLC**                                      Case number *(if known)*

---

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

    | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
    |---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

    | Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
    |---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

    | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
    |---|---|---|---|

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

    | Case title Case number | Court or agency name and address | Nature of the case | Status of case |
    |---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

---

| Debtor | **Vegas Custom Glass, LLC** | Case number *(if known)* | |
|---|---|---|---|

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **CKR Financial Services**<br>**5250 S Pecos Rd Ste 102**<br>**Las Vegas, NV 89120** | **2023-2024** |
| 26a.2. | **3 Clicks Bookkeeping** | **2024-present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.1. | **CKR Financial Services**<br>**5250 S Pecos Rd Ste 102**<br>**Las Vegas, NV 89120** | **2024-2025** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are<br>unavailable, explain why |
|---|---|---|
| 26c.1. | **3 Clicks Bookkeeping** | |
| 26c.2. | **Juvani Paderanga**<br>**3750 Salt Cedar Ln**<br>**Las Vegas, NV 89121** | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Vegas Custom Glass, LLC**                                        Case number *(if known)*

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
| --- |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- | --- |
| 27.1. | Vincent Regala | June 2025 | $20,000.00 Hardware for glass and glazing |

| Name and address of the person who has possession of inventory records |
| --- |
| Vincent Regala<br>3750 Salt Cedar Ln<br>Las Vegas, NV 89121 |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Vincent Regala | 3750 Salt Cedar Ln<br>Las Vegas, NV 89121 | Owner | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

Debtor    **Vegas Custom Glass, LLC**                                    Case number *(if known)*

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| **Southern Nevada Glaziers and Fabricators Pension Trust Fund** | **EIN:    85-3821419** |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __July  9, 2025__

__/s/ Vincent Regala__                                  __Vincent Regala__
Signature of individual signing on behalf of the debtor             Printed name

Position or relationship to debtor    **Owner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Nevada

In re    **Vegas Custom Glass, LLC**                                      Case No. _____

                                        Debtor(s)                  Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
      compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
      be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |
|---|---|
| For legal services, I have agreed to accept | $    **25,000.00** |
| Prior to the filing of this statement I have received | $    **25,000.00** |
| Balance Due | $    **0.00** |

2.    The source of the compensation paid to me was:

      ■ Debtor        ☐ Other (specify):

3.    The source of compensation to be paid to me is:

      ■ Debtor        ☐ Other (specify):

4.    ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
      copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
      b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
      c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
      d.  [Other provisions as needed]
          **Negotiations with secured creditors in regard to lift stay motions, adequate protection orders and motion to
          reduce liens to market value; and exemption planning. In Chapter 13 and Chapter 11, preparation of plan and
          proceedings necessary for plan confirmation.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
          **Representation of the debtors in any dischargeability actions, judicial lien avoidances, or any other adversary
          proceeding, unless separate agreement is made.**

---

**CERTIFICATION**

        I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**July  9, 2025**                                   /s/ James T. Leavitt, Esq.
_Date_                                              **James T. Leavitt, Esq. 012803**
                                                    _Signature of Attorney_
                                                    **Leavitt Legal Services, P.C.**
                                                    **601 S. 6th Street**
                                                    **Las Vegas, NV 89101**
                                                    **(702) 385-7444   Fax: (702) 925-7444**
                                                    **jamestleavittesq@gmail.com, leavittecf@gmail.com**
                                                    _Name of law firm_

# United States Bankruptcy Court
## District of Nevada

In re  **Vegas Custom Glass, LLC**

Debtor(s)

Case No.

