NVB 1007–4 (Rev. 3/22)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:

VEGAS CUSTOM GLASS, LLC

Debtor(s)

BK–25–13929–mkn
CHAPTER 11

NOTICE OF INCOMPLETE
AND/OR DEFICIENT FILING

**NOTICE IS GIVEN** that the above debtor(s) filed a Voluntary Petition on 7/9/25. Pursuant to the Federal Rules of Bankruptcy Procedure and the Local Rules for the District of Nevada, the Clerk has noted deficiencies to the petition and/or schedules and statements of this debtor(s) as listed below. This Notice advises the debtor(s) of deficiencies noted by the Clerk in the filing of the Voluntary Petition and related documents. This Notice does not cover all duties and requirements a debtor must perform, and there may be other deficiencies not noted below. **Failure to cure the deficiencies within the time allowed by law or by an extension granted by court order may result in the dismissal of this case.**

VOLUNTARY PETITION:

* The Voluntary Petition did not have attached to it a true copy of the resolution of the corporation's board of directors authorizing the filing. [CORPORATIONS ONLY]

CHAPTER 11 BALANCE SHEET, OPERATIONS AND CASH–FLOW STATEMENT AND INCOME TAX RETURNS (SMALL BUSINESS DEBTORS ONLY):

* The petition discloses that the debtor is a small business debtor under 11 U.S.C. Section 101(51D). The following financial statements of the small business debtor, required pursuant to 11 U.S.C. Section 1116(1), were not filed with the Voluntary Petition:
    * The small business debtor's most recent balance sheet.
    * The small business debtor's most recent statement of operations.
    * The small business debtor's most recent cash–flow statement.
    * The small business debtor's most recent federal income tax return.
    * The small business debtor's statement made under penalty of perjury that no balance sheet, statement of operations or cash–flow statement has been prepared and no federal tax return has been filed.

**NOTICE IS FURTHER GIVEN** that the Federal Rules of Bankruptcy Procedure, Local Rules and Electronic Filing Procedures are available on the court's web site at http://www.nvb.uscourts.gov.

Dated: 7/10/25

*Daniel S. Owens*

Daniel S. Owens

Clerk of Court