Terri H. Didion, Assistant United States Trustee
State Bar # CA 133491
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
300 Las Vegas Boulevard So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600
Facsimile:  (702) 388-6658
E-mail: terri.didion@usdoj.gov

Attorney for Peter C. Anderson
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA
SOUTHERN DIVISION**

| | |
|---|---|
| In re | Case No. 25-13929-mkn |
| VEGAS CUSTOM GLASS, LLC, | Chapter 11 |
| Debtor. | |

**NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE**

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

> Brian Shapiro
> 510 S. 8th Street
> Las Vegas, NV  89101
> Phone: (702) 386-8600
> E-mail: brian@trusteeshapiro.com

Dated: July 11, 2025                    PETER C. ANDERSON
                                        UNITED STATES TRUSTEE


                                        /s/ Terri H. Didion
                                        Assistant United States Trustee

Notice of Appointment of Subchapter V Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA
SOUTHERN DIVISION

IN RE: VEGAS CUSTOM GLASS, LLC          CASE NO. 25-13929-mkn

Debtor(s)                                CHAPTER 11

## VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a) am not a creditor, equity security holder or insider of the debtor;

(b) am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $650.00, in addition to seeking reimbursement for any actual and necessary expenses I incur.

I hereby accept my appointment as subchapter V trustee in this case pursuant to FRBP 2008.

Dated:    7-11-25                           /s/
                                            Brian D. Shapiro, Trustee

1