UNITED STATES BANKRUPTCY COURT
District of Nevada Las Vegas

| | |
|---|---|
| In re:<br>  VEGAS CUSTOM GLASS, LLC,<br>          Debtor(s). | Case No.: 25-13929<br>Chapter: 11 |

## PROOF OF SERVICE

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case.  I am employed by BMC Group, Inc., an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Rules 9001(9) and 2002(g)(4) of the Federal Rules of Bankruptcy Procedure.

I declare that on 07/11/2025, as directed by Office of the United States Trustee, true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated.  Such service was performed under my direct supervision, by employees of BMC Group, Inc.

[ECF 8]Notice of Appointment of Subchapter V Trustee and Verified Statement

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.
07/11/2025

*Tinamarie Feil*

Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com;
888.909.0100

**Exhibit A - Certificate of Service**
**VEGAS CUSTOM GLASS, LLC 25-13929**

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 24978 | Ally Financial , Acct No xxx-xxxx-x4879, 500 Woodward Ave, Detroit, MI, 48226-3416 | First Class |
| 24978 | Ally Financial , 500 Woodward Ave, Detroit, MI, 48226-3416 | First Class |
| 24978 | Alo Capital Group , 18851 NE 29th Ave, Miami, FL, 33180-2847, United States of America | First Class |
| 24978 | Bank of America , Acct No xxxx xxxx xxxx 0099, PO Box 25118, Tampa, FL, 33622-5118 | First Class |
| 24978 | Bank of America , Acct No xxxx xxxx xxxx 0041, PO Box 25118, Tampa, FL, 33622-5118 | First Class |
| 24978 | Boyd Martin Construction , 5965 McLeod Dr, Las Vegas, NV, 89120-3404 | First Class |
| 24978 | C.R. Laurence Co Inc , 2503 E Vernon Ave, Los Angeles, CA, 90058-1826 | First Class |
| 24978 | Christensen James and Martin CHTD , Acct No xxxxxx5872, 7440 W Sahara, Las Vegas, NV, 89117-2740 | First Class |
| 24978 | E Financial Tree , 201 Broad St Suite 1002, Stamford, CT, 06901-2004 | First Class |
| 24978 | Empire CAT Rental , 3300 St Rose Pkwy, Henderson, NV, 89052-3985 | First Class |
| 24978 | Forte Specialty Contractors , 3451 W Martin Ave C, Las Vegas, NV, 89118-4572 | First Class |
| 24978 | Fox Funding , 803 S 21st Ave, Hollywood, FL, 33020-6962 | First Class |
| 24978 | Glass Supply Inc , 2975 S Highland Dr, Las Vegas, NV, 89109-1011 | First Class |
| 24978 | GlassWerks LA Inc , 8600 Rheem Ave, South Gate, CA, 90280-3333 | First Class |
| 24978 | Hammond Caulking , 3355 W Lake Mead Blvd #100, North Las Vegas, NV, 89032-4901 | First Class |
| 24978 | Howard and Howard , The Wells Fargo Tower, 3800 Howard Hughes Pkwy, Las Vegas, NV, 89169-0972 | First Class |
| 24978 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA, PA, 19101-7346 | First Class |
| 24978 | International Window Company , Acct No x3008, 2455 Wardlow Rd, Corona, CA, 92878-5191 | First Class |
| 24978 | JAMES T. LEAVITT , LEAVITT LEGAL SERVICES, P.C., 601 SOUTH 6TH STREET, LAS VEGAS, NV, 89101-6919 | First Class |
| 24978 | Joe Lieberman, ESQ , Lieberman and Klestzick, LLP, PO Box 356, Cedarhurst, NY, 11516-0356 | First Class |
| 24978 | Martin Harris Construction , 3030 S Highland Dr, Las Vegas, NV, 89109-1047 | First Class |
| 24978 | PWI Construction Inc , 3902 W Martin Ave, Las Vegas, NV, 89118 | First Class |
| 24978 | Quickbridge , Acct No xxx-xxxxx5-02-8, 46 Discovery Suite 200, Irvine, CA, 92618-3123 | First Class |
| 24978 | Quickbridge , Acct No xxx-xxxxx5-02-7, 46 Discovery Suite 200, Irvine, CA, 92618-3123 | First Class |
| 24978 | Quickbridge , Acct No xxx-xxxxx5-02-6, 46 Discovery Suite 200, Irvine, CA, 92618-3123 | First Class |
| 24978 | School Guard Glass , Acct No xx0635, 14 Federico Drive, Pittsfield, MA, 01201-5518 | First Class |
| 24978 | Smalley & Company , 5295 Procyon St #100, Las Vegas, NV, 89118-1676 | First Class |
| 24978 | Southern Nevada Glaziers and Fabricators , Acct No xxxxxx5872, PO Box 400608, Las Vegas, NV, 89140-0608 | First Class |
| 24978 | Stanley Doors , 65 Scott Swamp Road, Farmington, CT, 06032-2803 | First Class |
| 24978 | United States Bankruptcy Court, 300 Las Vegas Blvd., South, Las Vegas, NV, 89101-5833, United States of America | First Class |
| 24978 | VEGAS CUSTOM GLASS, LLC , 6255 MCLEOD DR. STE 21, LAS VEGAS, NV, 89120-4075 | First Class |
| 24978 | Vegas Remodels , 1620 Raiders Way Suite 130, Henderson, NV, 89052-4631 | First Class |
| 24978 | Vincent Regala , 3750 Salt Cedar Ln, Las Vegas, NV, 89121-5932 | First Class |