United States Bankruptcy Court

District of Nevada

In re:                                                                Case No. 25-13929-mkn

VEGAS CUSTOM GLASS, LLC                                               Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0978-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 10, 2025 | Form ID: 309F2 | Total Noticed: 33 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##           Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | VEGAS CUSTOM GLASS, LLC, 6255 MCLEOD DR. STE 21, LAS VEGAS, NV 89120-4075 |
| 12652957 | + | Alo Capital Group, 18851 NE 29th Ave, Miami, FL 33180-2847 |
| 12652961 | + | Boyd Martin Construction, 5965 McLeod Dr, Las Vegas, NV 89120-3404 |
| 12652963 | + | C.R. Laurence Co Inc, 2503 E Vernon Ave, Los Angeles, CA 90058-1826 |
| 12652964 | + | Christensen James and Martin CHTD, Acct No xxxxxx5872, 7440 W Sahara, Las Vegas, NV 89117-2740 |
| 12652965 | + | E Financial Tree, 201 Broad St Suite 1002, Stamford, CT 06901-2004 |
| 12652966 | + | Empire CAT Rental, 3300 St Rose Pkwy, Henderson, NV 89052-3985 |
| 12652970 | + | Glass Supply Inc, 2975 S Highland Dr, Las Vegas, NV 89109-1011 |
| 12652971 | + | GlassWerks LA Inc, 8600 Rheem Ave, South Gate, CA 90280-3333 |
| 12652973 | + | Hammond Caulking, 3355 W Lake Mead Blvd #100, North Las Vegas, NV 89032-4901 |
| 12652974 | + | Howard and Howard, The Wells Fargo Tower, 3800 Howard Hughes Pkwy, Las Vegas, NV 89169-0972 |
| 12652976 | + | International Window Company, Acct No x3008, 2455 Wardlow Rd, Corona, CA 92878-5191 |
| 12652977 | + | Joe Lieberman, ESQ, Lieberman and Klestzick, LLP, PO Box 356, Cedarhurst, NY 11516-0356 |
| 12652979 | + | Martin Harris Construction, 3030 S Highland Dr, Las Vegas, NV 89109-1047 |
| 12652983 | | PWI Construction Inc, 3902 W Martin Ave, Las Vegas, NV 89118 |
| 12652985 | + | Quickbridge, Acct No xxx-xxxxx5-02-6, 46 Discovery Suite 200, Irvine, CA 92618-3123 |
| 12652984 | + | Quickbridge, Acct No xxx-xxxxx5-02-7, 46 Discovery Suite 200, Irvine, CA 92618-3123 |
| 12652986 | + | Quickbridge, Acct No xxx-xxxxx5-02-8, 46 Discovery Suite 200, Irvine, CA 92618-3123 |
| 12652987 | + | School Guard Glass, Acct No xx0635, 14 Federico Drive, Pittsfield, MA 01201-5518 |
| 12652988 | + | Smalley & Company, 5295 Procyon St #100, Las Vegas, NV 89118-1676 |
| 12652989 | + | Southern Nevada Glaziers and Fabricators, Acct No xxxxxx5872, PO Box 400608, Las Vegas, NV 89140-0608 |
| 12652990 | + | Stanley Doors, 65 Scott Swamp Road, Farmington, CT 06032-2803 |
| 12652991 | + | Vegas Remodels, 1620 Raiders Way Suite 130, Henderson, NV 89052-4631 |
| 12652992 | + | Vincent Regala, 3750 Salt Cedar Ln, Las Vegas, NV 89121-5932 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: JAMESTLEAVITTESQ@GMAIL.COM | Jul 11 2025 00:12:00 | JAMES T. LEAVITT, LEAVITT LEGAL SERVICES, P.C., 601 SOUTH 6TH STREET, LAS VEGAS, NV 89101 |
| tr | + | Email/Text: USTPRegion17.LV.ECF@usdoj.gov | Jul 11 2025 00:12:00 | CHAPTER 11 - LV, 300 LAS VEGAS BLVD., SO. #4300, LAS VEGAS, NV 89101-5803 |
| ust | + | Email/Text: USTPRegion17.LV.ECF@usdoj.gov | Jul 11 2025 00:12:00 | U.S. TRUSTEE - LV - 11, 300 LAS VEGAS BOULEVARD S., SUITE 4300, LAS VEGAS, NV 89101-5803 |
| 12652955 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 11 2025 00:12:00 | Ally Financial, Acct No xxx-xxxx-x4879, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 12652956 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 11 2025 00:12:00 | Ally Financial, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 12652958 | + | Email/Text: mortgagebkcorrespondence@bofa.com | | |

