**CHRISTENSEN JAMES & MARTIN, CHTD.**
Wesley J. Smith, Esq. (11871)
Kevin B. Archibald, Esq. (13817)
Dylan J. Lawter, Esq. (15947)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
Email: wes@cjmlv.com, kba@cjmlv.com, djl@cjmlv.com
*Counsel for Creditors Board of Trustees of the Glazing Health and Welfare Fund, et al.*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 11 |
| VEGAS CUSTOM GLASS, LLC, | Case No. 25-13929-mkn |
| Debtor. | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

TO:   The Clerk of the United States Bankruptcy Court

TO:   All Parties of Record

PLEASE TAKE NOTICE that, pursuant to Bankruptcy Rule 9010(b) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b), Wesley J. Smith, Esq.; Kevin B. Archibald, Esq.; and Dylan J. Lawter, Esq. of the law firm Christensen James & Martin, Chtd. hereby enter their appearance on the record in the above-entitled proceeding on behalf of the following creditors (through their respective Boards of Trustees): (i) Glazing Health and Welfare Fund, (ii) International Painters and Allied Trades Industry Pension Fund, (iii) Painters, Glaziers and Floorcoverers Joint Apprenticeship and Journeyman Training Trust, (iv) Finishing Trades Institute, (v) Southern Nevada and California Glaziers, Fabricators, Painters and Floorcoverers Pension Trust Fund, (vi) Southern Nevada Painters and Decorators and Glaziers Labor-Management Cooperation Committee Trust, and (vii) Star Program, Inc. (collectively, the "Trust Funds").

REQUEST IS HEREBY MADE by the undersigned on behalf of the Trust Funds that

CHRISTENSEN JAMES & MARTIN, CHTD.
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

1 special notice of all hearings, actions, contested matters, and adversary proceedings in this case, 2 together with all notices, pleadings, papers, motions, responses, and other related materials that 3 are issued, filed, served, or required to be served in this case be given to and served upon the 4 Trust Funds as follows:

> Christensen James & Martin, Chtd.
> 7440 West Sahara Avenue
> Las Vegas, Nevada 89117
> Tel: (702) 255-1718
> Fax: (702) 255-0871
> Email: wes@cjmlv.com, kba@cjmlv.com, djl@cjmlv.com

The Trust Funds additionally request that the Debtor and the Clerk of the Court place the names and address shown above, on any mailing matrix or list of creditors to be prepared or existing in the above-numbered cause.

This request shall be deemed a limited appearance and does not constitute acceptance of service of process in any manner inconsistent with pertinent rules and statutes.

DATED this 18th day of July 2025.

**CHRISTENSEN JAMES & MARTIN, CHTD.**

By: */s/ Kevin B. Archibald*
Kevin B. Archibald, Esq. (13817)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Tel: (702) 255-1718
Email: kba@cjmlv.com

By: */s/ Dylan J. Lawter*
Dylan J. Lawter, Esq. (15947)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Tel: (702) 255-1718
Email: djl@cjmlv.com

*Counsel for Creditors Board of Trustees of the Glazing Health and Welfare Fund, et al.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2025, I electronically filed and served the foregoing **Notice of Appearance and Request for Notice** with the Clerk of the Court using the CM/ECF system to all appearing parties entitled to such notice.

Dated: July 18, 2025

              */s/ April Denni*
              April Denni, An Employee of Christensen James & Martin, Chtd.