NVB 5075 (Rev. 10/24)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−25−13929−mkn |
| VEGAS CUSTOM GLASS, LLC | CHAPTER 11 |
| Debtor(s) | NOTICE OF DOCKETING ERROR |

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | *33* – Creditor Request for Notices Filed by ANTHONY F. GIULIANO on behalf of ALO Capital Group (GIULIANO, ANTHONY) |
| Filed On: | 7/23/25 |
| With A Hearing Date Of: | N/A |
| And A Hearing Time Of: | N/A |

The reason(s) for the required correction(s) is as follows:

* PDF has an incorrect case caption. Please refer to the Local Rules and file an amended pleading or file it in the correct case immediately. The following caption item(s) are incorrect/missing:
  * Case Number(s)

Dated: 7/24/25

*/s/ Daniel S. Owens*
Daniel S. Owens
Clerk of Court

**For additional information, please visit the court's web site at https://www.nvb.uscourts.gov**