**LEAVITT LEGAL SERVICES, P.C.**                    E-Filed on: 7/16/2025
**JAMES T. LEAVITT, ESQ.**
State Bar No. 012803
601 South 6th Street
Las Vegas, Nevada 89101
Phone: (702) 385-7444 Facsimile: (702) 385-1178
Jamestleavittesq@gmail.com, Leavittecf@gmail.com
Proposed Attorney for Debtor-in-Possession

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: 25-13929-mkn |
| | CHAPTER 11 SUBCHAPTER V |
| VEGAS CUSTOM GLASS LLC., | Hearing Date: August 20, 2025 |
| | Hearing Time: 9:30 a.m. |
| | Conference line: (833) 435-1820 |
| | Meeting ID: 161 062 2560 |
| DEBTOR. | Passcode: 029066# |

## APPLICATION TO EMPLOY ATTORNEY
## JAMES T. LEAVITT UNDER GENERAL RETAINER WITH PROPOSED ORDER

COMES NOW, the Debtor-in-Possession ("Debtor"), above-named hereby moves this

Court for an order allowing the Debtor-in-Possession to employ attorney, JAMES T. LEAVITT,

ESQ. under general retainer. This application is based upon the following:

I.

That on the 9th day of July 2025, Debtor filed a Chapter 11 Sub Chapter V Bankruptcy

Petition.

II.

That the Debtor wishes to employ JAMES T. LEAVITT, ESQ., duly admitted to practice

law in this Court, as his attorney effective on the date of said filing.

III.

That the Debtor has selected JAMES T. LEAVITT, ESQ. for the reason that he has

considerable experience in matters of this character and the Debtor believes that JAMES T.

LEAVITT, ESQ. is well qualified to represent them in this proceeding.

IV.

That the professional services of JAMES T. LEAVITT, ESQ. are to render are as follows:

1.      To aid the Debtor in filing the necessary documents required in a Chapter 11 Bankruptcy proceeding, including schedules, disclosure statements and plan.

2.      To aid Debtor in determining what is best for the estate.

3.      To institute, prosecute or defend any lawsuits arising from this matter in which the Movant, a Debtor may be a party.

4.      To perform all other legal services for the Debtor which may be necessary and it is necessary for the Debtor to employ an attorney for these professional services.

V.

That the Debtor desire to employ JAMES T. LEAVITT under a general retainer for legal services required. The Debtor agreed to a fee agreement with a rate of $500.00 per hour, on a retainer of $25,000.00, which came from the Debtor's corporate funds, and $1,738.00 for the filing fee. A copy of the fee agreement is attached hereto as Exhibit "A".

VI.

That JAMES T. LEAVITT, ESQ. has never represented the interest of any entity adverse to the Debtor, or the estate of the Debtor in the matter upon which he is to be engaged and is a disinterested person within the meaning of § 101(14) and 327 of the Bankruptcy Code. That he has no connection to the Debtor, or any creditors, or any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

WHEREFORE, the Debtor pray that they be authorized to employ and appoint JAMES T. LEAVITT, ESQ. as his attorney under a general retainer.

DATED this 16th day of July, 2025.

_____

*Vincent Regala*
*President of Debtor*

### AFFIDAVIT OF VINCENT REGALA

STATE OF NEVADA )
                                    ) ss:
COUNTY OF CLARK           )

    *Vincent Regala*, being first duly sworn, deposes and says:

    That he is the President of the Debtor in the above entitled action; and that he has read the foregoing Motion to Employ Attorney under General Retainer and knows the contents thereof; that the same is true of his own knowledge except for those matters therein stated upon information and belief, and as for those matters, he believes them to be true.



*Vincent Regala*

SUBSCRIBED and SWORN to before
me this 16th day of July, 2025.

NOTARY PUBLIC in and for said
COUNTY and STATE

MELISSA E MILROY
NOTARY PUBLIC
STATE OF NEVADA
Appt. No. 18-3141-1
My Appt. Expires July 16, 2026

## AFFIDAVIT OF PROPOSED ATTORNEY

STATE OF NEVADA)
                   ) ss:
COUNTY OF CLARK   )

JAMES T. LEAVITT, being first duly sworn, deposes and says:

### I.

That I am an attorney and counselor at law, admitted to practice in the State of Nevada and in the above-captioned Court.

### II.

That I maintain an office for the practice of law at 601 South 6th Street, Las Vegas, Nevada 89101.

### III.

That I have not, in any form or guise, shared or agreed to share the compensation paid or allowed, or to be paid or allowed to me from this Estate with any other people, nor shall I share in the compensation of any other person rendering services in this case or in connection with this case.

