LEAVITT LEGAL SERVICES, P.C.                        E-Filed on: 8/6/2025
JAMES T. LEAVITT, ESQ.
State Bar No. 012803
601 South 6th Street
Las Vegas, Nevada 89101
Phone: (702) 385-7444 Facsimile: (702) 385-1178
Jamestleavittesq@gmail.com, Leavittecf@gmail.com
*Proposed Attorney for Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| In re: | ) | BK-25-13929-mkn |
| | ) | Chapter 11, Subchapter V |
| VEGAS CUSTOM GLASS LLC., | ) | |
| | ) | Status Hearing |
| | ) | Date 8/20/2025 |
| DEBTOR. | ) | Time 9:30 a.m. |
| | ) | |

**SUBCHAPTER V DEBTOR'S STATUS REPORT PURSUANT TO 11 U.S.C. § 1188(c)**

Vegas Custom Glass., as debtor and debtor in possession (the "Debtor"), submits its status report as required pursuant to section 1188(c) of title 11 of the United States Code (the "Bankruptcy Code") and the *Court's Order Setting (A) Status Conference, et al.* [ECF No. 7]. As its status report, the Debtor represents as follows:

1. On July 9, 2025 (the "Petition Date"), the Debtor filed its voluntary petition for relief under chapter 11 of the Bankruptcy Code, thereby commencing its bankruptcy case (the "Chapter 11 Case"), and elected to be treated under Subchapter V. Accordingly, the Debtor is authorized to continue operating its businesses and manage its property as a debtor in possession pursuant to section 1184 of the Bankruptcy Code. Brian Shapiro Esq., has been appointed as the Subchapter V Trustee in this case. [ECF No. 8].

2. The Debtor is owned and controlled by owner Vincent Regala ("Mr. Regala" or "Vincent"). Mr. Regala owns 100% of the Debtor. The Debtor is located at 6255 Mcleod Dr. Ste 19, 20 and 21, Las Vegas, Nevada 89120. Additional information regarding the Debtor's business activities and its reasons for filing for bankruptcy protection are in the *Omnibus Declaration of Joel Logan in Support of Initial Emergency Motions and Related Relief* [ECF No. 20].

3.      The Debtor sought Chapter 11 bankruptcy protection after encountering multiple converging financial challenges that severely impacted cash flow. The business struggled with rising costs across materials, labor, and operations due to widespread supply chain issues and inflation, while being unable to sufficiently increase pricing on existing contracts, resulting in shrinking profit margins. Additionally, the company experienced unusually long delays in receiving payments from commercial construction clients, with collection periods far exceeding normal timelines and creating serious cash flow problems. This combination of reduced profitability and extended payment delays made it impossible for the company to meet its regular debt obligations, including required weekly loan payments. Consequently, management decided to file for Chapter 11 protection under Subchapter V to reorganize their debts, streamline operations, and continue business activities while working toward a more financially stable future.

4.      Shortly after the Petition Date, the Debtor filed various initial emergency motions, which included: (a) Application to Employ James T. Leavitt as Attorney (7/16/25 [ECF 14]);  (b) a Motion to Approve *Vincent Regala* as a Designated Responsible Person in its Chapter 11 Case (7/16/25 [ECF 15]); (c) a Motion for Authorization to: (i) Continue using Existing Money Management System, as Modified, (ii) to Honor Certain Prepetition Obligations Related to the use of the Money Management System, and (iii) Maintain Existing Bank Accounts  *(iv) Authority To Pay All Vendors, Suppliers, And Service Providers On A Cash Basis For Post-Petition Obligations, And (v) Authority To Use Accounts Receivable Collected During The Chapter 11 Proceedings To Fund Payments Under The Debtor's Chapter 11 Plan* (7/16/25 [ECF 16]); (d) a Motion To Assume Executory Contract (LEASE Agreement) (7/16/25 [ECF 17]); (e) a Motion for Order: (i) Authorizing Debtor to Pay its Employees Wages *Salaries, Benefits, Reimbursable Business Expenses, And Honoring Other Employee Obligations; And (ii) Authorizing and Directing Financial Institutions To Honor And Process Checks And Transfers Related To Such Obligations* (7/16/25 [ECF 18]); and (f) a Motion Pursuant to 11 U.S.C. §§ 105(a) and 366 for an Order Determining that Adequate Assurance has been Provided to Utility Companies, and for Approval of Procedures (7/16/25 [ECF 19]). The Court is scheduled to hear the foregoing matters at a hearing set for August 20, 2025 at 9:30a.m..

5.      The Debtor's Initial Debtor Interview with the Office of the U.S. Trustee is scheduled for August 7, 2025 at 9:00 a.m., and its 341(a) meeting of creditors is scheduled for August 14, 2025 at 9:00 a.m. Debtor has provided all the IDI and 341 documents that the Trustee has requested. Due to a conflict in Debtor's attorney's schedule, Mr. Leavitt has requested that the IDI be rescheduled and is awaiting a new date and time from the US Trustee's office as of the time of this status report.

6.      Prior to timely filing its Plan, the Debtor will confer with the Subchapter V Trustee to get their feedback on it.

7.      Debtor's proposed counsel has been in communication with various creditors in order to come up with details regarding their treatment under the plan, which will be filed on time. Counsel has also been in close communication with Edward M. McDonald Jr. at the United States Trustees Office in order to resolve any objections to the above mentioned, previously filed first day motions.

8.      The Debtor is still operating and bidding jobs and transitioning it's focus from commercial to residential.

9.      In sum, the Debtor has complied with all of its filing obligations to date. Moreover, adhering to this timeline as presently scheduled, and without delay, allowing this case to be finalized in an efficient and economical fashion, and in keeping with the intent and purpose of Subchapter V.

Dated this 4th day of August, 2025.

Submitted by:

LEAVITT LEGAL SERVICES, P.C.

By: /s/ JAMES T. LEAVITT, ESQ.
    JAMES T. LEAVITT, ESQ.
    Nevada Bar No. 012803
    601 S. 6th Street
    Las Vegas, Nevada 89101
    *Proposed Attorney for Debtor*