**LEAVITT LEGAL SERVICES, P.C.**
**JAMES T. LEAVITT, ESQ.**
State Bar No. 012803
601 South 6th Street
Las Vegas, Nevada 89101
Phone: (702) 385-7444 Facsimile: (702) 385-1178
Jamestleavittesq@gmail.com, Leavittcf@gmail.com
Proposed Attorney for Debtor-in-Possession

E-Filed on: 8/15/2025

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re:                                )<br>                                         )<br>VEGAS CUSTOM GLASS LLC.,  )<br>                                         )<br>                                         )<br>                                         )<br>      DEBTOR.                   )<br>_____) | BK-25-13929-mkn<br>Chapter 11, Subchapter V<br><br>Date: September 17, 2025<br>Time: 9:30 a.m.<br>Teleconference line: (833 435-1820<br>Meeting ID: 161 062 2560<br>Pass code: 029066# |

**MOTION FOR ORDER SHORTENING TIME ON HEARING OF: EMERGENCY MOTION OF DEBTOR FOR AUTHORITY TO ENTER INTO INSURANCEPREMIUM FINANCE AGREEMENT AND TO PROVIDE ADEQUATE PROTECTION**

COMES NOW, James T. Leavitt, esq., of the law firm of Leavitt Legal Services, P.C., attorney for VEGAS CUSTOM GLASS LLC., as debtor and debtor in possession (the "Debtor" or ("VCG"), and moves this court for an Order Shortening Time for the Hearing on the Motion for Authority to Enter into Insurance Premium Finance Agreement and to Provide Adequate Protection.

This Motion is made and based upon the papers and pleadings on file herein, together with the Affidavit attached hereto and made a part hereof by this reference.

Therefore, James T. Leavitt prays for an Order Shortening Time to hear the Motion for Authority to Enter into Insurance Premium Finance Agreement and to Provide Adequate Protection

Dated this 15th day of August 2025

/s/ James T. Leavitt Esq.
JAMES T. LEAVITT, ESQ.
Nevada Bar No. 012803
601 South 6th Street
Las Vegas, Nevada 89101

**AFFIDAVIT OF JAMES T. LEAVITT, ESQ.**

STATE OF NEVADA   )
                  ) ss:
COUNTY OF CLARK   )

JAMES T. LEAVITT, ESQ., being first duly sworn, deposes and says:

1. That I am attorney duly licensed to practice law in the State of Nevada and that I am a member of the law firm of LEAVITT LEGAL SERVICES, P.C., maintaining offices at 601 South 6th Street, Las Vegas, Nevada.

2. That I am the attorney for the Debtor, Vegas Custom Glass LLLC., in the above-entitled bankruptcy matter and that I am competent to testify to those matters related herein.

3. That it would be in the best interest of the debtor as a requirment must maintain insurance that has otherwise lapsed.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 15th day of August 2025

/s/ *James T. Leavitt*
JAMES T. LEAVITT, ESQ.

- 2

**LEAVITT LEGAL SERVICES, P.C.**  E-Filed on: 8/15/2025
**JAMES T. LEAVITT, ESQ.**
State Bar No. 012803
601 South 6th Street
Las Vegas, Nevada 89101
Phone: (702) 385-7444 Facsimile: (702) 385-1178
Jamestleavittesq@gmail.com, Leavittcf@gmail.com
Proposed Attorney for Debtor-in-Possession

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | ) | BK-25-13929-mkn |
| --- | --- | --- |
|  | ) | Chapter 11, Subchapter V |
| VEGAS CUSTOM GLASS LLC., | ) |  |
|  | ) | Date: September 17, 2025 |
|  | ) | Time: 9:30 a.m. |
|  | ) | Teleconference line: (833 435-1820 |
| DEBTOR. | ) | Meeting ID: 161 062 2560 |
|  | ) | Pass code: 029066# |

**ATTORNEY INFORMATION SHEET FOR PRORPOSED**
**ORDER SHORTENING TIME**

As required by the Court, I have contacted the parties listed below regarding the attached proposed Order Shortening Time. They agree or disagree to the time being shortened, as indicated below:

| NAME | DATE CONTACTED | AGREE | DISAGREE |
| --- | --- | --- | --- |
|  | 8/14/25 | X |  |

Edward M. McDonald Jr.
Trial Attorney
Office of the United States Trustee
300 Las Vegas Blvd. South, Suite 4300
Las Vegas, Nevada 89101
Telephone No: (702) 388-6602
edward.m.mcdonald@usdoj.gov

Submitted this 15th day of August 2025

By: /S/ James T. Leavitt
JAMES T. LEAVITT, ESQ.
State Bar No. 012803
601 South 6th Street
Las Vegas, Nevada 89101

**LEAVITT LEGAL SERVICES, P.C.**
**JAMES T. LEAVITT, ESQ.**
State Bar No. 012803
601 South 6th Street
Las Vegas, Nevada 89101
Phone: (702) 385-7444 Facsimile: (702) 385-1178
Jamestleavittesq@gmail.com, Leavittcf@gmail.com
Proposed Attorney for Debtor-in-Possession

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: ) | BK-25-13929-mkn |
| ) | Chapter 11, Subchapter V |
| VEGAS CUSTOM GLASS LLC., ) | |
| ) | Date: September 17, 2025 |
| ) | Time: 9:30 a.m. |
| ) | Teleconference line: (833 435-1820 |
| DEBTOR. ) | Meeting ID: 161 062 2560 |
| ) | Pass code: 029066# |

**ORDER SHORTENING TIME**

It appearing to the satisfaction of the Court and good cause appearing therefore;

**IT IS HEREBY ORDERED** that the Emergency Motion for Authority to Enter into Insurance Premium Finance Agreement and to Provide Adequate Protection shall be heard on the ___ day of _____ 2025, at the hour of _____, in the Federal Foley Building, 300 Las Vegas Blvd. South, Courtroom 2, Las Vegas, Nevada 89101, or as soon thereafter as counsel can be heard.

Submitted by:
By:*James T. Leavitt*
JAMES T. LEAVITT, ESQ.
State Bar No. 012803
601 South 6th Street
Las Vegas, Nevada 89101