**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Vegas Custom Glass, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEVADA** |
| Case number (if known): | **25-13929** |

■ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express P.O. Box 96001 Los Angeles, CA 90096 | | Credit Account | | | | $13,152.02 |
| Bank of America PO Box 25118 Tampa, FL 33622-5710 | | Business debt | | | | $35,752.57 |
| Bank of America PO Box 25118 Tampa, FL 33622 | | Business Advantage Travel Rewards vis 5087 | | | | $46,336.02 |
| E Financial Tree 201 Broad St Suite 1002 Stamford, CT 06901 | | 90 days or less: Quickbooks - current | | $140,000.00 | $92,134.57 | $140,000.00 |
| Empire CAT Rental 3300 St Rose Pkwy Henderson, NV 89052 | | Trade debt | | | | $40,000.00 |
| Fox Funding 803 S 21st Ave Hollywood, FL 33020 | | 90 days or less: Quickbooks - current | | $205,602.04 | $92,134.57 | $205,602.04 |
| GlassWerks LA Inc 8600 Rheem Ave South Gate, CA 90280 | | Trade debt | | | | $35,000.00 |
| Howard and Howard The Wells Fargo Tower 3800 Howard Hughes Pkwy Las Vegas, NV 89169 | | Legal Fees | | | | $35,000.00 |
| Internal Revenue Service P.O. 409101 Ogden, UT 84409 | | Federal tax/2023 Business tax | | | | $43,000.00 |

Debtor **Vegas Custom Glass, LLC**
Name

Case number *(if known)*  **25-13929**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| International Window Company 2455 Wardlow Rd Corona, CA 92878 | | Trade debt | | | | $15,000.00 |
| Isaiah P. Regala 3750 Salt Cedar Lane Las Vegas, NV 89121 | | Loan | | | | $25,000.00 |
| Juvani Geografo Paderanga 3750 Salt Cedar Lane Las Vegas, NV 89121 | | Loan | | | | $15,000.00 |
| Level Development Group LLC 1110 E Lake Mead Pkwy Henderson, NV 89015 | | Lawsuit | Disputed | | | $63,513.04 |
| PRL Glass System 13644 Nelson ave City of Insustry La Puente, CA 91746 | | Trade debt | | | | $30,000.00 |
| Quickbridge 46 Discovery Suite 200 Irvine, CA 92618 | | 90 days or less: Quickbooks - current | | $70,999.92 | $92,134.57 | $70,999.92 |
| Quickbridge 46 Discovery Suite 200 Irvine, CA 92618 | | 90 days or less: Quickbooks - current | | $46,763.13 | $92,134.57 | $46,763.13 |
| Quickbridge 46 Discovery Suite 200 Irvine, CA 92618 | | 90 days or less: Quickbooks - current | | $36,016.32 | $92,134.57 | $36,016.32 |
| Smalley & Company 5295 Procyon St #100 Las Vegas, NV 89118 | | Trade debt | | | | $25,000.00 |
| Southern Nevada Glaziers and Fabricators PO Box 400608 Las Vegas, NV 89140 | | 90 days or less: Quickbooks - current | | $144,160.24 | $92,134.57 | $144,160.24 |

Debtor **Vegas Custom Glass, LLC**                                                          Case number *(if known)*   **25-13929**
_____                                          _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Stanley Doors 65 Scott Swamp Road Farmington, CT 06032** | | **Trade debt** | | | | **$23,538.00** |

**Fill in this information to identify the case:**

Debtor name  **Vegas Custom Glass, LLC**

United States Bankruptcy Court for the:  DISTRICT OF NEVADA

Case number (if known)  **25-13929**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Bank of America Checking account #501029820184** | **Checking** | **0184** | $22,142.78 |
| 3.2. | **Bank of America Savings account #501029731299** | **Savings** | **1299** | $329.44 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  |
| --- |
| $22,472.22 |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| 7.1. | **Ribeiro Comapanies - Lease  Security depposit** | $2,500.00 |
| --- | --- | --- |

Debtor  **Vegas Custom Glass, LLC**                              Case number *(If known)* **25-13929**
Name

7.2.  **Ribeiro companies Lease - Security depposit**                                          $2,500.00

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.  **Total of Part 2.**                                                                  $5,000.00
Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

