DONNA DIMAGGIO, ESQ.
Nevada Bar No. 9794
TRACY M. O'STEEN, ESQ.
Nevada Bar No. 10949
**CHAMPION LOVELOCK LAW**
6600 Amelia Earhart Ct., Suite A
Las Vegas, NV 89119
Telephone: (702) 805-8450
Fax: (702) 805-8451
Email: ddimaggio@championlawvegas.com
Email: tosteen@championlawvegas.com

*Attorneys for Martin Harris Construction, LLC*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No.: 25-13929-MKN |
| | Chapter: 11 |
| VEGAS CUSTOM GLASS, LLC, | |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR, THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES OF INTEREST:

MARTIN HARRIS CONSTRUCTION, LLC, a creditor in the above-captioned bankruptcy case, by and through its attorneys, Donna D. DiMaggio, Esq. and Tracy M. O'Steen, Esq. of the law firm of Champion Lovelock Law, hereby files its notice of appearance and requests notice of any and all pleadings in this bankruptcy matter be served upon the following:

///

///

///

///

///

///

///

1

Donna D. DiMaggio, Esq.
Tracy M. O'Steen, Esq.
**CHAMPION LOVELOCK LAW**
6600 Amelia Earhart Court, Suite A
Las Vegas, NV 89119
Email: ddimaggio@championlawvegas.com
Email: tosteen@championlawvegas.com

DATED this 19th day of August 2025.

**CHAMPION LOVELOCK LAW**


By: */s/ Tracy M. O'Steen, Esq.*
Donna DiMaggio, Esq.
Nevada Bar No. 9794
Tracy M. O'Steen, Esq.
Nevada Bar No. 10949
6600 Amelia Earhart Ct., Suite A
Las Vegas, NV 89119
Telephone: (702) 805-8450
Fax: (702) 805-8451
Email: ddimaggio@championlawvegas.com
Email: tosteen@championlawvegas.com

*Attorneys for Plaintiff Martin Harris Construction, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 19th day of August 2025, a true and correct copy of the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** was served by electronically submitting with the Clerk of the Court using the electronic system and serving all parties with an email address on record.

By  /s/ Nuria Forsyth
       An Employee of CHAMPION LOVELOCK LAW

**CHAMPION LOVELOCK LAW**
6600 Amelia Earhart Ct., Suite A
Las Vegas, NV 89119

3