## United States Bankruptcy Court
### District of Nevada

In re  **Vegas Custom Glass, LLC**　　　　　　　　　　　　　　　　Case No.  **25-13929**
　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the Owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **August 19, 2025**　　　　　　　　**/s/ Vincent Regala**
　　　　　　　　　　　　　　　　　　　　　**Vincent Regala**/**Owner**
　　　　　　　　　　　　　　　　　　　　　Signer/Title

Vegas Custom Glass, LLC
6255 Mcleod Dr. Ste 21
Las Vegas, NV 89120

James T. Leavitt, Esq.
Leavitt Legal Services, P.C.
601 S. 6th Street
Las Vegas, NV 89101

 Nevada Skills Nursing Development
6877 South Eastern
Las Vegas, NV 89119

All American Finishing LLC
Acct No VGC
2121 Highland Ave
Las Vegas, NV 89102

Ally Financial
Acct No xxx-xxxx-x4879
500 Woodward Ave
Detroit, MI 48226

Alo Capital Group
Acct No N/A
18851 NE 29th Ave
Miami, FL 33180

American Express
Acct No 1001
P.O. Box 96001
Los Angeles, CA 90096

Bank of America
Acct No xxxx xxxx xxxx 0041
PO Box 25118
Tampa, FL 33622-5710

Bank of America
Acct No xxxx xxxx xxxx 0099
PO Box 25118
Tampa, FL 33622

Boyd Martin Construction
5965 McLeod Dr
Las Vegas, NV 89120

C.R. Laurence Co Inc
Acct No xxxxxx0709
2503 E Vernon Ave
Los Angeles, CA 90058

Christensen James and Martin CHTD
Acct No xxxxxx5872
7440 W Sahara
Las Vegas, NV 89117

Daryl Pachloke
Acct No n/a
9104 Little Horse Ave.
Las Vegas, NV 89143

Dept. of Employment, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

E Financial Tree
Acct No n/a
201 Broad St Suite 1002
Stamford, CT 06901

Empire CAT Rental
Acct No xxx5087
3300 St Rose Pkwy
Henderson, NV 89052

ES Oasis LLC
Po Box 777391
Henderson, NV 89077

Forte Specialty Contractors
3451 W Martin Ave C
Las Vegas, NV 89118

Fox Funding
Acct No n/a
803 S 21st Ave
Hollywood, FL 33020

Glass Supply Inc
Acct No x0574
2975 S Highland Dr
Las Vegas, NV 89109

GlassWerks LA Inc
Acct No xx9164
8600 Rheem Ave
South Gate, CA 90280

Grey West Construction
2070 N. Tustin Ave
2 nd floor
Santa Ana, CA 92705

```
Hammond Caulking
Acct No n/a
3355 W Lake Mead Blvd #100
North Las Vegas, NV 89032

Howard and Howard
Acct No xxxxxx.0001
The Wells Fargo Tower
3800 Howard Hughes Pkwy
Las Vegas, NV 89169

Howard and Howard
Acct No xxxxxx.0004
The Wells Fargo Tower
3800 Howard Hughes Pkwy
Las Vegas, NV 89169

Howard and Howard
Acct No xxxxxx.0002
The Wells Fargo Tower
3800 Howard Hughes Pkwy
Las Vegas, NV 89169

Internal Revenue Service
Acct No n/a
P.O. 409101
Ogden, UT 84409

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

International Window Company
Acct No x3008
2455 Wardlow Rd
Corona, CA 92878

Isaiah P. Regala
Acct No n/a
3750 Salt Cedar Lane
Las Vegas, NV 89121

Joe Lieberman, ESQ
Acct No n/a
Lieberman and Klestzick, LLP
PO Box 356
Cedarhurst, NY 11516

Juvani Geografo Paderanga
Acct No n/a
3750 Salt Cedar Lane
Las Vegas, NV 89121
```

KRAVITZ SCHNITZER JOHNSON & WATSON, CHTD
Acct No n/a
8985 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123

