_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
August 20, 2025

**LEAVITT LEGAL SERVICES, P.C.**
**JAMES T. LEAVITT, ESQ.**
State Bar No. 012803
601 South 6th Street
Las Vegas, Nevada 89101
Phone: (702) 385-7444 Facsimile: (702) 385-1178
Jamestleavittesq@gmail.com, Leavittecf@gmail.com
Proposed Attorney for Debtor-in-Possession

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re: | BK-25-13929-gs |
| | Chapter 11, Subchapter V |
| VEGAS CUSTOM GLASS LLC., | |
| | Hearing date: August 29, 2025 |
| | Hearing time: 9:30AM |
| DEBTOR. | |

### ORDER SHORTENING TIME

It appearing to the satisfaction of the Court and good cause appearing therefore;

**IT IS HEREBY ORDERED** that the Emergency Motion for Authority to Enter into Insurance Premium Finance Agreement and to Provide Adequate Protection shall be heard on the 29th day of August, 2025, at the hour of 9:30AM, in the Federal Foley Building, 300 Las Vegas Blvd. South, Courtroom 2, Las Vegas, Nevada 89101, or as soon thereafter as counsel can be heard. Any opposition shall be filed by August 27, 2025. This Motion to be served in 1 day from entry of the order.  Replies due by hearing date of August 29, 2025

. . . . IT IS FINALLY ORDERED that a Courtroom Deputy will email the parties a link to the
. . . . video conference at least one (1) day before the hearing with the necessary information to connect for remote participation. Parties are responsible for ensuring that all participants appearing remotely have appropriate access to Zoom. To the extent that any party does not have access to participate in the hearing through the Zoom video, participation may be telephonic.

- 1 -

IT IS SO ORDERED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Submitted by:

By:*James T. Leavitt*
JAMES T. LEAVITT, ESQ.
State Bar No. 012803
601 South 6th Street
Las Vegas, Nevada 89101

###