**LEAVITT LEGAL SERVICES, P.C.**
**JAMES T. LEAVITT, ESQ.**
STATE BAR NO. 012803
601 South 6th Street
Las Vegas, Nevada 89101
Phone: (702) 385-7444 Facsimile: (702) 385-1178
Jamestleavittesq@gmail.com, Leavittecf@gmail.com
Proposed Attorney for Debtor-in-Possession

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>VEGAS CUSTOM GLASS LLC.,<br><br>　　　　　DEBTOR. | Case No.: 25-13929-gs<br>CHAPTER 11 SUBCHAPTER V<br><br>Haring Date: August 29, 2025<br>Hearing time: 9:30 a.m. |

**NOTICE OF CONTINUED HEARING RE:**
**FIRST DAY MOTIONS**

**PLEASE TAKE NOTICE** that the Application to Employ Attorney James T. Leavitt Under General Retainer with Proposed Order; Motion to Approve Vincent Regala as a Designated Responsible Person in its Chapter 11 Case; Debtor's Motion for Authorization to: (i) Continue Using Existing Money Management System, as Modified, (ii) to Honor Certain Prepetition Obligations Related to the Use of the Money Management System, and (iii) Maintain Existing Bank Accounts (IV) Authority to Pay All Vendors, Suppliers, And Service Providers on a Cash Basis for Post-Petition Obligations, and (V) Authority to Use Accounts Receivable Collected During the Chapter 11 Proceedings to Fund Payments Under The Debtor's Chapter 11 Plan; Debtor's Motion to Assume Executory Contract (Lease Agreement); Motion for Order: (I) Authorizing Debtor to Pay Wages, Salaries, Benefits, Reimbursable Business Expenses, and Honoring Other Employee Obligations; and (II) Authorizing and Directing Financial Institutions to Honor And Process Checks And Transfers Related To Such Obligations; Motion Pursuant to 11

U.S.C. §§ 105(A) and 366 for an Order Determining that Adequate Assurance Has Been Provided to Utility Companies and for Approval of Procedures were filed on July 16, 2025. The hearing for said Motion(s) will be held before the above-entitled Court on the 29th day of August, 2025, at the hour of 9:30.a.m., in the Foley Federal Building and U.S. Courthouse, 300 Las Vegas Blvd South, Las Vegas, NV 89101.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Motion(s) are on file with and available from the clerk of the United States Bankruptcy Court for the District of Nevada, Foley Federal Building and U.S. Courthouse, 300 Las Vegas Blvd South, Las Vegas, NV 89101; via the bankruptcy court's website at www.nvb.uscourts.gov (a PACER account is required); or from the undersigned counsel upon request.

**PLEASE TAKE FURTHER NOTICE** If you object to the relief requested, you must file a WRITTEN response to this pleading with the court. You must also serve your written response on the person who sent you this notice. If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may refuse to allow you to speak at the scheduled hearing; and,
- The court may rule against you without formally calling the matter at the hearing.

. . .

. . .

. . .

**PLEASE TAKE FURTHER NOTICE** that this hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and time at the above noticed hearing or any adjournment thereof.

Dated this 21st day of August, 2025.

Submitted by:

LEAVITT LEGAL SERVICES, P.C.

By: /s/ JAMES T. LEAVITT, ESQ.
JAMES T. LEAVITT, ESQ.
Nevada Bar No. 012803
601 S. 6th Street
Las Vegas, Nevada 89101
Proposed Attorney for Debtor

## CERTIFICATE OF SERVICE

On this 21st day of August, 2025, I served the following document(s) (specify):

*NOTICE OF CONTINUED HEARING RE:*
*FIRST DAY MOTIONS*

I served the above-named document(s) by depositing a true and complete copy of the above named document, first class postage paid into the United States Mail, via US Mail to the following persons listed on the attached creditor matrix:

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 21st day of August, 2025.

