_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
September 08, 2025

**LEAVITT LEGAL SERVICES, P.C.**
**JAMES T. LEAVITT, ESQ.**
State Bar No. 012803
601 South 6th Street
Las Vegas, Nevada 89101
Phone: (702) 385-7444 Facsimile: (702) 385-1178
Jamestleavittesq@gmail.com, Leavittecf@gmail.com
Attorney for Debtor-in-Possession

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | 25-13929-gs |
| | CHAPTER 11 SUBCHAPTER V |
| VEGAS CUSTOM GLASS LLC., | |
| | DATE: August 29, 2025 |
| | TIME: 9:30a.m. |
| DEBTOR. | |

**ORDER APPROVING APPLICATION TO EMPLOY**
**LEAVITT LEGAL SERVICES P.C. UNDER GENERAL RETAINER**

VEGAS CUSTOM GLASS LLC., as debtor and debtor in possession (the "Debtor"), having filed its Motion Approving Application to Employ Attorney Under General Retainer (the "Application") [ECF No.14], thereby seeking approval to Employ Leavitt Legal Services, P.C. As debtor's general counsel pursuant to 11 U.S.C. § 327(a); the Court having reviewed and considered the Application, and all matters submitted therewith; no objections to the Application having been filed or made at the hearing; the Court having held a hearing on the Application on the 29th day of August, 2025 at 9:30A.M., with all appearances having been noted on the record; the Court having heard and considered the arguments of counsel; the Court having made its findings of fact and conclusions of

law on the record at the hearing, which are incorporated herein by reference pursuant to Fed. R. Civ. P. 52, made applicable pursuant to Fed. R. Bankr. P. 7052 and 9014; and good cause appearing;

**IT IS HEREBY ORDERED:**

1. The Application is GRANTED; that the Debtor's request that Leavitt Legal Services, P.C. retention be approved retroactive to the commencement of the case on July 9th 2025 (the "Petition Date") is approved, and that counsel may seek the allowance of fees and costs incurred between the Petition Date and the date of the entry of this Order in conjunction with any fee application that may be filed in this case.

2. The Debtor is authorized to retain Leavitt Legal Services, P.C. pursuant to 11 U.S.C. § 327(a) as its general bankruptcy counsel to perform the services as set forth in the Application, subject to modifications necessary to insure compliance with the US Trustee's guidelines.

3. Leavitt Legal Services, P.C. shall be compensated for the services described in the Application and its Retainer Agreement, and in accordance with the procedures set forth in 11 U.S.C. §§ 330 and 331 of the Bankruptcy Code, the Local Rules of Bankruptcy Practice for the U.S. District Court for the District of Nevada, the Guidelines for Reviewing Applications for Compensation Professional Compensation and Reimbursement of Expenses established by the Office of the United States Trustee, and such other procedures as may be fixed by order of this Court.

**IT IS SO ORDERED**

LEAVITT LEGAL SERVICES P.C.

By  /s/ James T. Leavitt
JAMES T. LEAVITT, ESQ.
601 South 6th Street
Las Vegas, Nevada 89101
Attorney for Debtor-in-Possession

**LR 9021 CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

    ___ The court has waived the requirement set forth in LR 9021(b)(1).

    ___ No party appeared at the hearing or filed an objection to the motion.

    _X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above.

    ___ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###