_____
Honorable Gary Spraker
United States Bankruptcy Judge



Entered on Docket
September 08, 2025

**LEAVITT LEGAL SERVICES, P.C.**
**JAMES T. LEAVITT, ESQ.**
State Bar No. 012803
601 South 6th Street
Las Vegas, Nevada 89101
Phone: (702) 385-7444 Facsimile: (702) 385-1178
Jamestleavittesq@gmail.com, Leavittecf@gmail.com
Attorney for Debtor-in-Possession

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: ) | Case No.: 25-13929-gs |
| ) | Chapter 11, Subchapter V |
| VEGAS CUSTOM GLASS LLC., ) | |
| ) | DATE: August 29, 2025 |
| ) | TIME: 9:30a.m. |
| DEBTOR. ) | |

**ORDER GRANTING MOTION TO APPROVE VINCENT REGALA AS A DESIGNATED RESPONSIBLE PERSON IN ITS CHAPTER 11 CASE**

Vegas Custom Glass Llc., as debtor and debtor in possession (the "Debtor"), having filed its Motion to Approve Vincent Regala As a Designated Responsible Person (the "Motion")[1] [ECF No.15], thereby seeking to designate Vincent Regala ("Mr. Regala") as a designated responsible person of the Debtor in its Chapter 11 Case pursuant to Fed. R. Bankr. P. 9001(5); the Court having reviewed and considered the Motion; it appearing that no further notice of the Motion need be given under the circumstances; the Court having held a hearing on the Motion on the 29th of August, 2025 at 9:30a.m., and all appearances having been noted on the record; the Court having placed its findings of fact and conclusions of law on the record at the hearing, which are

incorporated herein pursuant to Fed. R. Civ. P. 52, as made applicable pursuant to Fed. R. Bankr. P. 7052 and 9014; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED:**

1. The Motion is GRANTED, retroactive to the Petition Date.

2. Vincent Regala is responsible for the duties and obligations of the debtor and debtor-in-possession as contemplated by 11 U.S.C. §§ 1106, 1116, 1182, 1184, 1187.

Vincent Regala
Owner and Manager
6255 McLeod Dr. Ste 21
Las Vegas, Nevada 89120
702-609-0781
vincent@vegascustomglass.com

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED:

LEAVITT LEGAL SERVICES, P.C.

By: /s/James T. Leavitt
JAMES T. LEAVITT, ESQ.
Nevada Bar No. 012803
601 S 6th Street
Las Vegas, Nevada 89101
Attorney for Debtor-in-Possession

***LR 9021 CERTIFICATION***

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

___ The court has waived the requirement set forth in LR 9021(b)(1).

___ No party appeared at the hearing or filed an objection to the motion.

_X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above.

___ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###