_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
September 08, 2025

**LEAVITT LEGAL SERVICES, P.C.**
**JAMES T. LEAVITT, ESQ.**
State Bar No. 012803
601 South 6th Street
Las Vegas, Nevada 89101
Phone: (702) 385-7444  Facsimile: (702) 385-1178
Jamestleavittesq@gmail.com, Leavittecf@gmail.com
Attorney for Debtor-in-Possession

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | BK-25-13929-gs |
| | Chapter 11, Subchapter V |
| VEGAS CUSTOM GLASS, LLC., | |
| | Date: August 29, 2025 |
| | Time: 9:30 a.m. |
| DEBTOR. | |

**ORDER GRANTING DEBTOR'S MOTION TO ASSUME EXECUTORY CONTRACT (LEASE AGREEMENT)**

Upon consideration of the Debtor's Motion to Assume Executory Contract (Lease Agreement) (the "Motion"), and the Court being otherwise fully advised in the premises, and good cause appearing therefor;

IT IS HEREBY FOUND that:

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334;
2. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b);
3. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409;

4. The relief requested in the Motion is in the best interests of the Debtor, its estate, and parties in interest;

5. The Debtor has articulated sound business reasons for assuming/rejecting the Lease;

6. There are no monetary defaults under the Lease requiring cure;

7. The Debtor has provided adequate assurance of future performance under the Lease;

8. Proper notice of the Motion has been given to all interested parties;

9. The assumption/rejection of the Lease is authorized pursuant to section 365 of the Bankruptcy Code;

**NOW, THEREFORE, IT IS HEREBY ORDERED** that:

1. The Motion is GRANTED;

2. The Debtor is authorized to assume that certain lease agreement dated May 20, 2025, between MEOW LLC, a Nevada Limited Liability Company, as landlord, and Vegas Custom Glass LLC, as tenant, for the premises located at 6255 McCleod Dr. unit 20 and 21, Las Vegas, NV 89120 (the "Lease");

3. The Debtor is authorized to reject that certain lease agreement dated May 20, 2025, between MEOW LLC, a Nevada Limited Liability Company, as landlord, and Vegas Custom Glass LLC, as tenant, for the premises located at 6255 McCleod Dr. unit 19, Las Vegas, NV 89120 (the "Lease");

4. The Lease, unit 20 and 21 is hereby assumed by the Debtor as of the date of this Order;

5. The Lease, unit 19 is hereby rejected by the Debtor as of the date of this Order;

6. The Debtor is authorized to perform all obligations under the assumed Lease in accordance with its terms, including but not limited to: a. Payment of monthly rent according to the escalation schedule set forth in the Lease; b. Payment of additional rent for utilities as provided in the Lease; c. Compliance with all other terms and conditions of the Lease;

7. The assumption/rejection of the Lease shall be effective as of the date of entry of this Order;

8. The Debtor is authorized to take all actions necessary to effectuate the transactions contemplated by this Order;

9. This Order shall be effective immediately upon entry, and Bankruptcy Rule 6004(h) is hereby waived;

10. The Court retains jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

IT IS SO ORDERED.

PREPARED AND SUBMITTED:

LEAVITT LEGAL SERVICES, P.C.

By: /s/James T. Leavitt
JAMES T. LEAVITT, ESQ.
Nevada Bar No. 012803
601 S 6th Street
Las Vegas, Nevada 89101
Attorney for Debtor-in-Possession

***LR 9021 CERTIFICATION***

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

    ___    The court has waived the requirement set forth in LR 9021(b)(1).

    ___    No party appeared at the hearing or filed an objection to the motion.

    _X_    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above.

    ___    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

### #