_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
September 08, 2025

**LEAVITT LEGAL SERVICES, P.C.**
**JAMES T. LEAVITT, ESQ.**
State Bar No. 012803
601 South 6th Street
Las Vegas, Nevada 89101
Phone: (702) 385-7444 Facsimile: (702) 385-1178
Jamestleavittesq@gmail.com, Leavittecf@gmail.com
Attorney for Debtor-in-Possession

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | BK-25-13929gs |
| | Chapter 11, Subchapter V |
| VEGAS CUSTOM GLASS LLC., | |
| | Date: August 29, 2025 |
| | Time: 9:30a.m. |
| DEBTOR. | |

**INTERIM ORDER GRANTING MOTION FOR ORDER: (I) AUTHORIZING DEBTOR TO PAY WAGES, SALARIES, BENEFITS, REIMBURSABLE BUSINESS EXPENSES, AND HONORING OTHER EMPLOYEE OBLIGATIONS; AND (II) AUTHORIZING AND DIRECTING FINANCIAL INSTITUTIONS TO HONOR AND PROCESS CHECKS AND TRANSFERS RELATED TO SUCH OBLIGATIONS**

Vegas Custom Glass LLC., as debtor and debtor in-possession (the "Debtor"), by and through its counsel, James T. Leavitt Esq. having filed its Motion For Order: (I) Authorizing Debtor to Pay Wages, Salaries, Benefits, Reimbursable Business Expenses, and Honoring Other Employee Obligations; and (II) Authorizing and Directing Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations as supplemented (the "Motion") [ECF

– 1

No. 18]; the Motion having come on for hearing before the above-captioned Court on the 29th day of August 2025 at 9:30a.m., all appearances having been noted on the record; the Court having reviewed the Motion, and the other pleadings on file and having heard and considered the argument of counsel; the Court having stated its findings of fact and conclusions of law on the record at the hearing on the Motion, which findings of fact and conclusions of law are incorporated herein by this reference in accordance with Fed. R. Civ. P. 52, as made applicable by Fed. R. Bankr. P. 7052 and 9014; it appearing that the relief requested is necessary to preserve Debtor's ongoing operations and to avoid immediate and irreparable harm, and is in the best interests of the Debtor, its estate, and its creditors; and in the light of the circumstances and the emergency nature of the relief requested; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED**:

1. The Motion is GRANTED on an interim basis granting bank accounts as debtor in possession accounts. Debtor will have thirty (30) day from the date this order is entered to close all existing financial accounts and establish new debtor in possession bank accounts. All estate funds must be deposited and maintained in an authorized dipository.

2. Debtor, in its sole discretion, is hereby authorized, but not required: (I) to Pay Wages, Salaries, Benefits, Reimbursable Business Expenses, and Honoring Other Employee Obligations; and (II) Authorizing and Directing Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations and that no employee will receive more than what would be allowed under 507(a)(4) by way of priority.

3. All applicable banks and other financial institutions are authorized to receive, process, honor and pay any and all checks related to the foregoing, including specifically those drawn from the Debtor's account(s), whether presented prior to or after the Petition Date in

accordance with the stated policies with regard thereto, provided sufficient funds exist in Debtor's accounts to cover such payments;

4. The payments authorized by this Order are not exempt from subsequent operation of sections 547, 548, 549 and 550 of the Bankruptcy Code; and

5. Debtor is excepted from the operation of Bankruptcy Rule 6003(b). Any stay pursuant to Bankruptcy Rule 6004(h) or otherwise is hereby waived, and this Order shall be immediately effective from the date of the filing and enforceable upon its entry.

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED:

LEAVITT LEGAL SERVICES, P.C.

By:  /s/James T. Leavitt          _____
JAMES T. LEAVITT, ESQ.
Nevada Bar No. 012803
601 S 6th Street
Las Vegas, Nevada 89101
Attorney for Debtor-in-Possession

### *LR 9021 CERTIFICATION*

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

____    The court has waived the requirement set forth in LR 9021(b)(1).

____    No party appeared at the hearing or filed an objection to the motion.

_X_    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above.

____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #