**LEAVITT LEGAL SERVICES, P.C.**
**JAMES T. LEAVITT, ESQ.**
State Bar No. 012803
601 South 6th Street
Las Vegas, Nevada 89101
Phone: (702) 385-7444 Facsimile: (702) 385-1178
Jamestleavittesq@gmail.com, Leavittecf@gmail.com
Attorney for Debtor-in-Possession

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: ) | BK-25-13929-gs |
| ) | Chapter 11, Subchapter V |
| VEGAS CUSTOM GLASS LLC., ) | |
| ) | |
| ) | |
| ) | |
| DEBTOR. ) | |

**SUPPLEMENTAL ERRATA TO DEBTOR'S AMENDED MOTION FOR AUTHORIZATION TO: (i) CONTINUE USING EXISTING MONEY MANAGEMENT SYSTEM, AS MODIFIED, (ii) TO HONOR CERTAIN PREPETITION OBLIGATIONS RELATED TO THE USE OF THE MONEY MANAGEMENT SYSTEM, AND (iii) MAINTAIN EXISTING BANK ACCOUNTS (IV) AUTHORITY TO PAY ALL VENDORS, SUPPLIERS, AND SERVICE PROVIDERS ON A CASH BASIS FOR POST-PETITION OBLIGATIONS, AND (V) AUTHORITY TO USE ACCOUNTS RECEIVABLE COLLECTED DURING THE CHAPTER 11 PROCEEDINGS TO FUND PAYMENTS UNDER THE DEBTOR'S CHAPTER 11 PLAN**

VEGAS CUSTOM GLASS LLC., as debtor and debtor in possession (the "Debtor" or "VCG"), hereby files this errata (the "Errata") to its Amended Motion for Authorization to: (i) Continue Using Existing Money Management System, as Modified, (ii) to Honor Certain Prepetition Obligations Related to the Use of the Money Management System, and (iii) Maintain Existing Bank Accounts (iv) Authority to Pay All Vendors, Suppliers, and Service Providers on a Cash Basis for Post-Petition Obligations, and (v) Authority to Use Accounts Receivable Collected During the Chapter 11 Proceedings to Fund Payments Under the Debtor's Chapter 11 Plan, filed on July 31, 2025 (the "Motion").

**STATEMENT OF ERRATA**

The Debtor has identified an inaccuracy in the financial documentation attached to the Motion. Specifically, the budget information referenced in the Motion contained incorrect figures that do not accurately reflect the Debtor's actual financial position for July 2025.

**CORRECTION**

The Debtor hereby corrects the financial information by substituting the correct July 2025 Profit and Loss statement, which accurately reflects the Debtor's financial performance for the period of July 9-31, 2025. The corrected Profit and Loss statement is attached hereto as Exhibit A and incorporated herein by reference.

The corrected Profit and Loss statement shows:

- Total Income: $77,452.64
- Total Cost of Goods Sold: $43,648.12
- Gross Profit: $33,804.52
- Total Expenses: $48,853.41
- Net Operating Income: ($15,048.89)
- Net Income: ($17,759.83)

This correction does not affect the substantive relief requested in the Motion, and all other statements and requests for relief contained in the Motion remain accurate and unchanged.

**SUPPLEMENTAL**

Counsel, upon filing Debtor's emergency first day Motion did not have projections or budgets beyond July, 2025. As instructed by the court, counsel files this Supplement to support its Motion for use of cash collateral. Attached please find the budgets for August and September as well as projections for October attached hereto as Exhibit B.

. . . .

. . . .

**CONCLUSION**

The Debtor respectfully submits this Supplemental Errata to ensure the Court has accurate financial information when considering the Motion. The correction of these financial figures provides a more precise representation of the Debtor's financial condition during the relevant period. We also ask that the court approve our motion for use for cash collateral based upon these updated budgets and projections.

    DATED this 9th day of September, 2025.

                                                  LEAVITT LEGAL SERVICES P.C.

                                                  /s/ James T. Leavitt
                                                  James T. Leavitt, Esq.
                                                  Leavitt Legal Services, P.C.
                                                  601 S. Sixth Street
                                                  Las Vegas NV 89101
                                                  *Attorney for Vegas Custom Glass*

***EXHHIBIT A***

# Profit and Loss

## Vegas Custom Glass llc

July 9-31, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| Income | |
|   Customer Clearing | -418.22 |
|   Sales | 77,786.11 |
|   Service Fee Income | 84.75 |
| **Total for Income** | **$77,452.64** |
| Cost of Goods Sold | |
|   50000 Cost of Goods Sold | $11,671.06 |
|    50005 Fleet Fuel Costs | 2,013.38 |
|    50010 Glass | 13,885.83 |
|    50015 Hardware | 1,786.22 |
|    50020 Windows & Doors | 562.52 |
|    Job Supplies | 13,729.11 |
| **Total for 50000 Cost of Goods Sold** | **$43,648.12** |
| **Total for Cost of Goods Sold** | **$43,648.12** |
| **Gross Profit** | **$33,804.52** |
| Expenses | |
|   65000 Payroll Expenses | $715.95 |
|    65005 Wages | 34,073.51 |
|    65015 Taxes | 7,407.42 |
|    Payroll fees | 79.35 |
| **Total for 65000 Payroll Expenses** | **$42,276.23** |
|   General Overhead Expenses | 0 |
|    60200 Bank Charges & Fees | 608.39 |
|    Insurance | 0 |
|     60920 Health Insurance | 1,926.44 |
| **Total for Insurance** | **$1,926.44** |
|    Licenses | 358.75 |
|    Office / Admin Expenses | 0 |
|     Software Subscription's | 1,993.78 |
| **Total for Office / Admin Expenses** | **$1,993.78** |
| **Total for General Overhead Expenses** | **$4,887.36** |
|   Internet/Cable | 298.80 |
|   Other Business Expenses | 338.30 |
|   QuickBooks Payments Fees | 1,052.72 |
| **Total for Expenses** | **$48,853.41** |
| **Net Operating Income** | **-$15,048.89** |
| Other Income | |
|   70010 Recycling | 531.00 |

