**LEAVITT LEGAL SERVICES, P.C.**
**JAMES T. LEAVITT, ESQ.**
STATE BAR NO. 012803
601 South 6th Street
Las Vegas, Nevada 89101
Phone: (702) 385-7444 Facsimile: (702) 385-1178
Jamestleavittesq@gmail.com, Leavittecf@gmail.com
Proposed Attorney for Debtor-in-Possession

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>VEGAS CUSTOM GLASS LLC.,<br><br>           DEBTOR. | Case No.: 25-13929-gs<br>CHAPTER 11 SUBCHAPTER V<br><br>Date: October 28, 2025<br>Time: 9:30 a.m. |

## NOTICE OF HEARING RE:MOTION TO VALUE COLLATERAL AND OBJECTION TO ALO CAPITAL GROUP'S DUPLICATIVE CLAIMS

**PLEASE TAKE NOTICE** that the Motion to Value Collateral was filed on September 22, 2025. The hearing for said Motion will be held before the above-entitled Court on the 28th day of October 2025, at the hour of 9:30 a.m., in the Foley Federal Building and U.S. Courthouse, 300 Las Vegas Blvd South, Las Vegas, NV 89101.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Motion is on file with and available from the clerk of the United States Bankruptcy Court for the District of Nevada, Foley Federal Building and U.S. Courthouse, 300 Las Vegas Blvd South, Las Vegas, NV 89101; via the bankruptcy court's website at www.nvb.uscourts.gov (a PACER account is required); or from the undersigned counsel upon request.

**PLEASE TAKE FURTHER NOTICE** If you object to the relief requested, you must file a WRITTEN response to this pleading with the court. You must also serve your written response

on the person who sent you this notice. If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may refuse to allow you to speak at the scheduled hearing; and,
- The court may rule against you without formally calling the matter at the hearing.

**PLEASE TAKE FURTHER NOTICE** that this hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and time at the above noticed hearing or any adjournment thereof.

**PLEASE TAKE FURTHER NOTICE** that the hearing will be held remotely via video conference (Zoom) before the Honorable Gary Spraker. The Courtroom Deputy will email participants a link to the video conference at least one (1) day before the hearing with the necessary information to connect for remote participation.

Dated this 23rd day of September, 2025.        Submitted by:

                                                          LEAVITT LEGAL SERVICES, P.C.

                                                          By: /s/ *James T. Leavitt*
                                                               JAMES T. LEAVITT, ESQ.
                                                               Nevada Bar No. 012803
                                                               601 S. 6th Street
                                                               Las Vegas, Nevada 89101
                                                               *Attorney for Debtor Vegas Custom Glass*

## CERTIFICATE OF SERVICE

On this 23rd day of September, 2025 I served the following document(s) (specify):

*NOTICE OF HEARING RE:*
*MOTION TO VALUE COLLATERAL AND*
*OBJECTION TO ALO CAPITAL GROUP'S DUPLICATIVE CLAIMS*

I served the above-named document(s) by depositing a true and complete copy of the above named document, first class postage paid into the United States Mail, via US Mail to the following persons listed listed below:

Fox Funding
803 S 21st Ave
Hollywood, FL 33020-6962

Quickbridge
46 Discovery Suite 200
Irvine, CA 92618-3123

E Financial Tree
201 Broad St Suite 1002
Stamford, CT 06901-2004

Alo Capital Group
18851 NE 29th Ave
Miami, FL 33180-2847

ALO Capital Group
c/o Giuliano Law PC
445 Broadhollow Rd.Suite 25
Melville, NY 11747-3645

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 23rd day of September, 2025.

| Melissa Milroy | /s/ Melissa Milroy |
|---|---|
| (Name of Declarant) | (Signature of Declarant) |