_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
October 01, 2025

**LEAVITT LEGAL SERVICES, P.C.**
**JAMES T. LEAVITT, ESQ.**
State Bar No. 012803
601 South 6th Street
Las Vegas, Nevada 89101
Phone: (702) 385-7444 Facsimile: (702) 385-1178
Jamestleavittesq@gmail.com, Leavittecf@gmail.com
Attorney for Debtor-in-Possession

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | BK-25-13929-gs |
| | Chapter 11, Subchapter V |
| VEGAS CUSTOM GLASS LLC., | |
| | Date: August 29, 2025 |
| | Time: 9:30 a.m. |
| DEBTOR. | |

**FINAL ORDER GRANTING DEBTOR'S MOTION FOR AUTHORIZATION TO: (i) AUTHORITY TO USE ACCOUNTS RECEIVABLE COLLECTED DURING THE CHAPTER 11 PROCEEDINGS TO FUND PAYMENTS UNDER THE DEBTOR'S CHAPTER 11 PLAN AND (ii) USE CASH COLLATERAL**

Vegas Custom Glass LLC., as debtor and debtor in-possession (the "Debtor"), by and through its counsel, James T. Leavitt Esq., having submitted its Motion: For Authorization to (i) Authority To Use Accounts Receivable Collected During The Chapter 11 Proceedings To Fund Payments Under The Debtor's Chapter 11 Plan and (ii) Use Cash Collateral (the "Motion") [ECF No.35]; the Court having reviewed and considered the Motion; the Motion having come on for hearing before the above-captioned Court on the 29th day of August, 2025 at 9:30a.m. And continued on September 15, 2025 at 9:30a.m. all appearances having been noted on the record;

the Court having made its findings of fact and conclusions of law on the record at the hearing, which are incorporated herein pursuant to Rule 52 of the Federal Rules of Civil Procedure, made applicable pursuant to Rules 7052 and 9014 of the Federal Rules of Bankruptcy Procedure; it appearing that the relief requested is necessary to preserve the Debtor's ongoing operations, and is in the best interest of the Debtor's estates, creditors, and all parties-in-interest; and good cause appearing therefore,

**IT IS HEREBY ORDERED:**

1. The Motion is GRANTED.
2. The Debtor, pursuant to sections 105(a), 363(b), and 1191 of the Bankruptcy Code may use accounts receivable collected during the Chapter 11 proceedings to fund payments under its Chapter 11 plan, including but not limited to payments to creditors, administrative expenses, and other obligations arising under the confirmed plan, subject to the rights of the Secured Creditors and any requirements for adequate protection or other safeguards that may be necessary to protect such rights.

**IT IS SO ORDERED.**

**PREPARED AND SUBMITTED:**

LEAVITT LEGAL SERVICES, P.C.

By: */s/ James T. Leavitt*
JAMES T. LEAVITT, ESQ.
Nevada Bar No. 012803
601 S 6th Street
Las Vegas, Nevada 89101
Attorney for Debtor-in-Possession

### *LR 9021 CERTIFICATION*

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____    The court has waived the requirement set forth in LR 9021(b)(1).

_____    No party appeared at the hearing or filed an objection to the motion.

__X__    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above.

APPROVED

*/s/ Jared A Day*_____
Jared A. Day
Trial Attorney
U.S. Department of Justice
Office of the U.S. Trustee, Region 17
300 Booth Street, Room 3009
Reno, NV 89509

APPROVED

*/s/ Brian Shapiro*_____
Brian D. Shapiro
Bankruptcy Trustee
510 S. 8th Street
Las Vegas, NV. 89101

_____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

### # # #