**LEAVITT LEGAL SERVICES, P.C.**
**JAMES T. LEAVITT, ESQ.**
STATE BAR NO. 012803
601 South 6th Street
Las Vegas, Nevada 89101
Phone: (702) 385-7444 Facsimile: (702) 385-1178
Jamestleavittesq@gmail.com, Leavittecf@gmail.com
Attorney for Debtor-in-Possession

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: 25-13929-gs |
| | CHAPTER 11 SUBCHAPTER V |
| VEGAS CUSTOM GLASS LLC., | |
| DEBTOR. | |

### NOTICE OF WITHDRAWAL OF MOTION

Debtor, VEGAS CUSTOM GLASS LLC., by and through his counsel of record, JAMES T. LEAVITT, ESQ., of the law firm of LEAVITT LEGAL SERVICES, P.C., hereby withdraws his Motion to Value Collateral and Objection to Alo Capital Group's Duplicative Claims [ECF 74] filed with the Court on September 22, 2025.

Dated this 2nd day of October, 2025.        Submitted by:

LEAVITT LEGAL SERVICES, P.C.

By: /s/ *James T. Leavitt*
    JAMES T. LEAVITT, ESQ.
    Nevada Bar No. 012803
    601 S. 6th Street
    Las Vegas, Nevada 89101
    *Attorney for Debtor Vegas Custom Glass*

## CERTIFICATE OF SERVICE

On this 2nd day of October, 2025 I served the following document(s) (specify):

### *NOTICE OF WITHDRAWAL OF MOTION*

I served the above-named document(s) by depositing a true and complete copy of the above named document, first class postage paid into the United States Mail, via US Mail to the following persons listed listed below:

Fox Funding
803 S 21st Ave
Hollywood, FL 33020-6962

Quickbridge
46 Discovery Suite 200
Irvine, CA 92618-3123

E Financial Tree
201 Broad St Suite 1002
Stamford, CT 06901-2004

Alo Capital Group
18851 NE 29th Ave
Miami, FL 33180-2847

ALO Capital Group
c/o Giuliano Law PC
445 Broadhollow Rd. Suite 25
Melville, NY 11747-3645

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 23rd day of September, 2025.

| Melissa Milroy | /s/ Melissa Milroy |
|---|---|
| (Name of Declarant) | (Signature of Declarant) |