**LEAVITT LEGAL SERVICES, P.C.**
**JAMES T. LEAVITT, ESQ.**
STATE BAR NO. 012803
601 South 6th Street
Las Vegas, Nevada 89101
Phone: (702) 385-7444 Facsimile: (702) 385-1178
Jamestleavittesq@gmail.com, Leavittecf@gmail.com
Attorney for Debtor-in-Possession

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: ) | Case No.: 25-13929-gs |
| ) | CHAPTER 11 SUBCHAPTER V |
| VEGAS CUSTOM GLASS LLC., ) | Date: November 24, 2025 |
| ) | Time: 1:30 p.m. |
| ) | |
| DEBTOR. ) | |

## NOTICE OF HEARING RE:

## DEBTOR'S MOTION TO VALUE COLLATERAL AND BIFURCATE SECURED CLAIMS

**PLEASE TAKE NOTICE** that the Debtor's Motion to Value Collateral and Bifurcate Secured Claims was filed on October 15th, 2025. The hearing for said Motion will be held before the above-entitled Court on the 24th day of November 2025, at the hour of 1:30 p.m., in the Foley Federal Building and U.S. Courthouse, 300 Las Vegas Blvd South, Las Vegas, NV 89101.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Motion is on file with and available from the clerk of the United States Bankruptcy Court for the District of Nevada, Foley Federal Building and U.S. Courthouse, 300 Las Vegas Blvd South, Las Vegas, NV 89101; via the bankruptcy court's website at www.nvb.uscourts.gov (a PACER account is required); or from the undersigned counsel upon request.

1

2     **PLEASE TAKE FURTHER NOTICE** If you object to the relief requested, you must

3 file a WRITTEN response to this pleading with the court. You must also serve your written

4 response on the person who sent you this notice. If you do not file a written response with the

5 court, or if you do not serve your written response on the person who sent you this notice, then:

6

7     •The court may refuse to allow you to speak at the scheduled hearing; and,

8     •The court may rule against you without formally calling the matter at the hearing.

9

10     **PLEASE TAKE FURTHER NOTICE** that a Courtroom Deputy will email the parties a

11 link to the video conference at least one (1) day before the hearing with the necessary

12 information to connect for remote participation. Parties are responsible for ensuring that all

13 participants appearing remotely have appropriate access to Zoom. To the extent that any party

14 does not have access to participate in the hearing through the Zoom video, participation may be

15

16 telephonic.

17     **PLEASE TAKE FURTHER NOTICE** that this hearing may be continued from time to

18 time without further notice except for the announcement of any adjourned dates and time at the

19 above noticed hearing or any adjournment thereof.

20

21     Dated this 15ᵗʰ day of October, 2025.

22                                          Submitted by:

23                                          LEAVITT LEGAL SERVICES, P.C.

24

25                                          By: /s/ *James T. Leavitt, Esq.*
                                              JAMES T. LEAVITT, ESQ.
26                                            Nevada Bar No. 012803
                                              601 S. 6ᵗʰ Street
27                                            Las Vegas, Nevada 89101
                                              Attorney for Debtor
28

1
2
3
4
5

<u>**CERTIFICATE OF SERVICE**</u>

6

On this 16th day of October 2025, I served the following document(s) (specify):

7

*NOTICE OF HEARING RE:*

8

<u>*DEBTOR'S MOTION TO VALUE COLLATERAL AND BIFURCATE SECURED CLAIMS*</u>

9
10

I served the above-named document(s) by depositing a true and complete copy of the above named document, first class postage paid into the United States Mail, via US Mail

11

to the following persons at the addrss listed below:

12
13

Fox Funding                                          Alo Capital Group
803 S 21st Ave                                       18851 NE 29th Ave

14

Hollywood, FL 33020-6962                             Miami, FL 33180-2847

15

Quickbridge                                          ALO Capital Group

16

46 Discovery Suite 200                               c/o Giuliano Law PC
Irvine, CA 92618-3123                                445 Broadhollow Rd.Suite 25

17

Melville, NY 11747-3645

E Financial Tree

18

201 Broad St Suite 1002
Stamford, CT 06901-2004

19
20

**I declare under penalty of perjury that the foregoing is true and correct.**

21
22

DATED  16th day of October 2025

23

<u>Melissa Milroy</u>                    <u>/s/ Melissa Milroy</u>

24

(Name of Declarant)                    (Signature of Declarant)

25
26
27
28