**LEAVITT LEGAL SERVICES, P.C.**
**JAMES T. LEAVITT, ESQ.**
State Bar No. 012803
601 South 6th Street
Las Vegas, Nevada 89101
Phone: (702) 385-7444 Facsimile: (702) 385-1178
Jamestleavittesq@gmail.com, Leavittecf@gmail.com
Attorney for Debtor-in-Possession

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: 25-13929-gs |
| | CHAPTER 11 SUBCHAPTER V |
| VEGAS CUSTOM GLASS LLC., | |
| DEBTOR. | |

**CERTIFICATE OF SERVICE**

1. On the 16th day of October, 2025, I served the following document(s):

**DEBTOR'S MOTION TO VALUE COLLATERAL AND BIFURCATE SECURED CLAIMS**
**&**
**NOTICE OF HEARING RE:**
**DEBTOR'S MOTION TO VALUE COLLATERAL AND BIFURCATE SECURED CLAIMS**

I served the above-named document(s) by depositing a true and complete copy of the above named document(s), first class postage paid into the United States Mail, via US Mail to the following persons as listed on the attached Matrix.

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 16th day of October, 2025

Melissa Milroy                    /s/ Melissa Milroy
**(Name of Declarant)**          **(Signature of Declarant)**

- 1

```
Label Matrix for local noticing          ALO Capital Group                        LEAVITT LEGAL SERVICES, P.C.
0978-2                                   c/o Giuliano Law PC                      601 SOUTH 6TH STREET
Case 25-13929-gs                         445 Broadhollow Rd.                      LAS VEGAS, NV 89101-6919
District of Nevada                       Suite 25
Las Vegas                                Melville, NY 11747-3645
Thu Oct 16 10:56:28 PDT 2025

Martin Harris Construction, LLC          VEGAS CUSTOM GLASS, LLC                  United States Bankruptcy Court
Champion Lovelock                        6255 MCLEOD DR. STE 21                   300 Las Vegas Blvd., South
6600 Amelia Earhart Ct., Ste A           LAS VEGAS, NV 89120-4075                 Las Vegas, NV 89101-5833
Las Vegas, NV 89119-3535

ALO Capital Group                        All American Finishing LLC               Ally Financial
c/o Giuliano Law PC                      2121 Highland Ave.                       500 Woodward Ave
445 Broadhollow Rd., Suite 25            Las Vegas NV 89102-4626                  Detroit, MI 48226-3416
Melville, N.Y. 11747-3645

Ally Financial                           Alo Capital Group                        Alo Capital Group LLC
Acct No xxx-xxxx-x4879                   18851 NE 29th Ave                        c/o Kaminski Law PLLC
500 Woodward Ave                         Miami, FL 33180-2847                     P.O. Box 247
Detroit, MI 48226-3416                                                            Grass Lake, MI 49240-0247

American Express                         BOARD OF TRUSTEES OF THE GLAZING         Bank of America
P.O. Box 96001                           HEALTH AND WELFARE FUND, ET AL           Acct No xxxx xxxx xxxx 0041
Los Angeles CA 90096-8000                CHRISTENSEN JAMES AND MARTIN, CHTD       PO Box 25118
                                         7440 WEST SAHARA AVENUE                  Tampa, FL 33622-5118
                                         LAS VEGAS, NV 89117-2740

Bank of America                          Beacon Sales Acquisition Inc. dba QXO/Waterp  Boyd Martin Construction
Acct No xxxx xxxx xxxx 0099              505 Huntmar Park Dr.                     5965 McLeod Dr
PO Box 25118                             Herndon, VA 20170-5103                   Las Vegas, NV 89120-3404
Tampa, FL 33622-5118

C.R. Laurence Co Inc                     Christensen James and Martin CHTD        Daryl Pachloke
2503 E Vernon Ave                        Acct No xxxxxx5872                       9104 Little Horse Ave.
Los Angeles, CA 90058-1826               7440 W Sahara                            Las Vegas NV 89143-5425
                                         Las Vegas, NV 89117-2740

Dept. of Employment, Training & Rehab    Donna D. DiMaggio, Esq.                  E Financial Tree
Employment Security Division             Tracy M. OSteen, Esq.                    201 Broad St Suite 1002
500 East Third Street                    CHAMPION LOVELOCK LAW                    Stamford, CT 06901-2004
Carson City, NV 89713-0002               6600 Amelia Earhart Court, Suite A
                                         Las Vegas, NV 89119-3535

Empire CAT Rental                        Empire Southwest, LLC, formerly Cashman Equi  Finishing Trades Institute
3300 St Rose Pkwy                        1725 S Country Club Dr                   Christensen James & Martin, Chtd.
Henderson, NV 89052-3985                 Mesa, AZ 85210-6099                      Attn: Kevin B. Archibald, Esq.
                                                                                  7440 W. Sahara Ave.
                                                                                  Las Vegas, NV 89117-2740

Forte Specialty Contractors              Fox Funding                              Fox Funding Group, LLC
3451 W Martin Ave C                      803 S 21st Ave                           c/o Kaminski Law PLLC
Las Vegas, NV 89118-4572                 Hollywood, FL 33020-6962                 P.O. Box 247
                                                                                  Grass Lake, MI 49240-0247
```

