**LEAVITT LEGAL SERVICES, P.C.**
**JAMES T. LEAVITT, ESQ.**
STATE BAR NO. 012803
601 South 6th Street
Las Vegas, Nevada 89101
Phone: (702) 385-7444 Facsimile: (702) 385-1178
Jamestleavittesq@gmail.com, Leavittecf@gmail.com
Attorney for Debtor-in-Possession

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re:                                    ) Case No.: 25-13929-gs
                                          ) CHAPTER 11 SUBCHAPTER V
VEGAS CUSTOM GLASS LLC.,                  ) Hearing Date: November 24, 2025
                                          ) Hearing Time: 1:30 p.m.
                                          )
                                          )
          DEBTOR.                         )

**NOTICE OF HEARING RE:**

**OBJECTION TO ALO CAPITAL GROUP'S DUPLICATIVE CLAIMS**

**PLEASE TAKE NOTICE** that the Debtor's **Objection to Alo Capital Group's Duplicative Claims** was filed on October 21, 2025. The hearing for said Motion will be held before the above-entitled Court on the 24th day of November 2025, at the hour of 1:30 p.m., in the Foley Federal Building and U.S. Courthouse, 300 Las Vegas Blvd South, Las Vegas, NV 89101.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Motion is on file with and available from the clerk of the United States Bankruptcy Court for the District of Nevada, Foley Federal Building and U.S. Courthouse, 300 Las Vegas Blvd South, Las Vegas, NV 89101; via the bankruptcy court's website at www.nvb.uscourts.gov (a PACER account is required); or from the undersigned counsel upon request.

**PLEASE TAKE FURTHER NOTICE** If you object to the relief requested, you must file a WRITTEN response to this pleading with the court. You must also serve your written response on the person who sent you this notice. If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may refuse to allow you to speak at the scheduled hearing; and,
- The court may rule against you without formally calling the matter at the hearing.

**PLEASE TAKE FURTHER NOTICE** that a Courtroom Deputy will email the parties a link to the video conference at least one (1) day before the hearing with the necessary information to connect for remote participation. Parties are responsible for ensuring that all participants appearing remotely have appropriate access to Zoom. To the extent that any party does not have access to participate in the hearing through the Zoom video, participation may be telephonic.

**PLEASE TAKE FURTHER NOTICE** that this hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and time at the above noticed hearing or any adjournment thereof.

Dated this 22nd day of October, 2025.

Submitted by:

LEAVITT LEGAL SERVICES, P.C.

By: /s/ *James T. Leavitt, Esq.*
JAMES T. LEAVITT, ESQ.
Nevada Bar No. 012803
601 S. 6th Street
Las Vegas, Nevada 89101
Attorney for Debtor

**CERTIFICATE OF SERVICE**

On this 22nd day of October 2025, I served the following document(s):

***NOTICE OF HEARING RE:***
***OBJECTION TO ALO CAPITAL GROUP'S DUPLICATIVE CLAIMS***

I served the above-named document(s) by depositing a true and complete copy of the above named document, first class postage paid into the United States Mail, via US Mail to the following persons at the address listed below:

Alo Capital Group
18851 NE 29th Ave
Miami, FL 33180-2847

ALO Capital Group
c/o Giuliano Law PC
445 Broadhollow Rd. Suite 25
Melville, NY 11747-3645

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED 22nd day of October 2025

Melissa Milroy                    /s/ Melissa Milroy
(Name of Declarant)              (Signature of Declarant)