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

-NONE-

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Owner** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **July  9, 2025**

Signature  **/s/ Vincent Regala**

**Vincent Regala**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Nevada

In re    **Vegas Custom Glass, LLC**                                    Case No. _____

                                    Debtor(s)         Chapter    **11**  _____

# VERIFICATION OF CREDITOR MATRIX

I, the Owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **July  9, 2025**_____         **/s/ Vincent Regala**_____

                                    **Vincent Regala/Owner**
                                    Signer/Title

Vegas Custom Glass, LLC
6255 Mcleod Dr. Ste 21
Las Vegas, NV 89120

James T. Leavitt, Esq.
Leavitt Legal Services, P.C.
601 S. 6th Street
Las Vegas, NV 89101

Ally Financial
Acct No xxx-xxxx-x4879
500 Woodward Ave
Detroit, MI 48226

Ally Financial
500 Woodward Ave
Detroit, MI 48226

Alo Capital Group
18851 NE 29th Ave
Miami, FL 33180

Bank of America
Acct No xxxx xxxx xxxx 0041
PO Box 25118
Tampa, FL 33622-5710

Bank of America
Acct No xxxx xxxx xxxx 0099
PO Box 25118
Tampa, FL 33622

Blusky Restoration Contractors

Boyd Martin Construction
5965 McLeod Dr
Las Vegas, NV 89120

Builders United

C.R. Laurence Co Inc
2503 E Vernon Ave
Los Angeles, CA 90058

Christensen James and Martin CHTD
Acct No xxxxxx5872
7440 W Sahara
Las Vegas, NV 89117

E Financial Tree
201 Broad St Suite 1002
Stamford, CT 06901

Empire CAT Rental
3300 St Rose Pkwy
Henderson, NV 89052

ES Oasis LLC

Forte Specialty Contractors
3451 W Martin Ave C
Las Vegas, NV 89118

Fox Funding
803 S 21st Ave
Hollywood, FL 33020

Glass Supply Inc
2975 S Highland Dr
Las Vegas, NV 89109

GlassWerks LA Inc
8600 Rheem Ave
South Gate, CA 90280

Grey West Construction

Hammond Caulking
3355 W Lake Mead Blvd #100
North Las Vegas, NV 89032

Howard and Howard
The Wells Fargo Tower
3800 Howard Hughes Pkwy
Las Vegas, NV 89169

Internal Revenue Service
Ogden, UT 84201

International Window Company
Acct No x3008
2455 Wardlow Rd
Corona, CA 92878

Joe Lieberman, ESQ
Lieberman and Klestzick, LLP
PO Box 356
Cedarhurst, NY 11516

Legay Jones LLC

Martin Harris Construction
3030 S Highland Dr
Las Vegas, NV 89109

Monument Construction - 25th

Ochoa

PRL

PWI Construction Inc
3902 W Martin Ave
Las Vegas, NV 89118

Quickbridge
Acct No xxx-xxxxx5-02-7
46 Discovery Suite 200
Irvine, CA 92618

Quickbridge
Acct No xxx-xxxxx5-02-6
46 Discovery Suite 200
Irvine, CA 92618

Quickbridge
Acct No xxx-xxxxx5-02-8
46 Discovery Suite 200
Irvine, CA 92618

School Guard Glass
Acct No xx0635
14 Federico Drive
Pittsfield, MA 01201

Smalley & Company
5295 Procyon St #100
Las Vegas, NV 89118

Southern Nevada Glaziers and Fabricators
Acct No xxxxxx5872
PO Box 400608
Las Vegas, NV 89140

Stanley Doors
65 Scott Swamp Road
Farmington, CT 06032

Vegas Remodels
1620 Raiders Way Suite 130
Henderson, NV 89052

Vincent Regala
3750 Salt Cedar Ln
Las Vegas, NV 89121

# United States Bankruptcy Court
## District of Nevada

In re  **Vegas Custom Glass, LLC** _____     Case No. _____

                                     Debtor(s)     Chapter   **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Vegas Custom Glass, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]


**July  9, 2025** _____          **/s/ James T. Leavitt, Esq.** _____
Date                                                                        **James T. Leavitt, Esq. 012803**

                                                        Signature of Attorney or Litigant
                                                        Counsel for   **Vegas Custom Glass, LLC** _____

                                                        **Leavitt Legal Services, P.C.**
                                                        **601 S. 6th Street**
                                                        **Las Vegas, NV 89101**
                                                        **(702) 385-7444 Fax:(702) 925-7444**
                                                        **jamestleavittesq@gmail.com, leavittecf@gmail.com**