| District/off: 0978-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 10, 2025 | Form ID: 309F2 | Total Noticed: 33 |

|  |  | Jul 11 2025 00:12:00 | Bank of America, Acct No xxxx xxxx xxxx 0041, PO Box 25118, Tampa, FL 33622-5118 |
|---|---|---|---|
| 12652959 | + Email/Text: mortgagebkcorrespondence@bofa.com | Jul 11 2025 00:12:00 | Bank of America, Acct No xxxx xxxx xxxx 0099, PO Box 25118, Tampa, FL 33622-5118 |
| 12652969 | + Email/Text: steve@foxbusinessfunding.com | Jul 11 2025 00:12:00 | Fox Funding, 803 S 21st Ave, Hollywood, FL 33020-6962 |
| 12652975 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 11 2025 00:12:00 | Internal Revenue Service, Ogden, UT 84201 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 12652960 |  | Blusky Restoration Contractors |
| 12652962 |  | Builders United |
| 12652967 |  | ES Oasis LLC |
| 12652972 |  | Grey West Construction |
| 12652978 |  | Legay Jones LLC |
| 12652980 |  | Monument Construction - 25th |
| 12652981 |  | Ochoa |
| 12652982 |  | PRL |
| 12652968 | ##+ | Forte Specialty Contractors, 3451 W Martin Ave C, Las Vegas, NV 89118-4572 |

TOTAL: 8 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2025                    Signature:        /s/Gustava Winters

| Information to identify the case: | | |
|---|---|---|
| Debtor | **VEGAS CUSTOM GLASS, LLC** <br> Name | EIN:  85–3821419 |
| United States Bankruptcy Court    District of Nevada | | Date case filed for chapter:    11    7/9/25 |
| Case number:    25–13929–mkn | | |

## Official Form 309F2 (For Corporations or Partnerships under Subchapter V)

**Notice of Chapter 11 Bankruptcy Case**      **10/20**

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 12 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | VEGAS CUSTOM GLASS, LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 6255 MCLEOD DR. STE 21 <br> LAS VEGAS, NV 89120 | |
| 4. | **Debtor's attorney** <br> Name and address | JAMES T. LEAVITT <br> LEAVITT LEGAL SERVICES, P.C. <br> 601 SOUTH 6TH STREET <br> LAS VEGAS, NV 89101 | Contact phone:  (702) 385–7444 <br><br> Email:  JAMESTLEAVITTESQ@GMAIL.COM |
| 5. | **Bankruptcy trustee** <br> Name and address | CHAPTER 11 – LV <br> 300 LAS VEGAS BLVD., SO. #4300 <br> LAS VEGAS, NV 89101 | Contact phone  (702) 388–6600 <br><br> Email:  USTPRegion17.lv.ecf@usdoj.gov |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 300 Las Vegas Blvd., South <br> Las Vegas, NV 89101 | Office Hours: 9:00 AM – 4:00 PM <br><br> Contact phone: (702) 527–7000 <br><br> Date: 7/9/25 |

**For more information, see page 2 >**

Debtor   **VEGAS CUSTOM GLASS, LLC**                                                  Case number   **25–13929–mkn**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br><br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **August 14, 2025 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Call–in Number: 888–330–1716,<br>Passcode: 8069647** |
| **8. Proof of claim deadline** | **Deadline for filing proof of claim:**     **9/17/25** For a governmental unit: **1/5/26**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed, contingent,* or *unliquidated;*<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed, contingent,* or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| **9. Exception to discharge deadline**<br><br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:**     None | |
| **10. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. | |
| **12. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying thefiling fee in the bankruptcy clerk's office by the deadline. | |