### IV.

That to the best of my knowledge, I do not, nor have I ever represented the interest of any entity adverse to the Debtor, or the Estate of the Debtor in the matter upon which I am to be engaged and am a disinterested person within the meaning of § 101(14) and 327 of the Bankruptcy Code.

///

///

///

## V.

That I have no connection to the Debtor, or any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.

DATED this 16th day of July, 2025.



JAMES T. LEAVITT, ESQ.

SUBSCRIBED AND SWORN to before me
this 16th day of July, 2025.

_____
NOTARY PUBLIC

MELISSA E MILROY
NOTARY PUBLIC
STATE OF NEVADA
Appt. No. 18-3141-1
My Appt. Expires July 16, 2026

**LEAVITT LEGAL SERVICES, P.C.**
**JAMES T. LEAVITT, ESQ.**
State Bar No. 012803
601 South 6th Street
Las Vegas, Nevada 89101
Phone: (702) 385-7444 Facsimile: (702) 385-1178
Jamestleavittesq@gmail.com, Leavittecf@gmail.com
Proposed Attorney for Debtor-in-Possession

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| In re: | ) | 25-13929-mkn |
| | ) | CHAPTER 11 SUBCHAPTER V |
| VEGAS CUSTOM GLASS LLC., | ) | |
| | ) | |
| | ) | DATE: |
| | ) | TIME: |
| DEBTOR. | ) | |

**ORDER APPROVING APPLICATION TO EMPLOY**
**LEAVITT LEGAL SERVICES  P.C.  UNDER GENERAL RETAINER**

VEGAS CUSTOM GLASS LLC., as debtor and debtor in possession (the "Debtor"), having filed

its Motion Approving Application to Employ Attorney Under General Retainer (the "Application")

[ECF No.___], thereby seeking approval to Employ Leavitt Legal Services, P.C. As debtor's general

counsel pursuant to 11 U.S.C. § 327(a); the Court having reviewed and considered the Application,

and all matters submitted therewith; no objections to the Application having been filed or made at

the hearing; the Court having held a hearing on the Application on the ____ day of _____, 2025 at

_:__ _.M., with all appearances having been noted on the record; the Court having heard and

considered the arguments of counsel; the Court having made its findings of fact and conclusions of

law on the record at the hearing, which are incorporated herein by reference pursuant to Fed. R. Civ.

P. 52, made applicable pursuant to Fed. R. Bankr. P. 7052 and 9014; and good cause appearing;

. . . .

**IT IS HEREBY ORDERED:**

1.      The Application is GRANTED; that the Debtor's request that Leavitt Legal Services, P.C. retention be approved retroactive to the commencement of the case on July___ 2025 (the "Petition Date") is not approved, but that such denial will not preclude counsel from still seeking the allowance of fees and costs incurred between the Petition Date and the date of the entry of this Order in conjunction with any fee application that may be filed in this case.

2.      The Debtor is authorized to retain Leavitt Legal Services, P.C. pursuant to 11 U.S.C. § 327(a) as its general bankruptcy counsel to perform the services as set forth in the Application, and subject to the terms and conditions in the Retainer Agreement, subject to modifications necessary to insure compliance with the US Trustee's guidelines.

3.      Leavitt Legal Services, P.C. shall be compensated for the services described in the Application and its Retainer Agreement, and in accordance with the procedures set forth in 11 U.S.C. §§ 330 and 331 of the Bankruptcy Code, the Local Rules of Bankruptcy Practice for the U.S. District Court for the District of Nevada, the Guidelines for Reviewing Applications for Compensation Professional Compensation and Reimbursement of Expenses established by the Office of the United States Trustee, and such other procedures as may be fixed by order of this Court.

**IT IS SO ORDERED**

LEAVITT LEGAL SERVICES P.C.


By   /s/ James T. Leavitt
JAMES T. LEAVITT, ESQ.
601 South 6th Street
Las Vegas, Nevada 89101
Attorney for Debtor-in-Possession

### *LR 9021 CERTIFICATION*

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____    The court has waived the requirement set forth in LR 9021(b)(1).

_____    No party appeared at the hearing or filed an objection to the motion.

_____    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above.

_____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

### # # #

## CERTIFICATE OF SERVICE

On the 16th day of July, 2025, I served the following document(s):

### *APPLICATION TO EMPLOY ATTORNEY*
### *JAMES T. LEAVITT UNDER GENERAL RETAINER*

I served the above-named document(s) by depositing a true and complete copy of the above named document, first class postage paid into the United States Mail, via US Mail to the following persons as listed on the attached Matrix, other than those served electronically by the court as denoted with an asterisk next to the name.