11a. 90 days old or less:          92,134.57      -          0.00      = ....          $92,134.57
face amount                    doubtful or uncollectible accounts

12.  **Total of Part 3.**                                                                  $92,134.57
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39.  **Office furniture**

40.  **Office fixtures**

Debtor  **Vegas Custom Glass, LLC**                                   Case number *(If known)*  **25-13929**
        Name

| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | |
| | **8 computers, 1 tv, office desks and chairs** | **$0.00** | | **$17,000.00** |

| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles |

| 43. | **Total of Part 7.** | **$17,000.00** |
| | Add lines 39 through 42. Copy the total to line 86. | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No. Go to Part 9.
   ■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **1999 Ford F250** | **$0.00** | | **$2,500.00** |
| 47.2. **2015 Chevy Silverado 2500** | **$0.00** | | **$15,000.00** |
| 47.3. **2007 Chevy Silverado 2500** | **$0.00** | | **$6,500.00** |
| 47.4. **2013 Ford F-150** | **$0.00** | | **$12,000.00** |
| 47.5. **2001 Chevy Silverado 2500** | **$0.00** | | **$5,000.00** |
| 47.6. **2008 Mitsubishi Fuso Flat Bed** | **$0.00** | | **$15,000.00** |
| 47.7. **2015 Dodge Ram** | **$0.00** | | **$6,000.00** |
| 47.8. **2006 Chevy Silverado 2500** | **$0.00** | | **$5,500.00** |
| 47.9. **2007 Chevy Silverado 2500** | **$0.00** | | **$5,500.00** |

| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels |

Debtor    **Vegas Custom Glass, LLC**
Name                                                    Case number *(If known)*  **25-13929**

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**Chop saws, suction cups, basic tools, glass table, jib**                           $0.00    Liquidation                    $15,000.00

**Shower hardware, storefront material**                            $0.00    Revenue based                    $20,000.00

51.    **Total of Part 8.**                                                                          $108,000.00

Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | **Real property** |

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor   **Vegas Custom Glass, LLC**
         _____     Case number *(If known)*  **25-13929**
         Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $22,472.22 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $5,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $92,134.57 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $17,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $108,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $244,606.79   + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $244,606.79 |

**Fill in this information to identify the case:**

Debtor name     **Vegas Custom Glass, LLC**

United States Bankruptcy Court for the:     DISTRICT OF NEVADA

Case number (if known)     **25-13929**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A | Column B |
|---|---|---|---|
|  | | **Amount of claim** | **Value of collateral that supports this claim** |
|  | | Do not deduct the value of collateral. |  |

| 2.1 | **Ally Financial** | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**
**2015 Chevy Silverado 2500**                    **$4,871.57**          **$15,000.00**

**500 Woodward Ave**
**Detroit, MI 48226**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**2/18/2021**

**Last 4 digits of account number**
**4879**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | **Alo Capital Group** | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**                    $100,000.00          $92,134.57
**90 days or less: Quickbooks - current**

**18851 NE 29th Ave**
**Miami, FL 33180**
Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**6/9/25**

**Last 4 digits of account number**
**N/A**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

---

Debtor    **Vegas Custom Glass, LLC**
_____
Name                                                    Case number (if known)    **25-13929**
_____

☐ No                                    ☐ Contingent
■ Yes. Specify each creditor,            ☐ Unliquidated
including this creditor and its relative  ☐ Disputed
priority.
**1. Alo Capital Group**
**2. Quickbridge**
**3. Fox Funding**
**4. E Financial Tree**
**5. Quickbridge**
**6. Quickbridge**
**7. Southern Nevada**
**Glaziers and Fabricators**

---

| 2.3 | **E Financial Tree** |
|---|---|
| | Creditor's Name |

**201 Broad St Suite 1002**
**Stamford, CT 06901**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**5/19/25**
**Last 4 digits of account number**
**n/a**

Do multiple creditors have an
interest in the same property?
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.2**

**Describe debtor's property that is subject to a lien**
**90 days or less: Quickbooks - current**

**Describe the lien**
**Mechanic's Lien**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$140,000.00        $92,134.57