Level Development Group LLC
Acct No n/a
1110 E Lake Mead Pkwy
Henderson, NV 89015

Martin Harris Construction
3030 S Highland Dr
Las Vegas, NV 89109

Monument Construction - 25th
7787 Eastgate Rd #110
Henderson, NV 89011

Nevada Department of Taxation
Bankruptcy Section
700 E. Warm Springs Rd. Ste 200
Las Vegas, NV 89119

Ochoa
2700 W Richmar Ave
Las Vegas, NV 89123

PRL Glass System
Acct No x7007
13644 Nelson ave
City of Insustry
La Puente, CA 91746

PWI Construction Inc
3902 W Martin Ave
Las Vegas, NV 89118

Quickbridge
Acct No xxx-xxxxx5-02-7
46 Discovery Suite 200
Irvine, CA 92618

Quickbridge
Acct No xxx-xxxxx5-02-6
46 Discovery Suite 200
Irvine, CA 92618

Quickbridge
Acct No xxx-xxxxx5-02-8
46 Discovery Suite 200
Irvine, CA 92618

```
School Guard Glass
Acct No xx0635
14 Federico Drive
Pittsfield, MA 01201

Smalley & Company
Acct No xx5113
5295 Procyon St #100
Las Vegas, NV 89118

Southern Nevada Glaziers and Fabricators
Acct No xxxxxx5872
PO Box 400608
Las Vegas, NV 89140

Stanley Doors
Acct No xxxxxx5696
65 Scott Swamp Road
Farmington, CT 06032

U.S. Small Business Administration
Office of General Counsel
312 N. Spring St., 5th Floor
Los Angeles, CA 90012

United States Trustee
300 Las Vegas Blvd. South
Las Vegas, NV 89101

Vegas Remodels
1620 Raiders Way Suite 130
Henderson, NV 89052

Vincent Regala
3750 Salt Cedar Ln
Las Vegas, NV 89121
```

| | |
|---|---|
| Name, Address, Telephone No. & I.D. No.<br>**James T. Leavitt, Esq. 012803**<br>**601 S. 6th Street**<br>**Las Vegas, NV 89101**<br>**(702) 385-7444**<br>**012803 NV** | |
| **UNITED STATES BANKRUPTCY COURT**<br>District of Nevada | |
| In Re<br>**Vegas Custom Glass, LLC**<br><br>Debtor(s) | BANKRUPTCY NO. **25-13929**<br>CHAPTER NO. **11** |

AMENDED
DECLARATION RE: ELECTRONIC FILING OF PETITION
SCHEDULES, STATEMENTS AND PLAN (if applicable)

PART I - DECLARATION OF PETITIONER

I [We] __Vincent Regala__ and _____, the undersigned debtor(s) hereby declare under penalty of perjury that the information I have given my attorney and the information provided in the electronically filed petition, statements, schedules, amendments and plan (if applicable) as indicated above is true and correct. I consent to my attorney filing my petition, this declaration, statements, schedules and plan (if applicable) as indicated above to the United States Bankruptcy Court. I understand that this DECLARATION RE: ELECTRONIC FILING is to be filed with the Clerk once all schedules have been filed electronically but, in no event, no later than 15 days following the date the petition was electronically filed. I understand that failure to file the signed original of this DECLARATION will cause my case to be dismissed pursuant to 11 U.S.C. § 707(a)(3) without further notice.

- ☐ If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7 or 13. I am aware that I may proceed under chapter 7, 11, 12, or 13 of 11 United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 or 13. I request relief in accordance with the chapter specified in this petition.
- ■ [If petitioner is a corporation or partnership] I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in this petition.

Dated: __August 19, 2025__

Signed: __/s/ Vincent Regala__
**Vincent Regala/Owner**
(Applicant)

PART II - DECLARATION OF ATTORNEY

I, the attorney for the petitioner named in the foregoing petition, declare that, I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Dated: __August 19, 2025__

Signed: __/s/ James T. Leavitt, Esq.__
**James T. Leavitt, Esq. 012803**
Attorney for Debtor(s)