Melissa Milroy                              /s/ Melissa Milroy
(Name of Declarant)                    (Signature of Declarant)

```
Label Matrix for local noticing          ALO Capital Group                        Martin Harris Construction, LLC
0978-2                                   c/o Giuliano Law PC                      Champion Lovelock
Case 25-13929-gs                         445 Broadhollow Rd.                      6600 Amelia Earhart Ct., Ste A
District of Nevada                       Suite 25                                 Las Vegas, NV 89119-3535
Las Vegas                                Melville, NY 11747-3645
Thu Aug 21 12:04:02 PDT 2025

VEGAS CUSTOM GLASS, LLC                  United States Bankruptcy Court           All American Finishing LLC
6255 MCLEOD DR. STE 21                   300 Las Vegas Blvd., South               2121 Highland Ave.
LAS VEGAS, NV 89120-4075                 Las Vegas, NV 89101-5833                 Las Vegas NV 89102-4626


Ally Financial                           Ally Financial                           Alo Capital Group
500 Woodward Ave                         Acct No xxx-xxxx-x4879                   18851 NE 29th Ave
Detroit, MI 48226-3416                   500 Woodward Ave                         Miami, FL 33180-2847
                                         Detroit, MI 48226-3416


American Express                         BOARD OF TRUSTEES OF THE GLAZING         Bank of America
P.O. Box 96001                           HEALTH AND WELFARE FUND, ET AL           Acct No xxxx xxxx xxxx 0041
Los Angeles CA 90096-8000                CHRISTENSEN JAMES AND MARTIN, CHTD       PO Box 25118
                                         7440 WEST SAHARA AVENUE                  Tampa, FL 33622-5118
                                         LAS VEGAS, NV 89117-2740

Bank of America                          Beacon Sales Acquisition Inc. dba QXO/Waterp   Boyd Martin Construction
Acct No xxxx xxxx xxxx 0099              505 Huntmar Park Dr.                     5965 McLeod Dr
PO Box 25118                             Herndon, VA 20170-5103                   Las Vegas, NV 89120-3404
Tampa, FL 33622-5118


C.R. Laurence Co Inc                     Christensen James and Martin CHTD        Daryl Pachloke
2503 E Vernon Ave                        Acct No xxxxxx5872                       9104 Little Horse Ave.
Los Angeles, CA 90058-1826               7440 W Sahara                            Las Vegas NV 89143-5425
                                         Las Vegas, NV 89117-2740


(p)NEVADA DETR                           Donna D. DiMaggio, Esq.                  E Financial Tree
500 E THIRD ST                           Tracy M. OSteen, Esq.                    201 Broad St Suite 1002
CARSON CITY NV 89701-4772                CHAMPION LOVELOCK LAW                    Stamford, CT 06901-2004
                                         6600 Amelia Earhart Court, Suite A
                                         Las Vegas, NV 89119-3535


Empire CAT Rental                        Forte Specialty Contractors              Fox Funding
3300 St Rose Pkwy                        3451 W Martin Ave C                      803 S 21st Ave
Henderson, NV 89052-3985                 Las Vegas, NV 89118-4572                 Hollywood, FL 33020-6962


Glass Supply Inc                         GlassWerks LA Inc                        Hammond Caulking
2975 S Highland Dr                       8600 Rheem Ave                           3355 W Lake Mead Blvd #100
Las Vegas, NV 89109-1011                 South Gate, CA 90280-3333                North Las Vegas, NV 89032-4901


Howard and Howard                        (p)INTERNAL REVENUE SERVICE              International Window Company
The Wells Fargo Tower                    CENTRALIZED INSOLVENCY OPERATIONS        Acct No x3008
3800 Howard Hughes Pkwy                  PO BOX 7346                              2455 Wardlow Rd
Las Vegas, NV 89169-0972                 PHILADELPHIA PA 19101-7346               Corona, CA 92878-5191
```