# Profit and Loss

Vegas Custom Glass llc

July 9-31, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---|
| Late Fee Income | -3,241.94 |
| **Total for Other Income** | **-$2,710.94** |
| Other Expenses | |
| **Net Other Income** | **-$2,710.94** |
| **Net Income** | **-$17,759.83** |

*EXHHIBIT B*

- 5

| August 2025 | | Category | Budget |
|---|---|---|---|
| Sales | Invoices Billed for the month | Income | $275,586.89 |
| Money Received | Money Received from billed invoices | Income | $159,921.89 |
| Late Fee Income | | Income | $30.13 |
| | | | |
| Expenses | Rent | Operating | $8,131.74 |
| | Phones/Internet/IT | Operating | $860.89 |
| | Utilities | Operating | $306.63 |
| | Advertising | Operating | $421.72 |
| | Software - QBO | Operating | $275.00 |
| | Vendor Materials | Cost of Goods | $151,378.99 |
| | Payroll | Operating | $56,019.64 |
| | Payroll Taxes | Operating | $21,322.70 |
| | Payroll Fees | Operating | $396.75 |
| | Union Package | Operating | ==$17,330.98== |
| | Employee Child Support | Payroll | $1,615.27 |
| | Insurance | Operating | $9,551.83 |
| | Auto - Fuel | Operating | $2,389.97 |
| | Auto -Maintenance/Repairs | Operating | $200.00 |
| | Merchant Fees | Operating | $684.66 |
| | Legal Fees | Operating | $- |
| | Misc Office Supplies | Operating | $178.29 |
| | | | $271,065.06 |
| | | | |
| Total Billed | | | $275,586.89 |
| | | | |
| Total Expenses | | | $271,065.06 |
| | | | |
| Profit/Loss | | | $4,521.83 |

| September 2025 | | Category | Budget |
|---|---|---|---|
| Sales | Invoices Billed for the month | Income | $150,000.00 |
| Money Received | Money Received from billed invoices | Income | $150,000.00 |
| | | | |
| Expenses | Rent | Operating | $6,297.00 |
| | Phones/Internet | Operating | $795.00 |
| | Utilities | Operating | $250.00 |
| | Advertising | Operating | $425.00 |
| | Software - QBO | Operating | $550.00 |
| | Vendor Materials | Cost of Goods | $55,000.00 |
| | Payroll | Operating | $45,000.00 |
| | Payroll Taxes | Operating | $25,000.00 |
| | Union Package | Operating | **$15,000.00** |
| | Employee Child Support | Payroll | $1,353.20 |
| | Insurance | Operating | $8,000.00 |
| | Auto - Fuel | Operating | $2,400.00 |
| | Auto -Maintenance/Repairs | Operating | $500.00 |
| | Merchant Fees | Operating | $700.00 |
| | Legal Fees | Operating | $- |
| | Misc Office Supplies | Operating | $200.00 |
| | | | $161,470.20 |
| | | | |
| Total on Billed | | | $150,000.00 |
| | | | |
| Total Expenses | | | $161,470.20 |
| | | | |
| Projected profit/loss | | | $(11,470.20) |

| October 2025 | | Category | Budget |
|---|---|---|---|
| Sales | Invoices Billed for the month | Income | $150,000.00 |
| Money Received | Money Received from billed invoices | Income | $150,000.00 |
| | | | |
| Expenses | Rent | Operating | $6,297.00 |
| | Phones/Internet | Operating | $795.00 |
| | Utilities | Operating | $250.00 |
| | Advertising | Operating | $425.00 |
| | Software - QBO | Operating | $550.00 |
| | Vendor Materials | Operating | $55,000.00 |
| | Payroll | Operating | $45,000.00 |
| | Payroll Taxes | Operating | $25,000.00 |
| | Union Package | Operating | **$15,000.00** |
| | Insurance | Operating | $1,353.20 |
| | Auto - Fuel | Operating | $8,000.00 |
| | Auto -Maintenance/Repairs | Operating | $2,400.00 |
| | Merchant Fees | Operating | $500.00 |
| | Legal Fees | Operating | $700.00 |
| | Misc Office Supplies | Operating | $- |
| | | | $200.00 |
| | | | |
| Total on Billed | | | $150,000.00 |
| | | | |
| Total Expenses | | | $161,470.20 |
| | | | |
| Projected profit/loss | | | $(11,470.20) |