| | | |
|---|---|---|
| Glass Supply Inc<br>2975 S Highland Dr<br>Las Vegas, NV 89109-1011 | GlassWerks LA Inc<br>8600 Rheem Ave<br>South Gate, CA 90280-3333 | Glazing Health and Welfare Fund<br>Christensen James & Martin, Chtd.<br>Attn: Kevin B. Archibald, Esq.<br>7440 W. Sahara Ave.<br>Las Vegas, NV 89117-2740 |
| Hammond Caulking<br>3355 W Lake Mead Blvd #100<br>North Las Vegas, NV 89032-4901 | Howard & Howard Attorneys PLLC<br>Attn: Stacy H. Rubin, Esq.<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV 89169-5958 | Howard and Howard<br>The Wells Fargo Tower<br>3800 Howard Hughes Pkwy<br>Las Vegas, NV 89169-0972 |
| INTUIT FINANCING INC.<br>WELTMAN, WEINBERG AND REIS CO., LPA<br>PO BOX 93784<br>CLEVELAND OH 44101-5784 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | International Painters and Allied Trades Ind<br>Christensen James & Martin, Chtd.<br>Attn: Kevin B. Archibald, Esq.<br>7440 W. Sahara Ave.<br>Las Vegas, NV 89117-2740 |
| International Window Company<br>Acct No x3008<br>2455 Wardlow Rd<br>Corona, CA 92878-5191 | Isaiah P Regala<br>3750 Salt Cedar Ln.<br>Las Vegas NV 89121-5932 | Isaiah Regala<br>3750 Salt Cedar Lane<br>Las Vegas, NV 89121-5932 |
| Joe Lieberman, ESQ<br>Lieberman and Klestzick, LLP<br>PO Box 356<br>Cedarhurst, NY 11516-0356 | Joint Apprenticeship Training Trust<br>Christensen James & Martin, Chtd.<br>Attn: Kevin B. Archibald, Esq.<br>7440 W. Sahara Ave.<br>Las Vegas, NV 89117-2740 | Juvani Geografo Paderanga<br>3750 Salt Cedar Ln.<br>Las Vegas NV 89121-5932 |
| Kravitz Schnitzer Johnson & Watson CHTD.<br>8985 S. Eastern Ave St. 200<br>Las Vegas NV 89123-4852 | Level Development Group LLC<br>1110 E. Lake Mead PKWY<br>Henderson NV 89015-5561 | Level Development Group, LLC<br>c/o Adrienne Gibson<br>815 E Lake Mead Pkwy<br>Suite 130, PMB#216<br>Henderson, NV 89015-5512 |
| Martin Harris Construction<br>3030 S Highland Dr<br>Las Vegas, NV 89109-1047 | Meow LLC<br>1410 Jet Stream Drive<br>Suite 300<br>Henderson, NV 89052-4214 | Merchants National Bonding, Inc.<br>P.O. Box 14498<br>Des Moines, IA 50306-3498 |
| Michael R. Esposito, Esq.<br>8985 So. Eastern Avenue<br>Suite 200<br>Las Vegas, NV 89123-4852 | Michael R. Esposito, Esq.<br>SCHNITZER JOHNSON & WATSON, CHTD.<br>8985 S. Eastern Ave., Suite 200<br>Las Vegas, NV 89123-4852 | Nevada Department of Taxation, Bankruptcy Se<br>700 E. Warm Springs Rd. Ste 200<br>Las Vegas, NV 89119-4311 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: EDWARD M. MCDONALD JR.<br>300 LAS VEGAS BLVD. SOUTH, SUITE 4300<br>LAS VEGAS, NV 89101-5803 | PRL Aluminum Inc.<br>c/o NCS<br>729 Miner Road<br>Highland Heights, OH 44143-2117 | PRL Glass System<br>13644 Nelson Ave.<br>City of Industry<br>La Puente CA 91746-2336 |
| PRL Glass Systems, Inc.<br>c/o NCS<br>729 Miner Road<br>Highland Heights, OH 44143-2117 | PWI Construction Inc<br>3902 W Martin Ave<br>Las Vegas, NV 89118 | Quickbridge<br>Acct No xxx-xxxxx5-02-6<br>46 Discovery Suite 200<br>Irvine, CA 92618-3123 |