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 16th day of July, 2025.

| | |
|---|---|
| Melissa Milroy | /s/ Melissa Milroy |
| **(Name of Declarant)** | **(Signature of Declarant)** |

Label Matrix for local noticing
0978-2
Case 25-13929-mkn
District of Nevada
Las Vegas
Wed Jul 16 15:03:45 PDT 2025

VEGAS CUSTOM GLASS, LLC
6255 MCLEOD DR. STE 21
LAS VEGAS, NV 89120-4075

United States Bankruptcy Court
300 Las Vegas Blvd., South
Las Vegas, NV 89101-5833

Ally Financial
500 Woodward Ave
Detroit, MI 48226-3416

Ally Financial
Acct No xxx-xxxx-x4879
500 Woodward Ave
Detroit, MI 48226-3416

Alo Capital Group
18851 NE 29th Ave
Miami, FL 33180-2847

Bank of America
Acct No xxxx xxxx xxxx 0041
PO Box 25118
Tampa, FL 33622-5118

Bank of America
Acct No xxxx xxxx xxxx 0099
PO Box 25118
Tampa, FL 33622-5118

Beacon Sales Acquisition Inc. dba QXO/Waterp
505 Huntmar Park Dr.
Herndon, VA 20170-5103

Boyd Martin Construction
5965 McLeod Dr
Las Vegas, NV 89120-3404

C.R. Laurence Co Inc
2503 E Vernon Ave
Los Angeles, CA 90058-1826

Christensen James and Martin CHTD
Acct No xxxxxx5872
7440 W Sahara
Las Vegas, NV 89117-2740

E Financial Tree
201 Broad St Suite 1002
Stamford, CT 06901-2004

Empire CAT Rental
3300 St Rose Pkwy
Henderson, NV 89052-3985

Forte Specialty Contractors
3451 W Martin Ave C
Las Vegas, NV 89118-4572

Fox Funding
803 S 21st Ave
Hollywood, FL 33020-6962

Glass Supply Inc
2975 S Highland Dr
Las Vegas, NV 89109-1011

GlassWerks LA Inc
8600 Rheem Ave
South Gate, CA 90280-3333

Hammond Caulking
3355 W Lake Mead Blvd #100
North Las Vegas, NV 89032-4901

Howard and Howard
The Wells Fargo Tower
3800 Howard Hughes Pkwy
Las Vegas, NV 89169-0972

(p) INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

International Window Company
Acct No x3008
2455 Wardlow Rd
Corona, CA 92878-5191

Joe Lieberman, ESQ
Lieberman and Klestzick, LLP
PO Box 356
Cedarhurst, NY 11516-0356

Martin Harris Construction
3030 S Highland Dr
Las Vegas, NV 89109-1047

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: EDWARD M. MCDONALD JR.
300 LAS VEGAS BLVD. SOUTH, SUITE 4300
LAS VEGAS, NV 89101-5803

PWI Construction Inc
3902 W Martin Ave
Las Vegas, NV 89118

Quickbridge
Acct No xxx-xxxxx5-02-6
46 Discovery Suite 200
Irvine, CA 92618-3123

Quickbridge
Acct No xxx-xxxxx5-02-7
46 Discovery Suite 200
Irvine, CA 92618-3123

Quickbridge
Acct No xxx-xxxxx5-02-8
46 Discovery Suite 200
Irvine, CA 92618-3123

School Guard Glass
Acct No xx0635
14 Federico Drive
Pittsfield, MA 01201-5518

Smalley & Company
5295 Procyon St #100
Las Vegas, NV 89118-1676

Southern Nevada Glaziers and Fabricators
Acct No xxxxxx5872
PO Box 400608
Las Vegas, NV 89140-0608

Stanley Doors
65 Scott Swamp Road
Farmington, CT 06032-2803

U.S. TRUSTEE - LV - 11
300 LAS VEGAS BOULEVARD S.
SUITE 4300
LAS VEGAS, NV 89101-5803

Vegas Remodels
1620 Raiders Way Suite 130
Henderson, NV 89052-4631

Vincent Regala
3750 Salt Cedar Ln
Las Vegas, NV 89121-5932

BRIAN D. SHAPIRO
510 S. 8TH STREET
LAS VEGAS, NV 89101-7003

JAMES T. LEAVITT
LEAVITT LEGAL SERVICES, P.C.
601 SOUTH 6TH STREET
LAS VEGAS, NV 89101-6919


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Internal Revenue Service
Ogden, UT 84201


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Blusky Restoration Contractors

(u)Builders United

(u)ES Oasis LLC

(u)Grey West Construction

(u)Legay Jones LLC

(u)Monument Construction - 25th

(u)Ochoa

(u)PRL

End of Label Matrix
Mailable recipients    37
Bypassed recipients     8
Total                  45