---

| 2.4 | **Fox Funding** |
|---|---|
| | Creditor's Name |

**803 S 21st Ave**
**Hollywood, FL 33020**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**4/1/25**
**Last 4 digits of account number**
**n/a**

Do multiple creditors have an
interest in the same property?
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.2**

**Describe debtor's property that is subject to a lien**
**90 days or less: Quickbooks - current**

**Describe the lien**
**Mechanic's Lien**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$205,602.04        $92,134.57

---

| 2.5 | **Quickbridge** |
|---|---|

**Describe debtor's property that is subject to a lien**

$36,016.32        $92,134.57

---

Debtor   **Vegas Custom Glass, LLC**
_____   Case number (if known)   **25-13929**
Name

| Creditor's Name | **90 days or less: Quickbooks - current** | |
|---|---|---|

**46 Discovery Suite 200**
**Irvine, CA 92618**

Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/6/24**

**Last 4 digits of account number**
**5027**

**Do multiple creditors have an**
**interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Quickbridge** | **Describe debtor's property that is subject to a lien** | $46,763.13 | $92,134.57 |
|---|---|---|---|---|
| | Creditor's Name | **90 days or less: Quickbooks - current** | | |

**46 Discovery Suite 200**
**Irvine, CA 92618**

Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/4/24**

**Last 4 digits of account number**
**5026**

**Do multiple creditors have an**
**interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Quickbridge** | **Describe debtor's property that is subject to a lien** | $70,999.92 | $92,134.57 |
|---|---|---|---|---|
| | Creditor's Name | **90 days or less: Quickbooks - current** | | |

**46 Discovery Suite 200**
**Irvine, CA 92618**

Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**1/16/25**

**Last 4 digits of account number**
**5028**

**Do multiple creditors have an**
**interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 4

Debtor   **Vegas Custom Glass, LLC**
_____          Case number (if known)   **25-13929**
Name

☐ No
☐ Contingent
■ Yes. Specify each creditor,          ☐ Unliquidated
including this creditor and its relative          ☐ Disputed
priority.
**Specified on line 2.2**

---

| 2.8 | **Southern Nevada Glaziers and Fabricators** | | Describe debtor's property that is subject to a lien | $144,160.24 | $92,134.57 |
| | Creditor's Name | | **90 days or less: Quickbooks - current** | | |

**PO Box 400608
Las Vegas, NV 89140**
_____
Creditor's mailing address

Describe the lien

_____          Is the creditor an insider or related party?
Creditor's email address, if known          ■ No
☐ Yes

**Date debt was incurred**          Is anyone else liable on this claim?
**4/1/2025**          ☐ No
**Last 4 digits of account number**          ■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
**5872**

**Do multiple creditors have an
interest in the same property?**          As of the petition filing date, the claim is:
☐ No          Check all that apply
■ Yes. Specify each creditor,          ☐ Contingent
including this creditor and its relative          ☐ Unliquidated
priority.          ☐ Disputed
**Specified on line 2.2**

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $748,413.22 |

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Christensen James and Martin CHTD 7440 W Sahara Las Vegas, NV 89117** | Line **2.8** | |
| **Joe Lieberman, ESQ Lieberman and Klestzick, LLP PO Box 356 Cedarhurst, NY 11516** | Line **2.4** | |

---

**Fill in this information to identify the case:**

Debtor name   **Vegas Custom Glass, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)   **25-13929**

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**P.O. 409101**<br>**Ogden, UT 84409** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $43,000.00    $43,000.00 |
| | Date or dates debt was incurred<br>**2023** | Basis for the claim:<br>**Federal tax/2023 Business tax** | |
| | Last 4 digits of account number **n/a**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**All American Finishing LLC**<br>**2121 Highland Ave**<br>**Las Vegas, NV 89102**<br>Date(s) debt was incurred **5/1/2025**<br>Last 4 digits of account number **VGC** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | $5,873.06 |
| **3.2** | Nonpriority creditor's name and mailing address<br>**American Express**<br>**P.O. Box 96001**<br>**Los Angeles, CA 90096**<br>Date(s) debt was incurred **2025**<br>Last 4 digits of account number **1001** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Credit Account**<br>Is the claim subject to offset? ■ No ☐ Yes | $13,152.02 |