| | | |
|---|---|---|
| Isaiah P Regala<br>3750 Salt Cedar Ln.<br>Las Vegas NV 89121-5932 | Joe Lieberman, ESQ<br>Lieberman and Klestzick, LLP<br>PO Box 356<br>Cedarhurst, NY 11516-0356 | Juvani Geografo Paderanga<br>3750 Salt Cedar Ln.<br>Las Vegas NV 89121-5932 |
| Kravitz Schnitzer Johnson & Watson CHTD.<br>8985 S. Eastern Ave St. 200<br>Las Vegas NV 89123-4852 | Level Development Group LLC<br>1110 E. Lake Mead PKWY<br>Henderson NV 89015-5561 | Martin Harris Construction<br>3030 S Highland Dr<br>Las Vegas, NV 89109-1047 |
| Nevada Department of Taxation, Bankruptcy Se<br>700 E. Warm Springs Rd. Ste 200<br>Las Vegas, NV 89119-4311 | OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: EDWARD M. MCDONALD JR.<br>300 LAS VEGAS BLVD. SOUTH, SUITE 4300<br>LAS VEGAS, NV 89101-5803 | PRL Glass System<br>13644 Nelson Ave.<br>City of Industry<br>La Puente CA 91746-2336 |
| PWI Construction Inc<br>3902 W Martin Ave<br>Las Vegas, NV 89118 | Quickbridge<br>Acct No xxx-xxxxx5-02-6<br>46 Discovery Suite 200<br>Irvine, CA 92618-3123 | Quickbridge<br>Acct No xxx-xxxxx5-02-7<br>46 Discovery Suite 200<br>Irvine, CA 92618-3123 |
| Quickbridge<br>Acct No xxx-xxxxx5-02-8<br>46 Discovery Suite 200<br>Irvine, CA 92618-3123 | School Guard Glass<br>Acct No xx0635<br>14 Federico Drive<br>Pittsfield, MA 01201-5518 | Smalley & Company<br>5295 Procyon St #100<br>Las Vegas, NV 89118-1676 |
| Southern Nevada Glaziers and Fabricators<br>Acct No xxxxxx5872<br>PO Box 400608<br>Las Vegas, NV 89140-0608 | Stanley Doors<br>65 Scott Swamp Road<br>Farmington, CT 06032-2803 | (p)U S  SMALL BUSINESS ADMINISTRATION<br>312 N SPRING ST 5TH FLOOR<br>LOS ANGELES CA 90012-4701 |
| U.S. TRUSTEE - LV - 11<br>300 LAS VEGAS BOULEVARD S.<br>SUITE 4300<br>LAS VEGAS, NV 89101-5803 | Vegas Remodels<br>1620 Raiders Way Suite 130<br>Henderson, NV 89052-4631 | Vincent Regala<br>3750 Salt Cedar Ln<br>Las Vegas, NV 89121-5932 |
| WELTMAN, WEINBERG AND REIS CO., L.P.A.<br>5475 RINGS ROAD, SUITE 200<br>DUBLIN, OH 43017-7565 | BRIAN D. SHAPIRO<br>510 S. 8TH STREET<br>LAS VEGAS, NV 89101-7003 | JAMES T. LEAVITT<br>LEAVITT LEGAL SERVICES, P.C.<br>601 SOUTH 6TH STREET<br>LAS VEGAS, NV 89101-6919 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Dept. of Employment, Training & Rehab<br>Employment Security Division<br>500 East Third Street<br>Carson City, NV 89713 | Internal Revenue Service<br>Ogden, UT 84201 | U.S. Small Business Administration<br>Office of General Counsel<br>312 N. Spring St., 5th Floor<br>Los Angeles, CA 90012 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BOARD OF TRUSTEES OF THE FINISHING TRADES | (u)BOARD OF TRUSTEES OF THE GLAZING HEALTH AN | (u)BOARD OF TRUSTEES OF THE INTERNATIONAL PAI |
| (u)BOARD OF TRUSTEES OF THE PAINTERS, GLAZIER | (u)BOARD OF TRUSTEES OF THE SOUTHERN NEVADA P | (u)Board of Trustees of the Southern Nevada a |
| (u)STAR PROGRAM, INC. | (u)Blusky Restoration Contractors | (u)Builders United |
| (u)ES Oasis LLC | (u)Grey West Construction | (u)Legay Jones LLC |
| (u)Monument Construction - 25th | (u)Ochoa | (u)PRL |

End of Label Matrix
Mailable recipients    53
Bypassed recipients    15
Total                  68