| | | |
|---|---|---|
| Quickbridge<br>Acct No xxx-xxxxx5-02-7<br>46 Discovery Suite 200<br>Irvine, CA 92618-3123 | Quickbridge<br>Acct No xxx-xxxxx5-02-8<br>46 Discovery Suite 200<br>Irvine, CA 92618-3123 | School Guard Glass<br>Acct No xx0635<br>14 Federico Drive<br>Pittsfield, MA 01201-5518 |
| Smalley & Company<br>5295 Procyon St #100<br>Las Vegas, NV 89118-1676 | So. NV & CA Glzrs. Pension Trust Fund<br>Christensen James & Martin, Chtd.<br>Attn: Kevin B. Archibald, Esq.<br>7440 W. Sahara Ave.<br>Las Vegas, NV 89117-2740 | So. NV LMCC<br>Christensen James & Martin, Chtd.<br>Attn: Kevin B. Archibald, Esq.<br>7440 W. Sahara Ave.<br>Las Vegas, NV 89117-2740 |
| Southern Nevada Glaziers and Fabricators<br>Acct No xxxxxx5872<br>PO Box 400608<br>Las Vegas, NV 89140-0608 | Stanley Doors<br>65 Scott Swamp Road<br>Farmington, CT 06032-2803 | Star Program, Inc.<br>Christensen James & Martin, Chtd.<br>Attn: Kevin B. Archibald, Esq.<br>7440 W. Sahara Ave.<br>Las Vegas, NV 89117-2740 |
| (p)U S  SMALL BUSINESS ADMINISTRATION<br>312 N SPRING ST 5TH FLOOR<br>LOS ANGELES CA 90012-4701 | U.S. TRUSTEE - LV - 11<br>300 LAS VEGAS BOULEVARD S.<br>SUITE 4300<br>LAS VEGAS, NV 89101-5803 | Vegas Remodels<br>1620 Raiders Way Suite 130<br>Henderson, NV 89052-4631 |
| Vincent Regala<br>3750 Salt Cedar Ln<br>Las Vegas, NV 89121-5932 | WELTMAN, WEINBERG AND REIS CO., L.P.A.<br>5475 RINGS ROAD, SUITE 200<br>DUBLIN, OH 43017-7565 | BRIAN D. SHAPIRO<br>510 S. 8TH STREET<br>LAS VEGAS, NV 89101-7003 |
| JAMES T. LEAVITT<br>LEAVITT LEGAL SERVICES, P.C.<br>601 SOUTH 6TH STREET<br>LAS VEGAS, NV 89101-6919 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Internal Revenue Service<br>Ogden, UT 84201 | U.S. Small Business Administration<br>Office of General Counsel<br>312 N. Spring St., 5th Floor<br>Los Angeles, CA 90012 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BOARD OF TRUSTEES OF THE FINISHING TRADES | (u)BOARD OF TRUSTEES OF THE GLAZING HEALTH AN | (u)BOARD OF TRUSTEES OF THE INTERNATIONAL PAI |

| | | |
|---|---|---|
| (u)BOARD OF TRUSTEES OF THE PAINTERS, GLAZIER | (u)BOARD OF TRUSTEES OF THE SOUTHERN NEVADA P | (u)Board of Trustees of the Southern Nevada a |
| (u)STAR PROGRAM, INC. | (u)Blusky Restoration Contractors | (u)Builders United |
| (u)ES Oasis LLC | (u)Grey West Construction | (u)Legay Jones LLC |
| (u)Monument Construction - 25th | (u)Ochoa | (u)PRL |
| (u)VINCENT REGALA | | |

End of Label Matrix
Mailable recipients    75
Bypassed recipients    16
Total                  91