Debtor  **Vegas Custom Glass, LLC**
Name

Case number (if known)  **25-13929**

---

**3.3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,752.57 |
|---|---|---|

**Bank of America**
PO Box 25118
Tampa, FL 33622-5710

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/14/22**

Basis for the claim:  **Business debt**

Last 4 digits of account number  **0041**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $46,336.02 |
|---|---|---|

**Bank of America**
PO Box 25118
Tampa, FL 33622

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/9/23**

Basis for the claim:  **Business Advantage Travel Rewards vis 5087**

Last 4 digits of account number  **0099**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,600.00 |
|---|---|---|

**C.R. Laurence Co Inc**
2503 E Vernon Ave
Los Angeles, CA 90058

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **June 2025**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **0709**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|

**Daryl Pachloke**
9104 Little Horse Ave.
Las Vegas, NV 89143

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Previous employee**

Last 4 digits of account number  **n/a**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,000.00 |
|---|---|---|

**Empire CAT Rental**
3300 St Rose Pkwy
Henderson, NV 89052

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/4/2024**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **5087**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,000.00 |
|---|---|---|

**Glass Supply Inc**
2975 S Highland Dr
Las Vegas, NV 89109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **April 2025**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **0574**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,000.00 |
|---|---|---|

**GlassWerks LA Inc**
8600 Rheem Ave
South Gate, CA 90280

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/8/2025**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **9164**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Vegas Custom Glass, LLC**                                    Case number (if known)    **25-13929**
_____
Name

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,000.00 |

**Hammond Caulking**
**3355 W Lake Mead Blvd #100**
**North Las Vegas, NV 89032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/12/2025**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **n/a**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,000.00 |

**Howard and Howard**
**The Wells Fargo Tower**
**3800 Howard Hughes Pkwy**
**Las Vegas, NV 89169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/6/2025**

Basis for the claim:  **Legal Fees**

Last 4 digits of account number  **0001**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Howard and Howard**
**The Wells Fargo Tower**
**3800 Howard Hughes Pkwy**
**Las Vegas, NV 89169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/10/2025**

Basis for the claim:  **Legal Fees**

Last 4 digits of account number  **0004**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Howard and Howard**
**The Wells Fargo Tower**
**3800 Howard Hughes Pkwy**
**Las Vegas, NV 89169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/6/2025**

Basis for the claim:  **Legal Fees**

Last 4 digits of account number  **0002**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,000.00 |

**International Window Company**
**2455 Wardlow Rd**
**Corona, CA 92878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/18/2025**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **3008**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |

**Isaiah P. Regala**
**3750 Salt Cedar Lane**
**Las Vegas, NV 89121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/27/2025**

Basis for the claim:  **Loan**

Last 4 digits of account number  **n/a**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,000.00 |

**Juvani Geografo Paderanga**
**3750 Salt Cedar Lane**
**Las Vegas, NV 89121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/2/2025**

Basis for the claim:  **Loan**

Last 4 digits of account number  **n/a**

Is the claim subject to offset? ☒ No  ☐ Yes

Debtor **Vegas Custom Glass, LLC**
Name

Case number (if known)  **25-13929**

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $63,513.04 |
|---|---|---|---|

**Level Development Group LLC**
**1110 E Lake Mead Pkwy**
**Henderson, NV 89015**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Lawsuit**

Last 4 digits of account number  **n/a**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**PRL Glass System**
**13644 Nelson ave**
**City of Insustry**
**La Puente, CA 91746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **May 2025**

**Basis for the claim:  Trade debt**

Last 4 digits of account number  **7007**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $8,000.00 |
|---|---|---|---|

**School Guard Glass**
**14 Federico Drive**
**Pittsfield, MA 01201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/15/2024**

**Basis for the claim:  Trade debt**

Last 4 digits of account number  **0635**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**Smalley & Company**
**5295 Procyon St #100**
**Las Vegas, NV 89118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **May 2025**

**Basis for the claim:  Trade debt**

Last 4 digits of account number  **5113**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $23,538.00 |
|---|---|---|---|

**Stanley Doors**
**65 Scott Swamp Road**
**Farmington, CT 06032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/21/2025**

**Basis for the claim:  Trade debt**

Last 4 digits of account number  **5696**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **KRAVITZ SCHNITZER JOHNSON & WATSON, CHTD**<br>**8985 S. Eastern Avenue, Suite 200**<br>**Las Vegas, NV 89123** | Line  **3.17**<br><br>☐ Not listed. Explain _____ | _ |

---

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $  43,000.00 |
| 5b. Total claims from Part 2 | 5b.  + | $  436,764.71 |

Debtor    **Vegas Custom Glass, LLC**
Name

Case number (if known)    **25-13929**

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.    $    **479,764.71**

---

**Fill in this information to identify the case:**

Debtor name    **Vegas Custom Glass, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)   **25-13929**

■ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.    **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Alorah - Health Legay Jones LLC** | |
| | State the term remaining | **1 Month** | **Nevada Skills Nursing Development** |
| | List the contract number of any government contract | | **6877 South Eastern**<br>**Las Vegas, NV 89119** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Cimmaron High School** | |
| | State the term remaining | **1 month /August 2025** | **Boyd Martin Construction** |
| | List the contract number of any government contract | | **5965 McLeod Dr**<br>**Las Vegas, NV 89120** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Ong Shaw Residence - Railing** | |
| | State the term remaining | **December 2025** | **ES Oasis LLC** |
| | List the contract number of any government contract | | **Po Box 777391**<br>**Henderson, NV 89077** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Winchell Residence** | |
| | State the term remaining | **6 Months** | **Forte Specialty Contractors** |
| | List the contract number of any government contract | | **3451 W Martin Ave C**<br>**Las Vegas, NV 89118** |

Debtor 1    **Vegas Custom Glass, LLC**
First Name          Middle Name          Last Name

Case number (*if known*)    **25-13929**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest **Anderson Residence** | |
| State the term remaining **6 Months** | **Forte Specialty Contractors** |
| List the contract number of any government contract | **3451 W Martin Ave C** **Las Vegas, NV 89118** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest **Burlington #1691** | |
| State the term remaining **3 Months** | **Grey West Construction** **2070 N. Tustin Ave** |
| List the contract number of any government contract | **2 nd floor** **Santa Ana, CA 92705** |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest **LAS Airport Remodel A&C Gate Expansion** | |
| State the term remaining **1 year** | **Martin Harris Construction** |
| List the contract number of any government contract | **3030 S Highland Dr** **Las Vegas, NV 89109** |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest **Sunset Station Club Madrid** | |
| State the term remaining **6 Months** | **Martin Harris Construction** |
| List the contract number of any government contract | **3030 S Highland Dr** **Las Vegas, NV 89109** |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest **Doris Hancock Elementary** | |
| State the term remaining **3 months** | **Martin Harris Construction** |
| List the contract number of any government contract | **3030 S Highland Dr** **Las Vegas, NV 89109** |

Debtor 1  **Vegas Custom Glass, LLC**
First Name          Middle Name          Last Name

Case number (*if known*)  **25-13929**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Sunset Station Ph II & III** | |
|---|---|---|---|
| | State the term remaining | **6 Months** | |
| | List the contract number of any government contract | | **Martin Harris Construction**<br>**3030 S Highland Dr**<br>**Las Vegas, NV 89109** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **UMC Remodel** | |
|---|---|---|---|
| | State the term remaining | **3 Months** | |
| | List the contract number of any government contract | | **Monument Construction - 25th**<br>**7787 Eastgate Rd #110**<br>**Henderson, NV 89011** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Regal Storage** | |
|---|---|---|---|
| | State the term remaining | **3 months** | |
| | List the contract number of any government contract | | **Ochoa**<br>**2700 W Richmar Ave**<br>**Las Vegas, NV 89123** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Rick Owens at FountaineBleu** | |
|---|---|---|---|
| | State the term remaining | **6 months** | |
| | List the contract number of any government contract | | **PWI Construction Inc**<br>**3902 W Martin Ave**<br>**Las Vegas, NV 89118** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Crosby Residence** | |
|---|---|---|---|
| | State the term remaining | **3 months** | |
| | List the contract number of any government contract | | **Vegas Remodels**<br>**1620 Raiders Way Suite 130**<br>**Henderson, NV 89052** |

Debtor 1    **Vegas Custom Glass, LLC**                                    Case number (*if known*)    **25-13929**
First Name          Middle Name          Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Business location lease** | |
|---|---|---|---|
| | State the term remaining | **3 years** | |
| | List the contract number of any government contract | | **Vincent Regala**<br>**3750 Salt Cedar Ln**<br>**Las Vegas, NV 89121** |

| Fill in this information to identify the case: |
| --- |

Debtor name    **Vegas Custom Glass, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **25-13929**

■ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Vincent Regala** | **3750 Salt Cedar Ln**<br>**Las Vegas, NV 89121** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Vincent Regala** | **3750 Salt Cedar Ln**<br>**Las Vegas, NV 89121** | **E Financial Tree** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Vincent Regala** | **3750 Salt Cedar Ln**<br>**Las Vegas, NV 89121** | **Fox Funding** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Vincent Regala** | **3750 Salt Cedar Ln**<br>**Las Vegas, NV 89121** | **Quickbridge** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Vincent Regala** | **3750 Salt Cedar Ln**<br>**Las Vegas, NV 89121** | **American Express** | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |

Debtor  **Vegas Custom Glass, LLC**                                        Case number *(if known)*   **25-13929**

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **Vincent Regala** | **3750 Salt Cedar Ln**<br>**Las Vegas, NV 89121** | **Ally Financial** | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.7 | **Vincent Regala** | **3750 Salt Cedar Ln**<br>**Las Vegas, NV 89121** | **Alo Capital Group** | ■ D __2.2__<br>☐ E/F ____<br>☐ G ____ |
| 2.8 | **Vincent Regala** | **3750 Salt Cedar Ln**<br>**Las Vegas, NV 89121** | **Quickbridge** | ■ D __2.6__<br>☐ E/F ____<br>☐ G ____ |
| 2.9 | **Vincent Regala** | **3750 Salt Cedar Ln**<br>**Las Vegas, NV 89121** | **Quickbridge** | ■ D __2.7__<br>☐ E/F ____<br>☐ G ____ |
| 2.10 | **Vincent Regala** | **3750 Salt Cedar Ln**<br>**Las Vegas, NV 89121** | **Southern Nevada Glaziers and Fabricators** | ■ D __2.8__<br>☐ E/F ____<br>☐ G ____ |

Name, Address, Telephone No. & I.D. No.
**James T. Leavitt, Esq. 012803**
**601 S. 6th Street**
**Las Vegas, NV 89101**
**(702) 385-7444**
**012803 NV**

### UNITED STATES BANKRUPTCY COURT
District of Nevada

In Re
**Vegas Custom Glass, LLC**

Debtor(s)

BANKRUPTCY NO. **25-13929**
CHAPTER NO. **11**

AMENDED
DECLARATION RE: ELECTRONIC FILING OF PETITION
SCHEDULES, STATEMENTS AND PLAN (if applicable)

PART I - DECLARATION OF PETITIONER

I [We] __Vincent Regala__ and _____, the undersigned debtor(s) hereby declare under penalty of perjury that the information I have given my attorney and the information provided in the electronically filed petition, statements, schedules, amendments and plan (if applicable) as indicated above is true and correct. I consent to my attorney filing my petition, this declaration, statements, schedules and plan (if applicable) as indicated above to the United States Bankruptcy Court. I understand that this DECLARATION RE: ELECTRONIC FILING is to be filed with the Clerk once all schedules have been filed electronically but, in no event, no later than 15 days following the date the petition was electronically filed. I understand that failure to file the signed original of this DECLARATION will cause my case to be dismissed pursuant to 11 U.S.C. § 707(a)(3) without further notice.

☐    If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7 or 13. I am aware that I may proceed under chapter 7, 11, 12, or 13 of 11 United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 or 13. I request relief in accordance with the chapter specified in this petition.

■    [If petitioner is a corporation or partnership] I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in this petition.

Dated:  __August 19, 2025__

Signed:    **/s/ Vincent Regala**
                 **Vincent Regala/Owner**
                 (Applicant)

PART II - DECLARATION OF ATTORNEY

I, the attorney for the petitioner named in the foregoing petition, declare that, I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Dated:  __August 19, 2025__

Signed:    **/s/ James T. Leavitt, Esq.**
                 **James T. Leavitt, Esq. 012803**
                 Attorney for Debtor(s)