NVB 2016 (05/2022)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

## Fee Application Cover Sheet

Case No.: BK-25-13929-gs        Chapter: Ch. 11 Sub Ch. V        Hearing Date/Time: 11/24/2025 01:30

Debtor: Vegas Custom Glass, LLC

Applicant: James T. Leavitt of Leavitt Legal Services, P.C.

Date of Employment: September 8, 2025

Interim Fee Application No: 1          OR      Final Fee Application

**Amounts Requested:**                                        **Client Approval:  Yes ☐  No ☐**

**Fees:**          $    32,550.00

**Expenses:**    $        371.19

**Total:**         $    32,921.19

Hours:    65.10                                        Blended Rate: $

Fees Previously Requested:       $                    Awarded: $

Expenses Previously Requested: $                    Awarded: $

Total Previously Requested:       $                    Awarded: $

Total Amount Paid:                  $

## Chapter 13 Cases ONLY:

**Yes ☐  No ☐**    Elected to accept the Chapter 13 Presumptive Fee pursuant to LR 2016.2, and filed the "Notice of Election to Accept the Presumptive Fee" on _____ .

**Yes ☐  No ☐**    Participated in the Mortgage Mediation Program: **If yes,** amount received: $ _____

I certify under penalty of perjury that the above is true.

_____ *James T. Leavitt* _____            Date  11/04/2025
Signature

**LEAVITT LEGAL SERVICES, P.C.**
**JAMES T. LEAVITT, ESQ.**
State Bar No. 012803
601 South 6th Street
Las Vegas, Nevada 89101
Phone: (702) 385-7444 Facsimile: (702) 385-1178
Jamestleavittesq@gmail.com, Leavittecf@gmail.com
*Attorney for Vegas Custom Glass, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

|  |  |
|---|---|
| In re: | ) BK-25-13929-gs |
|  | ) Chapter 11 Sub Chapter V |
| VEGAS CUSTOM GLASS, LLC. | ) Date: November 24, 2025 |
|  | ) Time: 1:30 p.m. |
| DEBTOR. | ) |

**INTERIM APPLICATION FOR FEES AND EXPENSES OF JAMES T. LEAVITT**
**AS COUNSEL FOR DEBTOR**

James T. LEAVITT, ESQ. of the law firm of LEAVITT LEGAL SERVICES, Counsel for the Debtor-in-Possession, VEGAS CUSTOM GLASS, LLC. herein ("Debtor") hereby submits this Application for fees and expenses from July 9, 2025, to October 31, 2025, ("Application").

Applicant requests an award of $32,921.19 consisting of fees in the amount of $32,550.00, and reimbursement of costs in the amount of $371.19. Applicant asks that the above amount be awarded to Counsel upon Order of this Court.

This Application is made pursuant to 11 U.S.C. § 331, and is based upon the Points and Authorities and Exhibits attached hereto, the pleadings, papers and records on file in this action, and the evidence and oral argument to be presented at the time of the hearing of this Application.

DATED this 4th day of November, 2025.

LEAVITT LEGAL SERVICES, P.C.

By: /S/ JAMES T. LEAVITT, ESQ._____
    JAMES T. LEAVITT, ESQ.
    Nevada Bar No. 012803
    601 S. 6th Street
    Las Vegas, Nevada 89101
    *Attorney for Debtor*

## POINTS AND AUTHORITIES

### I.
### GENERAL BACKGROUND AND STATEMENTS

1.    The services performed were for the benefit of the Debtor and with approval of the Debtor and done in its stead according to the Bankruptcy Code and Rules.

2.    That no agreement or understanding exists between the Applicant and any other person for the sharing of compensation received for services rendered in or in connection with this case.

3.    That Applicant has been Employed by this Court as Debtor's Counsel as per Order entered on September 8, 2025 [ECF 66].

4.    That the Applicant has not entered into any agreement, express or implied, with any other party in interest, including the Debtor, Trustee, or any Creditor or any representative of any of them, or with any attorney for such party in interest in the proceedings for purposes of fixing the fees or other compensation to be paid such party in interest and the proceedings for the purpose of fixing the fees or other compensation to be paid such party in interest and the proceedings for services rendered and expenses incurred in connection therewith, from the assets of the estate in excess of the compensation allowed by law.

### II.
### LEGAL BASIS FOR AWARD

11 U.S.C. § 330 provides that, following notice and a hearing, the Court may award to any professional person employed under § 327 or 1103 of Title 11, United States Code:

> (1) reasonable compensation for actual, necessary services rendered by the ... attorney and by any paraprofessional person employed by such ... attorney based on the nature, the extent, and the value of such services, the time spent on such services, and the cost of comparable services other than in a case under this title; and (2) reimbursement of actual necessary expenses.

> 11 U.S.C. §331, entitled "Interim Compensation", provides that:
> [A]ny professional person employed under §327 or 1103 of this title may apply to the court not more than once every 120 days after an order for relief in a case under this title, or more often if the court permits, for such compensation for services rendered before the date of such an application or reimbursement for expenses incurred before such date as is provided under section 330 of this title.  After notice and a hearing, the court may allow and disburse to such applicant such compensation or reimbursement.

The Ninth Circuit recognizes that professionals in bankruptcy cases should be compensated at a rate commensurate to attorneys employed outside the bankruptcy context.  See In re Manoa Finance Co., 853 F.2d 687(9th Cir. 1988); In re Nucorp Energy, Inc., 764 F.2d 655 (9th Cir. 1985).  As stated in the Manoa case, the Bankruptcy Reform Act of 1988 overruled those cases requiring professional compensation to be determined based upon motions of conservation of the estate and economy of administration.  Otherwise, "attorneys that could earn much higher incomes in other fields would leave the bankruptcy arena." Manoa, 853 F.2d at 689-90.

### III.
### SCOPE OF EMPLOYMENT

Applicant was employed to represent the Debtor, VEGAS CUSTOM GLASS, LLC.,  by order entered September 8, 2025 [ECF 66]. The scope of employment as provided in Applicant's Application to Employ Attorney Under General Retainer, is as follows:

a.        To aid the Debtor in filing the necessary documents required in a Chapter 11 Sub- Chapter V  Bankruptcy proceeding, including schedules, disclosure statements and a

plan.

b.      To aid applicant in determining what is best for the estate.

c.      To institute, prosecute and defend any lawsuits arising from this matter in which the Applicant, a Debtor may be a party.

d.      To perform all other legal services for the Applicant which may be necessary and it is necessary for the Applicant to employ an attorney for these professional services.

**IV.**
**SERVICES RENDERED**

During the time represented by this Application, Applicant (I) reviewed and filed the Petition, Schedules, and Statements; (II) prepared and filed various Motions; (III) conducted a review of claims solicitation and informed Debtor of all Claims and progress; (IV) Plan preparation; (V) reviewed various Contracts; (VI) conducted extensive research on the unique issues presented by this case.

The services rendered and approximate hour and dollar amounts for each "task" are discussed more extensively below.  A copy of the billing entries for the time period covered by this Application is attached as **Exhibit "A"**.

**A.      Communications with Creditors and related parties – Hours 11.5 totaling $5,750**

Includes any and all correspondences, and telephone calls with counsel for the Creditors and related parties, with respect to Claims, Payment Adjustment Agreement, Accounts Receivable, Liens, Contracts, and various case details.

**B.      Communications with the Counsel and Specialists for the Office of the U.S. Trustee – Hours 3.4 totaling $1,700**

Includes correspondences and telephone calls with the U.S. Trustee's office with respect to the administration of this case.

**C.**    **Communications with Debtor and related parties – Hours 12.1 totaling $6,050**

Includes meetings, correspondences, and telephone calls with Debtor and related parties with respect to preparation of Petition, Schedules, Statements, Monthly Operating Reports, various Motions, Hearings, Plan, and case movement.

**D.**    **Preparation of Fee Application - Hours 1.0 totaling $500**

Includes research, preparation, and filing of Applicant's Fee Application.

**E.**    **Preparation, Filing, and Monitoring of Petition, Schedules, Statements, Plan, various Motions, Monthly Reports, Research, and Reviews- Hours 31 totaling $15,500**

Includes preparation and monitoring of Petition, Schedules, Statements, Amendments, various Motions, Monthly Operating Reports, Plan, and review of various Contracts as well as research regarding case details.

**F.**    **Preparation for and Attendance at Court Appearances, and 341 Meetings - Hours 6.1 totaling $3,050**

Includes research on issues relating to matters to be resolved at hearings; preparation for and attendance at Court Hearings.

TOTAL HOURS 65.1 $32,550.00 attorney time billed at the attorney rate of $500.00/hr.

**V.**
**EXPENSES INCURRED**

**Exhibit "A"** contains expenses, which total $371.19. As reflected in the Application for Employment, Applicant bills for expenses, including mailings, postage, long distance and third party expenses (including costs of filing documents with the court).

## VI.
## AVAILABLE FUNDS

Debtor has $20,300.00 in Applicant's Trust account remaining from the initial retainer of $25,000.00. Applicant requests that the Court enter an Order allowing Debtor to remit the sum of $32,921.19 immediately.

## VII.
## CONCLUSION

Debtor's Counsel requests authority to submit an Affidavit reflecting additional hours expended from the date of filing this Application to the date of the court hearing on this matter, said fees and costs in Affidavit to be paid in addition to the amount set forth below.

Based on the foregoing, it is respectfully requested that the Court approve the Application, and award Applicant the total sum of $32,921.19, consisting of fees in the amount of $32,550.00 and reimbursement of costs in the amount of $371.19.

Therefore, Applicant requests that the Court enter an Order allowing the sum of $32,921.19 immediately (plus any additional fees and costs from subsequent Affidavit until the hearing on this matter). Applicant requests to be paid by the Debtor in Possession as Administrative costs from the Debtor's Estate.

DATED this 4th day of November, 2025.

LEAVITT LEGAL SERVICES, P.C.

By: /S/ JAMES T. LEAVITT, ESQ.
JAMES T. LEAVITT, ESQ.
Nevada Bar No. 012803
601 S. 6th Street
Las Vegas, Nevada 89101
*Attorney for Debtor*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**EXHIBIT "A"**

# LEAVITT LEGAL SERVICES, P.C.

601 S. 6th Street
Las Vegas, Nevada 89101

**THIS IS NOT A BILL. FOR INFORMATIONAL PURPOSES ONLY.**

Invoice # 1737
Date: 07/31/2025

Vegas Custom Glass LLC
3750 Salt Cedar Ln
Las Vegas, NV 89121

## 4524

## Sub Ch V BK

| Type | Date | Notes | Quantity | Rate | Total |
|------|------|-------|----------|------|-------|
| Service | 07/10/2025 | Final prep of Application to Employ | 0.20 | $500.00 | $100.00 |
| Service | 07/10/2025 | Final prep of Motion to Approve Designated Responsible Person | 0.20 | $500.00 | $100.00 |
| Service | 07/10/2025 | Final prep of Money Management Motion | 0.20 | $500.00 | $100.00 |
| Service | 07/10/2025 | Final prep of Pay Wages Motion | 0.20 | $500.00 | $100.00 |
| Service | 07/10/2025 | Final prep of Utilities Motion | 0.10 | $500.00 | $50.00 |
| Service | 07/10/2025 | Final prep of Motion to Assume Lease | 0.10 | $500.00 | $50.00 |
| Service | 07/16/2025 | Email from Vincent Regala regarding Forte UCC lien notice for Fox Funding Group | 0.10 | $500.00 | $50.00 |
| Service | 07/16/2025 | Email from Vincent Regala regarding payments for general contractors | 0.10 | $500.00 | $50.00 |
| Service | 07/16/2025 | Email from Brian Shapiro regarding 341 meeting | 0.10 | $500.00 | $50.00 |
| Service | 07/16/2025 | Email from Vincent Regala regarding Alo Financial Group | 0.10 | $500.00 | $50.00 |
| Service | 07/16/2025 | Email from Bryan Coleman regarding corrected IDI letter | 0.10 | $500.00 | $50.00 |
| Service | 07/16/2025 | Email from Bryan Coleman regarding IDI scheduling | 0.10 | $500.00 | $50.00 |
| Service | 07/16/2025 | Email from Bryan Coleman regarding microsoft teams link to meeting | 0.10 | $500.00 | $50.00 |
| Service | 07/16/2025 | Email from Kevin Archibald with Southern Nevada Glaziers Trust Funds regarding trust claim | 0.10 | $500.00 | $50.00 |

| Service | 07/16/2025 | Call with Vincent Regala regarding First Day Motions | 0.20 | $500.00 | $100.00 |
|---------|-----------|------------------------------------------------------|------|---------|---------|
| Service | 07/16/2025 | Call with Kevin Archibald rergarding trust funds | 0.20 | $500.00 | $100.00 |
| Service | 07/16/2025 | Final prep and filing of Application to Employ Attorney ECF 14 | 0.20 | $500.00 | $100.00 |
| Service | 07/16/2025 | Final prep and filing of Motion to Approve Vincent Regala as Designated Responsible Person ECF 15 | 0.20 | $500.00 | $100.00 |
| Service | 07/16/2025 | Final prep and filing of Motion for Authorization to Continue Using Existing Money Management ECF 16 | 0.20 | $500.00 | $100.00 |
| Service | 07/16/2025 | Final prep and filing of Motion to Assume Lease ECF 17 | 0.20 | $500.00 | $100.00 |
| Service | 07/16/2025 | Final prep and filing of Omnibus Declaration of Vincent Regala ECF 20 | 0.20 | $500.00 | $100.00 |
| Service | 07/16/2025 | Final prep and filing of Motion for Order Authorizing Debtor to Pay Wages ECF 18 | 0.20 | $500.00 | $100.00 |
| Service | 07/16/2025 | Final prep and filing of Motion for Order Determining Adequate Insurance Has Been Provided to Utility Companies ECF 19 | 0.20 | $500.00 | $100.00 |
| Service | 07/16/2025 | Call with Ethan at Alo Financial Group regarding lawyer contact information | 0.20 | $500.00 | $100.00 |
| Service | 07/16/2025 | Call to Alo Financial Group | 0.10 | $500.00 | $50.00 |
| Service | 07/16/2025 | Call with Vincent Regala regarding glaziers trust | 0.20 | $500.00 | $100.00 |
| Service | 07/16/2025 | Meeting with Vincent Regala regarding First Day Motions | 0.30 | $500.00 | $150.00 |
| Service | 07/17/2025 | Prep and file of Notice of Hearing regarding Application to Employ ECF 21 | 0.70 | $500.00 | $350.00 |
| Service | 07/17/2025 | Prep and file of Notice of Hearing regarding Designated Responsible Person ECF 22 | 0.70 | $500.00 | $350.00 |
| Service | 07/17/2025 | Prep and file of Notice of Hearing regarding Money Managment ECF 23 | 0.70 | $500.00 | $350.00 |
| Service | 07/17/2025 | Prep and file of Notice of Hearing regarding Motion to Assume Lease ECF 24 | 0.70 | $500.00 | $350.00 |
| Service | 07/17/2025 | Prep and file of Notice of Hearing regarding Pay Wages ECF 25 | 0.70 | $500.00 | $350.00 |
| Service | 07/17/2025 | Prep and file of Notice of Hearing regarding Utilities ECF 26 | 0.70 | $500.00 | $350.00 |
| Service | 07/17/2025 | Receive and review demand letter from | 0.20 | $500.00 | $100.00 |

| | | Quickbridge agreement #02-8 | | | |
|---|---|---|---|---|---|
| Service | 07/17/2025 | Receive and review demand letter from Quickbridge agreement #02-7 | 0.20 | $500.00 | $100.00 |
| Service | 07/17/2025 | Receive and review demand letter from Quickbridge agreement #02-6 | 0.20 | $500.00 | $100.00 |
| Service | 07/17/2025 | Call to Jennifer at Quickbridge regarding possible stay violation | 0.10 | $500.00 | $50.00 |
| Service | 07/17/2025 | Email from Vincent Regala regarding subcontractor agreement on winchell residence | 0.10 | $500.00 | $50.00 |
| Service | 07/17/2025 | Receive and review winchell residence contract | 0.20 | $500.00 | $100.00 |
| Service | 07/17/2025 | Email from Vincent Regala regarding vendor payment hold | 0.10 | $500.00 | $50.00 |
| Service | 07/17/2025 | Call with Blake at Vegas Remodels regarding vendor dispute | 0.20 | $500.00 | $100.00 |
| Service | 07/17/2025 | Receive and review Proof of Claim 1 | 0.20 | $500.00 | $100.00 |
| Expense | 07/18/2025 | Reimbursable expenses: Postage and mailing - First Day Motions and Notice of Hearings | 1.00 | $146.86 | $146.86 |
| Service | 07/21/2025 | Receive and review Notice of Appearance of Kevin Archibald ECF 31 | 0.20 | $500.00 | $100.00 |
| Service | 07/21/2025 | Call to Robin at Martin Harris Construction | 0.10 | $500.00 | $50.00 |
| Service | 07/21/2025 | Call with Vincent Regala regarding accounts receivable | 0.20 | $500.00 | $100.00 |
| Service | 07/21/2025 | Call with Blake at Vegas Remodels regarding account receivable | 0.20 | $500.00 | $100.00 |
| Service | 07/21/2025 | Call with Robin at Martin Harris Construction regarding accounts receivable | 0.20 | $500.00 | $100.00 |
| Service | 07/21/2025 | Email from George Omar Koury regarding previous representation | 0.10 | $500.00 | $50.00 |
| Service | 07/21/2025 | Email from Bryan Coleman regarding rescheduling IDI | 0.10 | $500.00 | $50.00 |
| Service | 07/21/2025 | Email from Bryan Coleman regarding IDI zoom link | 0.10 | $500.00 | $50.00 |
| Service | 07/22/2025 | Draft and filing of documents curing deficiencies | 1.00 | $500.00 | $500.00 |
| Service | 07/22/2025 | Call with Vincent Regala regarding various accounts receivable issues | 0.20 | $500.00 | $100.00 |
| Service | 07/23/2025 | Email from Marisa Torino-Meadows regarding union status letters | 0.10 | $500.00 | $50.00 |

| Service | 07/23/2025 | Email from Vincent Regala regarding current address of former employee | 0.10 | $500.00 | $50.00 |
| Service | 07/24/2025 | Email from Kevin Archibald regarding Motion to Pay Wages | 0.10 | $500.00 | $50.00 |
| Service | 07/28/2025 | Email from Kevin Archibald regarding Martin Harris Construction | 0.10 | $500.00 | $50.00 |
| Service | 07/28/2025 | Email from Kevin Archibald regarding client contact | 0.10 | $500.00 | $50.00 |
| Service | 07/29/2025 | Call to Kevin Archibald regarding Martin Harris Contruction | 0.10 | $500.00 | $50.00 |
| Service | 07/29/2025 | Call with Kevin Archibald regarding Martin Harris Contruction | 0.20 | $500.00 | $100.00 |
| Service | 07/29/2025 | Call with Marisa Torino regarding Martin Harris Construction | 0.20 | $500.00 | $100.00 |
| Service | 07/29/2025 | Email from Vincent Regala regarding Efin collection efforts | 0.10 | $500.00 | $50.00 |
| Service | 07/29/2025 | Call with George Ramirez at Efin regarding contact information for attorney | 0.20 | $500.00 | $100.00 |
| Service | 07/29/2025 | Email from Marisa Torino regarding Kevin Archibald | 0.10 | $500.00 | $50.00 |
| Service | 07/29/2025 | Drafting amendments to Money Managment Motion | 0.20 | $500.00 | $100.00 |
| Service | 07/31/2025 | Receive and review Proof of Claim 2 | 0.20 | $500.00 | $100.00 |
| Service | 07/31/2025 | Prep and filing of Amended Money Management Motion ECF 35 | 0.30 | $500.00 | $150.00 |
| Service | 07/31/2025 | Email from Edward McDonald regarding Application to Employ | 0.10 | $500.00 | $50.00 |

|  |  |  |  | **Total** | **$7,496.86** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
| --- | --- | --- | --- | --- |
| 1757 | 10/04/2025 | $9,084.00 | $0.00 | $9,084.00 |
| 1771 | 10/31/2025 | $7,364.17 | $0.00 | $7,364.17 |

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 1737 | 08/30/2025 | $7,496.86 | $0.00 | $7,496.86 |
| | | | **Outstanding Balance** | **$23,945.03** |
| | | | **Total Amount Outstanding** | **$23,945.03** |

**THIS IS NOT A BILL. FOR INFORMATIONAL PURPOSES ONLY.**

# LEAVITT LEGAL SERVICES, P.C.

601 S. 6th Street
Las Vegas, Nevada 89101

**THIS IS NOT A BILL. FOR INFORMATIONAL PURPOSES ONLY.**

Invoice # 1737
Date: 07/31/2025



## Pay your invoice online

**To pay your invoice, open the camera on your mobile device and place the QR code in the camera's view.**

Or, **click here** if you're viewing on a computer or smartphone.

# LEAVITT LEGAL SERVICES, P.C.

601 S. 6th Street
Las Vegas, Nevada 89101

**THIS IS NOT A BILL. FOR INFORMATIONAL PURPOSES ONLY.**

Invoice # 1757
Date: 09/04/2025

Vegas Custom Glass LLC
3750 Salt Cedar Ln
Las Vegas, NV 89121

## 4524

## Sub Ch V BK

| Type | Date | Notes | Quantity | Rate | Total |
|------|------|-------|----------|------|-------|
| Service | 08/01/2025 | Email from Edward McDonald regarding informal response to First Day Motions | 0.10 | $500.00 | $50.00 |
| Service | 08/04/2025 | Email fro Edward McDonald regarding proposed edits to First Day Motions | 0.10 | $500.00 | $50.00 |
| Service | 08/04/2025 | Call with Edward McDonald regarding proposed edits to First Day Motions | 0.20 | $500.00 | $100.00 |
| Service | 08/04/2025 | Email from Blake Cordeiro regarding payment adjustment agreement | 0.10 | $500.00 | $50.00 |
| Service | 08/04/2025 | Meeting with Vincent Regala | 0.30 | $500.00 | $150.00 |
| Service | 08/05/2025 | Call with Edward McDonald regarding proposed order language | 0.20 | $500.00 | $100.00 |
| Service | 08/05/2025 | Email from Edward McDonald regarding 8/4 teleconference | 0.10 | $500.00 | $50.00 |
| Service | 08/05/2025 | Email from Edward McDonald asking for confirmation of changes to Orders for First Day Motions | 0.10 | $500.00 | $50.00 |
| Service | 08/05/2025 | Email to Edward McDonald regarding changes to Orders on First Day Motions | 0.10 | $500.00 | $50.00 |
| Service | 08/05/2025 | Email from Edward McDonald regarding 8/5 call | 0.10 | $500.00 | $50.00 |
| Service | 08/05/2025 | Email from Bryan Coleman regarding rescheduling IDI | 0.10 | $500.00 | $50.00 |
| Service | 08/05/2025 | Email from Marisa Torino regarding PWI Construction accounts receivable | 0.10 | $500.00 | $50.00 |

| Service | 08/05/2025 | Email from Vincent Regala regarding union contract | 0.10 | $500.00 | $50.00 |
|---------|------------|-----------------------------------------------------|------|---------|--------|
| Service | 08/05/2025 | Email from Juvani Paderanga regarding Martin Harris Construction accounts receivable | 0.10 | $500.00 | $50.00 |
| Service | 08/06/2025 | Filed pre Status Conference Report ECF 37 | 0.10 | $500.00 | $50.00 |
| Service | 08/06/2025 | Drafting status report | 0.30 | $500.00 | $150.00 |
| Service | 08/06/2025 | Call to Bryan Coleman | 0.10 | $500.00 | $50.00 |
| Service | 08/07/2025 | Email from Bryan Coleman regarding rescheduled IDI | 0.10 | $500.00 | $50.00 |
| Service | 08/11/2025 | Call with Vincent Regala regarding IDI | 0.20 | $500.00 | $100.00 |
| Service | 08/12/2025 | Appearance at IDI | 1.00 | $500.00 | $500.00 |
| Service | 08/12/2025 | Prep of amendments to Petition | 0.30 | $500.00 | $150.00 |
| Service | 08/12/2025 | Email from Bryan Coleman regarding IDI | 0.10 | $500.00 | $50.00 |
| Service | 08/13/2025 | Email from Vincent Regala regarding insurance | 0.10 | $500.00 | $50.00 |
| Service | 08/13/2025 | Conference with Vincent Regala regarding insurance | 0.20 | $500.00 | $100.00 |
| Service | 08/13/2025 | Email from Marisa Torino regarding Builders United payments receivable | 0.10 | $500.00 | $50.00 |
| Service | 08/14/2025 | Appearance at 341 meeting | 1.30 | $500.00 | $650.00 |
| Service | 08/14/2025 | Email from Edward McDonald regarding filed Petition | 0.10 | $500.00 | $50.00 |
| Service | 08/14/2025 | Email to Vincent Regala regarding filed Petition | 0.10 | $500.00 | $50.00 |
| Service | 08/14/2025 | Call with Vincent Regala regarding 341 meeting | 0.20 | $500.00 | $100.00 |
| Service | 08/14/2025 | Email from Blake Cordeiro regarding payment adjustment | 0.10 | $500.00 | $50.00 |
| Service | 08/15/2025 | Email from Kevin Archibald regarding workans lien on Martin Harris account receivable | 0.10 | $500.00 | $50.00 |
| Service | 08/15/2025 | Email regarding demand for project payment from Martin Harris Construction | 0.10 | $500.00 | $50.00 |
| Service | 08/15/2025 | Email from Kevin Archibald regarding Martin Harris letter regarding notice of lien and intent to close | 0.10 | $500.00 | $50.00 |
| Service | 08/15/2025 | Draft and filing of Motion for Insurance ECF 39 and Order Shortening Time ECF 40 | 0.50 | $500.00 | $250.00 |
| Service | 08/18/2025 | Email to Vincent Regala regarding unions various lien letters | 0.10 | $500.00 | $50.00 |

| Service | 08/18/2025 | Email from Vincent Regala regarding union contract | 0.10 | $500.00 | $50.00 |
|---------|------------|---------------------------------------------------|------|---------|--------|
| Service | 08/18/2025 | Research regarding union and possible automatic stay violations | 1.00 | $500.00 | $500.00 |
| Service | 08/18/2025 | Call with Blake Cordeiro regarding payment adjustment agreement | 0.20 | $500.00 | $100.00 |
| Expense | 08/19/2025 | Reimbursable expenses: Filing of Amendments to Petition | 1.00 | $34.00 | $34.00 |
| Service | 08/19/2025 | Prep and filing of Amended Schedules ECF 41 | 0.50 | $500.00 | $250.00 |
| Service | 08/19/2025 | Final prep and filing Amended SOFA ECF 43 | 0.50 | $500.00 | $250.00 |
| Service | 08/19/2025 | Conference with Wade Pope and Kevin Archibald regarding Martin Harris accounts receivable | 1.00 | $500.00 | $500.00 |
| Service | 08/19/2025 | Email from Kevin Archibald regarding additional information needed regarding union | 0.10 | $500.00 | $50.00 |
| Service | 08/19/2025 | Email to Vincent Regala regarding case update | 0.10 | $500.00 | $50.00 |
| Service | 08/19/2025 | Call with Cathy Shim at the Bankruptcy Court regarding 8/20 hearing | 0.20 | $500.00 | $100.00 |
| Service | 08/19/2025 | Email from Vincent Regala regarding requested documents | 0.10 | $500.00 | $50.00 |
| Service | 08/19/2025 | Filed Amended List of Equity Security Holders ECF 44 | 0.10 | $500.00 | $50.00 |
| Service | 08/19/2025 | Amended Matrix ECF 45 | 0.10 | $500.00 | $50.00 |
| Service | 08/20/2025 | Appearance at Court hearing regarding First Day Motions | 0.20 | $500.00 | $100.00 |
| Service | 08/20/2025 | Email from Brian Shapiro regarding First Day Motions Hearing | 0.10 | $500.00 | $50.00 |
| Service | 08/21/2025 | Amended Matrix ECF 55 | 0.10 | $500.00 | $50.00 |
| Service | 08/21/2025 | Filed Notice of Continued Hearing regarding First Day Motions ECF 56 | 0.10 | $500.00 | $50.00 |
| Service | 08/21/2025 | Filed Notice of Continued 341 Meeting ECF 57 | 0.10 | $500.00 | $50.00 |
| Service | 08/21/2025 | Filed Notice of Hearing regarding Insurance Motion ECF 59 | 0.10 | $500.00 | $50.00 |
| Service | 08/21/2025 | Filed Notice of Entry of Order regarding Insurance Motion ECF 58 | 0.10 | $500.00 | $50.00 |
| Service | 08/21/2025 | Receive and review Monthly Operating Report | 0.20 | $500.00 | $100.00 |
| Service | 08/21/2025 | Email from Kim Houle regarding Monthly Operating Report | 0.10 | $500.00 | $50.00 |

| Service | 08/21/2025 | Call with Kim Houle regarding Monthly Operating Report | 0.20 | $500.00 | $100.00 |
|---|---|---|---|---|---|
| Service | 08/21/2025 | Call with Vincent Regala regarding various case issues | 0.20 | $500.00 | $100.00 |
| Service | 08/21/2025 | Call with Blake Cordeiro regarding Vegas Remodels account payable | 0.20 | $500.00 | $100.00 |
| Service | 08/21/2025 | Email from Vincent Regala regarding lease for unit #19 | 0.10 | $500.00 | $50.00 |
| Service | 08/21/2025 | Email to Blake Cordeiro regarding attorney fees | 0.10 | $500.00 | $50.00 |
| Service | 08/21/2025 | Email from Vincent Regala regarding Vegas Remodels | 0.10 | $500.00 | $50.00 |
| Service | 08/22/2025 | Filed July Monthly Operating Report ECF 61 | 0.10 | $500.00 | $50.00 |
| Service | 08/25/2025 | Call with Vincent Regala regarding Arbitration | 0.20 | $500.00 | $100.00 |
| Service | 08/25/2025 | Email from Blake Cordeiro regarding payment adjustment agreement | 0.10 | $500.00 | $50.00 |
| Service | 08/25/2025 | Email to Vincent Regala regarding payment adjustment agreement | 0.10 | $500.00 | $50.00 |
| Service | 08/25/2025 | Email to Vincent Regala regarding Vegas Remodels attorney fees | 0.10 | $500.00 | $50.00 |
| Service | 08/25/2025 | Receive and review Proof of Claims 3 and 4 | 0.20 | $500.00 | $100.00 |
| Service | 08/26/2025 | Email from Mike Esposito regarding Level Development Group | 0.10 | $500.00 | $50.00 |
| Service | 08/27/2025 | Email from Marisa Torino regarding union projects | 0.10 | $500.00 | $50.00 |
| Service | 08/27/2025 | Call with Vincent Regala regarding payment adjustment agreement | 0.20 | $500.00 | $100.00 |
| Service | 08/27/2025 | Email to Blake Cordeiro regarding payment adjustment agreement revisions | 0.10 | $500.00 | $50.00 |
| Service | 08/27/2025 | Email from Wade Pope regarding glaziers trust fund and Martin Harris Construction | 0.10 | $500.00 | $50.00 |
| Service | 08/27/2025 | Email from Kevin Archibald regarding Martin Harris Construction | 0.10 | $500.00 | $50.00 |
| Service | 08/27/2025 | Email from Kevin Archibald regarding Martin Harris Construction and glaziers trust fund | 0.10 | $500.00 | $50.00 |
| Service | 08/27/2025 | Email from Vincent Regala regarding contractors board | 0.10 | $500.00 | $50.00 |
| Service | 08/27/2025 | Call to the Nevada State Contractors Board | 0.10 | $500.00 | $50.00 |
| Service | 08/27/2025 | Email from Blake Cordeiro regarding agreed | 0.10 | $500.00 | $50.00 |

| | | changes to payment adjustment agreement | | | |
|---|---|---|---|---|---|
| Service | 08/27/2025 | Email from Blake Cordeiro regarding corrected payment amount | 0.10 | $500.00 | $50.00 |
| Service | 08/27/2025 | Email to Blake Cordeiro regarding Vincent Regalas email address | 0.10 | $500.00 | $50.00 |
| Service | 08/28/2025 | Call with Vincent Regala regarding upcoming hearing | 0.20 | $500.00 | $100.00 |
| Service | 08/28/2025 | Email from Marisa Torino regarding payment adjustment agreement | 0.10 | $500.00 | $50.00 |
| Service | 08/28/2025 | Email to Vincent Regala regarding the upcoming hearing | 0.10 | $500.00 | $50.00 |
| Service | 08/28/2025 | Email from Vincent Regala regarding the upcoming hearing | 0.10 | $500.00 | $50.00 |
| Service | 08/28/2025 | Email from Vincent Regala regarding payment adjustment agreement | 0.10 | $500.00 | $50.00 |
| Service | 08/28/2025 | Email from Blake Cordeiro regarding payment adjustment agreement | 0.10 | $500.00 | $50.00 |
| Service | 08/29/2025 | Appearance at Court hearings regarding First Day Motions and Insurance Motion | 1.50 | $500.00 | $750.00 |
| Service | 08/29/2025 | Call with Vincent Regala regarding 8/29 hearing | 0.20 | $500.00 | $100.00 |
| Service | 08/29/2025 | Email from Vincent Regala regarding payment adjustment agreement | 0.10 | $500.00 | $50.00 |
| Service | 08/29/2025 | Email from Vincent Regala regarding Insurance Motion | 0.10 | $500.00 | $50.00 |
| Service | 08/29/2025 | Email to Vincent Regala regarding Insurance Motion | 0.10 | $500.00 | $50.00 |
| Service | 08/30/2025 | Receive and review Proof of Claims 5 and 6 | 0.20 | $500.00 | $100.00 |
| | | | | **Total** | **$9,084.00** |

# Detailed Statement of Account

## Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 1737 | 08/30/2025 | $7,496.86 | $0.00 | $7,496.86 |

| 1771 | 10/31/2025 | $7,364.17 | $0.00 | $7,364.17 |

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 1757 | 10/04/2025 | $9,084.00 | $0.00 | $9,084.00 |

|  |  |  | **Outstanding Balance** | **$23,945.03** |
|---|---|---|---|---|
|  |  |  | **Total Amount Outstanding** | **$23,945.03** |

**THIS IS NOT A BILL. FOR INFORMATIONAL PURPOSES ONLY.**

# LEAVITT LEGAL SERVICES, P.C.

601 S. 6th Street
Las Vegas, Nevada 89101

**THIS IS NOT A BILL. FOR INFORMATIONAL PURPOSES ONLY.**

Invoice # 1757
Date: 09/04/2025



## Pay your invoice online

**To pay your invoice, open the camera on your mobile device and place the QR code in the camera's view.**

Or, **click here** if you're viewing on a computer or smartphone.

# LEAVITT LEGAL SERVICES, P.C.

601 S. 6th Street
Las Vegas, Nevada 89101

**THIS IS NOT A BILL. FOR INFORMATIONAL PURPOSES ONLY.**

Invoice # 1771
Date: 10/01/2025

Vegas Custom Glass LLC
3750 Salt Cedar Ln
Las Vegas, NV 89121

## 4524

## Sub Ch V BK

| Type | Date | Notes | Quantity | Rate | Total |
|------|------|-------|----------|------|-------|
| Service | 09/02/2025 | Email from Vincent Regala regarding payment adjustment | 0.10 | $500.00 | $50.00 |
| Service | 09/02/2025 | Call to Vincent Regala regarding payment adjustment | 0.10 | $500.00 | $50.00 |
| Service | 09/02/2025 | Call to Jason Feely regarding contractors board | 0.10 | $500.00 | $50.00 |
| Service | 09/02/2025 | Call with Vincent Regala regarding Cash Collateral Motion | 0.20 | $500.00 | $100.00 |
| Service | 09/02/2025 | Email to Kevin Archibald regarding union trust fund | 0.10 | $500.00 | $50.00 |
| Service | 09/03/2025 | Email from Vincent Regala regarding Vegas Remodels | 0.10 | $500.00 | $50.00 |
| Service | 09/03/2025 | Email from Kevin Archibald regarding requested information | 0.10 | $500.00 | $50.00 |
| Service | 09/03/2025 | Email from Wade Pope regarding requested information | 0.10 | $500.00 | $50.00 |
| Service | 09/03/2025 | Email from Kevin Archibald regarding Sunset Station Club Madrid | 0.10 | $500.00 | $50.00 |
| Service | 09/03/2025 | Email from Wade Pope regarding Sunset Station Club Madrid | 0.10 | $500.00 | $50.00 |
| Service | 09/03/2025 | Email from Kevin Archibald responding to Wade Pope regarding Sunset Station Club Madrid | 0.10 | $500.00 | $50.00 |
| Service | 09/03/2025 | Email from Glenn Truitt regarding payment adjustment agreement | 0.10 | $500.00 | $50.00 |

| Service | 09/03/2025 | Email from Blake Cordeiro regarding amended language in payment adjustment agreement | 0.10 | $500.00 | $50.00 |
|---|---|---|---|---|---|
| Service | 09/03/2025 | Email from Vincent Regala regarding payment adjustment agreement | 0.10 | $500.00 | $50.00 |
| Service | 09/03/2025 | Email from Vincent Regala reagrding amendments to payment adjustment agreement | 0.10 | $500.00 | $50.00 |
| Expense | 09/04/2025 | Reimbursable expenses: Postage and mailing - Utilities Motion ECF 19 | 1.00 | $4.02 | $4.02 |
| Service | 09/04/2025 | Call with Vincent Regala regarding union contract | 0.20 | $500.00 | $100.00 |
| Service | 09/04/2025 | Email from Vincent Regala regarding union contract | 0.10 | $500.00 | $50.00 |
| Service | 09/04/2025 | Call with Ed McDonald and Brian Shapiro regarding First Day Motions Orers | 0.20 | $500.00 | $100.00 |
| Service | 09/04/2025 | Review of client file | 0.20 | $500.00 | $100.00 |
| Service | 09/04/2025 | Receive and review Proof of Claims 7 and 8 | 0.20 | $500.00 | $100.00 |
| Service | 09/04/2025 | Lodged Order Granting Application to Employ | 0.10 | $500.00 | $50.00 |
| Service | 09/04/2025 | Lodged Order Granting Designated Reponsible Person | 0.10 | $500.00 | $50.00 |
| Service | 09/04/2025 | Lodged Order Granting Insurance Premium | 0.10 | $500.00 | $50.00 |
| Service | 09/04/2025 | Lodged Order Granting Interim Pay Wages | 0.10 | $500.00 | $50.00 |
| Service | 09/04/2025 | Drafted and filed Certificate of Mailing regarding Utilities Motion | 0.10 | $500.00 | $50.00 |
| Service | 09/04/2025 | Draft Supplement to Cash Collateral Motion | 0.30 | $500.00 | $150.00 |
| Service | 09/05/2025 | Receive and review Proof of Claims 9 and 10 | 0.20 | $500.00 | $100.00 |
| Service | 09/08/2025 | Call with Vincent Regala regarding union | 0.20 | $500.00 | $100.00 |
| Service | 09/08/2025 | Email from Marisa Torino regarding Doris Elementary | 0.10 | $500.00 | $50.00 |
| Service | 09/08/2025 | Call with Blake Cordeiro regarding executed payment adjustment agreement | 0.20 | $500.00 | $100.00 |
| Service | 09/08/2025 | Call with Blake Cordeiro regarding status of accounts receivable | 0.20 | $500.00 | $100.00 |
| Service | 09/09/2025 | Drafted and filed Supplemental Errata ECF 71 | 0.50 | $500.00 | $250.00 |
| Service | 09/09/2025 | Call to Marisa Torino regarding Vegas Remodels | 0.10 | $500.00 | $50.00 |
| Service | 09/09/2025 | Email from Marisa Torino regarding Vegas Remodels | 0.10 | $500.00 | $50.00 |
| Service | 09/09/2025 | Receive and review Order Granting Application to | 0.20 | $500.00 | $100.00 |

| | | Employ ECF 66 | | | |
|---|---|---|---|---|---|
| Service | 09/09/2025 | Receive and review Order Granting Motion to Approve Vincent Regala as Designated Reponsible Person ECF 67 | 0.20 | $500.00 | $100.00 |
| Service | 09/09/2025 | Receive and review Order Authorizing to Enter into Insurance Premium ECF 68 | 0.20 | $500.00 | $100.00 |
| Service | 09/09/2025 | Receive and review Order Granting Motion to Assume Lease ECF 69 | 0.20 | $500.00 | $100.00 |
| Service | 09/09/2025 | Receive and review Interim Order Granting Motion to Pay Wages ECF 70 | 0.20 | $500.00 | $100.00 |
| Service | 09/10/2025 | Receive and review Proof of Claim 12 | 0.20 | $500.00 | $100.00 |
| Service | 09/11/2025 | Receive and review Proof of Claims 13 and 14 | 0.20 | $500.00 | $100.00 |
| Service | 09/15/2025 | Appearance at cont. Court hearing regarding Cash Collateral Motion | 0.50 | $500.00 | $250.00 |
| Service | 09/15/2025 | Email from Vincent Regala regarding Motion to Reject Union Contract | 0.10 | $500.00 | $50.00 |
| Service | 09/15/2025 | Review letter from BofA regarding DIP account | 0.10 | $500.00 | $50.00 |
| Service | 09/15/2025 | Email from Vincent Regala regarding DIP account | 0.10 | $500.00 | $50.00 |
| Service | 09/15/2025 | Call with Vincent Regala regarding Cont. Cash Collateral Court Hearing | 0.20 | $500.00 | $100.00 |
| Service | 09/15/2025 | Prep of Order regarding Cash Collateral | 0.10 | $500.00 | $50.00 |
| Service | 09/16/2025 | Receive and review Final Order Granting Motion to Pay Wages ECF 73 | 0.20 | $500.00 | $100.00 |
| Service | 09/17/2025 | Call to Vincent Regala regarding his bank accounts | 0.10 | $500.00 | $50.00 |
| Service | 09/17/2025 | Receive and review Proof of Claims 15, 16, 17, 18, 19, 20, 21, and 22 | 0.20 | $500.00 | $100.00 |
| Service | 09/18/2025 | Receive and review Proof of Claims 23, 24, and 25 | 0.20 | $500.00 | $100.00 |
| Service | 09/18/2025 | Appearance at cont. 341 | 0.70 | $500.00 | $350.00 |
| Service | 09/18/2025 | Call with Vincent Regala regarding cont. 341 | 0.20 | $500.00 | $100.00 |
| Service | 09/19/2025 | Drafting Motion to Value Collateral | 0.50 | $500.00 | $250.00 |
| Service | 09/19/2025 | Call with Kevin Archibald regarding glaziers union trust fund | 0.20 | $500.00 | $100.00 |
| Service | 09/19/2025 | Email from Wade Pope regarding Martin Harris | 0.10 | $500.00 | $50.00 |
| Service | 09/19/2025 | Email from Kevin Archibald regarding Martin Harris | 0.10 | $500.00 | $50.00 |

| Service | 09/19/2025 | Email from Wade Pope regarding Martin Harris update | 0.10 | $500.00 | $50.00 |
|---|---|---|---|---|---|
| Service | 09/19/2025 | Call with Vincent Regala regarding 341 meeting | 0.20 | $500.00 | $100.00 |
| Service | 09/19/2025 | Prep and research of Motion to Value Collateral and Objection to Claim | 1.00 | $500.00 | $500.00 |
| Service | 09/22/2025 | Drafting Declaration of Vincent Regala in Support of Motion to Value Collateral | 0.50 | $500.00 | $250.00 |
| Service | 09/22/2025 | Final prep and filing of Motion to Value Collateral ECF 74 | 0.50 | $500.00 | $250.00 |
| Service | 09/22/2025 | Email to Vincent Regala regarding glaziers union trust fund | 0.10 | $500.00 | $50.00 |
| Service | 09/22/2025 | Email from Kevin Archibald regarding information for glaziers union trust fund | 0.10 | $500.00 | $50.00 |
| Expense | 09/23/2025 | Reimbursable expenses: Postage and mailing - Motion to Value Collateral ECF 74 and Notice of Hearing | 1.00 | $21.20 | $21.20 |
| Service | 09/23/2025 | Receive and review Proof of Claim 26 | 0.20 | $500.00 | $100.00 |
| Service | 09/23/2025 | Revise and file Declaration of Vincent Regala in Support of Motion to Value Collateral ECF 78 | 0.50 | $500.00 | $250.00 |
| Service | 09/23/2025 | Email from Kevin Archibald regarding Martin Harris | 0.10 | $500.00 | $50.00 |
| Service | 09/23/2025 | Email from Brian Shapiro regarding requested documents | 0.10 | $500.00 | $50.00 |
| Service | 09/23/2025 | Draft and file Notice of Hearing regarding Motion to Value Collateral ECF 76 | 0.10 | $500.00 | $50.00 |
| Service | 09/23/2025 | Review and file August Monthly Operating Report ECF 77 | 0.20 | $500.00 | $100.00 |
| Service | 09/23/2025 | Filed Amended July Monthly Operating Report ECF 79 | 0.10 | $500.00 | $50.00 |
| Service | 09/24/2025 | Call to Brian Shapiro regarding requested documents | 0.10 | $500.00 | $50.00 |
| Service | 09/24/2025 | Email from Vincent Regala regarding potential sale of trucks | 0.10 | $500.00 | $50.00 |
| Service | 09/24/2025 | Email from Brian Shapiro regarding requested documents | 0.10 | $500.00 | $50.00 |
| Expense | 09/25/2025 | Reimbursable expenses: UCC Search | 1.00 | $38.95 | $38.95 |
| Service | 09/25/2025 | Call to Vincent Regala regarding potential sale of trucks | 0.10 | $500.00 | $50.00 |

| Service | 09/26/2025 | Receive an review Proof of Claim 27 | 0.20 | $500.00 | $100.00 |
| Service | 09/26/2025 | Email from Donna DiMaggio regarding Martin Harris | 0.10 | $500.00 | $50.00 |
| Service | 09/29/2025 | Call with Marisa Torino regarding union trust funds | 0.20 | $500.00 | $100.00 |
| | | | | **Total** | **$7,364.17** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 1737 | 08/30/2025 | $7,496.86 | $0.00 | $7,496.86 |
| 1757 | 10/04/2025 | $9,084.00 | $0.00 | $9,084.00 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 1771 | 10/31/2025 | $7,364.17 | $0.00 | $7,364.17 |
| | | | **Outstanding Balance** | **$23,945.03** |
| | | | **Total Amount Outstanding** | **$23,945.03** |

**THIS IS NOT A BILL. FOR INFORMATIONAL PURPOSES ONLY.**

# LEAVITT LEGAL SERVICES, P.C.

601 S. 6th Street
Las Vegas, Nevada 89101

**THIS IS NOT A BILL. FOR INFORMATIONAL PURPOSES ONLY.**

Invoice # 1771
Date: 10/01/2025



## Pay your invoice online

**To pay your invoice, open the camera on your mobile device and place the QR code in the camera's view.**

Or, **click here** if you're viewing on a computer or smartphone.

# LEAVITT LEGAL SERVICES, P.C.

601 S. 6th Street
Las Vegas, Nevada 89101

**THIS IS NOT A BILL. FOR INFORMATIONAL PURPOSES ONLY.**

Invoice # 1785
Date: 10/15/2025

Vegas Custom Glass LLC
3750 Salt Cedar Ln
Las Vegas, NV 89121

## 4524

## Sub Ch V BK

| Type | Date | Notes | Quantity | Rate | Total |
|------|------|-------|----------|------|-------|
| Service | 10/01/2025 | Email from Brian Shapiro regarding filed Motion to Value Collateral | 0.10 | $500.00 | $50.00 |
| Service | 10/01/2025 | Prep of Motion to Reject Union Contract | 1.00 | $500.00 | $500.00 |
| Service | 10/02/2025 | Prep and filing of Notice of Withdrawal of Motion to Value Collateral ECF 83 | 0.20 | $500.00 | $100.00 |
| Service | 10/02/2025 | Email to Brian Shapiro regarding filed Motion to Value Collateral | 0.10 | $500.00 | $50.00 |
| Service | 10/02/2025 | Call to Brian Shapiro regarding 10/1 email regarding filed Motion to Value Collateral | 0.10 | $500.00 | $50.00 |
| Service | 10/02/2025 | Email to Wade Pope regarding Martin Harris | 0.10 | $500.00 | $50.00 |
| Service | 10/02/2025 | Email from Wade Pope regarding Martin Harris | 0.10 | $500.00 | $50.00 |
| Service | 10/02/2025 | Email from Kevin Archibald regarding Martin Harris | 0.10 | $500.00 | $50.00 |
| Service | 10/02/2025 | Call to Marisa Torino regarding union trust fund | 0.10 | $500.00 | $50.00 |
| Service | 10/03/2025 | Receive and review Final Order Granting Debtor's Motion for Authority to Use Accounts Receivable and Use Cash Collateral ECF 81 | 0.20 | $500.00 | $100.00 |
| Service | 10/03/2025 | Receive and review Final Order Granting Debtor's Motion for Authorization to Continue Using Existing Money Management System and Maintain Existing Bank Accounts ECF 82 | 0.20 | $500.00 | $100.00 |
| Service | 10/03/2025 | Prep of Objection to Alo Capitals Duplicative Claims | 0.20 | $500.00 | $100.00 |

| Service | 10/06/2025 | Prep of Liquidation Analysis | 0.50 | $500.00 | $250.00 |
|---|---|---|---|---|---|
| Service | 10/06/2025 | Call to Vincent Regala regarding Plan | 0.10 | $500.00 | $50.00 |
| Service | 10/06/2025 | Call with Vincent Regala regarding Plan | 0.20 | $500.00 | $100.00 |
| Service | 10/06/2025 | Prep of Interim Application for Fees and Expenses | 0.50 | $500.00 | $250.00 |
| Service | 10/07/2025 | Review of Claims | 1.00 | $500.00 | $500.00 |
| Service | 10/07/2025 | Receive and review Projections | 0.20 | $500.00 | $100.00 |
| Service | 10/07/2025 | Prep of Liquidation Analysis | 0.30 | $500.00 | $150.00 |
| Service | 10/07/2025 | Email from Kim Houle regarding 5 Year Projections | 0.10 | $500.00 | $50.00 |
| Service | 10/07/2025 | Email from Wade Pope regarding Martin Harris | 0.10 | $500.00 | $50.00 |
| Service | 10/07/2025 | Email from Kevin Archibald regarding Martin Harris | 0.10 | $500.00 | $50.00 |
| Service | 10/07/2025 | Call with George Omar Koury regarding Level Development Group | 0.20 | $500.00 | $100.00 |
| Service | 10/07/2025 | Call to George Omar Koury regarding Level Development Group | 0.10 | $500.00 | $50.00 |
| Service | 10/07/2025 | Call to Stacy Rubin regarding Claim 14-1 | 0.10 | $500.00 | $50.00 |
| Service | 10/07/2025 | Call with Stacy Rubin regarding Claim 14-1 | 0.20 | $500.00 | $100.00 |
| Service | 10/07/2025 | Email from Daniel Lincoln regarding union meeting | 0.10 | $500.00 | $50.00 |
| Service | 10/07/2025 | Email to Daniel Lincoln regarding union issues | 0.10 | $500.00 | $50.00 |
| Service | 10/07/2025 | Call with Daniel Lincoln regarding union issues | 0.20 | $500.00 | $100.00 |
| Service | 10/07/2025 | Drafting Plan of Reorganization | 3.00 | $500.00 | $1,500.00 |
| Service | 10/07/2025 | Filed Plan of Reorganization ECF 84 | 0.10 | $500.00 | $50.00 |
| Service | 10/07/2025 | Call to Brian Shapiro regarding Plan | 0.10 | $500.00 | $50.00 |
| Service | 10/07/2025 | Call with Brian Shapiro regarding Plan | 0.20 | $500.00 | $100.00 |
| Service | 10/07/2025 | Call with Vincent Regala regarding claim questions | 0.20 | $500.00 | $100.00 |
| Service | 10/07/2025 | Call with Vincent Regala regarding Plan | 0.20 | $500.00 | $100.00 |
| Service | 10/07/2025 | Prep of Objection to Duplicative Claims | 1.00 | $500.00 | $500.00 |
| Service | 10/09/2025 | Prep of Application for Fees and Expenses | 0.50 | $500.00 | $250.00 |
| Service | 10/10/2025 | Email from Kevin Archibald regarding August contributions | 0.10 | $500.00 | $50.00 |

| Service | 10/10/2025 | Email from Vincent Regala regarding Martin Harris | 0.10 | $500.00 | $50.00 |
|---------|-----------|---------------------------------------------------|------|---------|--------|
| Service | 10/14/2025 | Receive and review Amended Proof of Claim 14 | 0.20 | $500.00 | $100.00 |
| Service | 10/14/2025 | Prep of Motion to Value Collateral | 0.30 | $500.00 | $150.00 |
| Service | 10/14/2025 | Email from Kevin Archibald regarding trust fund claims | 0.10 | $500.00 | $50.00 |
| Service | 10/14/2025 | Email from Wade Pope regarding scheduling meeting | 0.10 | $500.00 | $50.00 |
| Service | 10/14/2025 | Email to Wade Pope and Kevin Archibald regarding scheduling meeting | 0.10 | $500.00 | $50.00 |
| Service | 10/15/2025 | Call to Kevin Archibald regarding trust fund claims | 0.10 | $500.00 | $50.00 |
| Service | 10/15/2025 | Call with Kevin Archibald regarding trust fund claims | 0.20 | $500.00 | $100.00 |
| Expense | 10/16/2025 | Postage and mailing - Motion to Value Collateral and Bifurcate Secured Claims ECF 85 and Notice of Hearing ECF 86 | 1.00 | $119.60 | $119.60 |
| Service | 10/16/2025 | Appearance at hearings regarding Status Check and Utilities Motion | 0.70 | $500.00 | $350.00 |
| Service | 10/16/2025 | Filed Motion to Value Collateral and Bifurcate Secured Claims ECF 85 | 0.20 | $500.00 | $100.00 |
| Service | 10/16/2025 | Filed Notice of Hearing ECF 86 | 0.10 | $500.00 | $50.00 |
| Service | 10/16/2025 | Filed Certificate of Service ECF 87 | 0.10 | $500.00 | $50.00 |
| Service | 10/16/2025 | Conference with Wade Pope and Kevin Archibald regarding Martin Harris Construction | 0.50 | $500.00 | $250.00 |
| Service | 10/16/2025 | Email from Donna DiMaggio regarding Martin Harris | 0.10 | $500.00 | $50.00 |
| Service | 10/16/2025 | Email from Kevin Archibald regarding Martin Harris | 0.10 | $500.00 | $50.00 |
| Service | 10/16/2025 | Call with Vincent Regala regarding case updates | 0.20 | $500.00 | $100.00 |
| Service | 10/21/2025 | Receive and review Order Granting Motion for an Order Determining Adequate Assurance has been Provided to Utility Companies ECF 90 | 0.20 | $500.00 | $100.00 |
| Service | 10/21/2025 | Email from Vincent Regala regarding claim #2 | 0.10 | $500.00 | $50.00 |
| Service | 10/21/2025 | Received, reviewed, and filed September Monthly Operating Report ECF 91 | 0.30 | $500.00 | $150.00 |
| Service | 10/21/2025 | Filed Objection to Alo Capitals Duplicative Claims ECF 92 | 0.10 | $500.00 | $50.00 |

| Service | 10/21/2025 | Filed Declaration of Vincent Regala in Support of Objection to Alo Capitals Duplicative Claims ECF 93 | 0.10 | $500.00 | $50.00 |
|---------|------------|---------------------------------------|------|---------|--------|
| Expense | 10/22/2025 | Postage and mailing - Objection to Alo Capitals Duplicative Claims ECF 92, Declaration ECF 93, and Notice of Hearing ECF 94 | 1.00 | $6.56 | $6.56 |
| Service | 10/23/2025 | Filed Notice of Hearing with Certificate of Service ECF 94 | 0.10 | $500.00 | $50.00 |
| Service | 10/23/2025 | Meeting with Sean McDonald and Daniel Lincoln regarding union contract | 0.50 | $500.00 | $250.00 |
| Service | 10/23/2025 | Call with Vincent Regala regarding union contract | 0.20 | $500.00 | $100.00 |
| Service | 10/27/2025 | Email from Marisa Torino regarding union audit | 0.10 | $500.00 | $50.00 |
| Service | 10/28/2025 | Email from Justin Hinton regarding Hammond Calking stay violation | 0.10 | $500.00 | $50.00 |
| Service | 10/28/2025 | Email from Vincent Regala regarding Hammond Caulking stay violation | 0.10 | $500.00 | $50.00 |
| Service | 10/28/2025 | Call with Vincent Regala regarding Hammond Caulking stay violation | 0.20 | $500.00 | $100.00 |
| Service | 10/28/2025 | Email from Daniel Lincoln regarding union meeting | 0.10 | $500.00 | $50.00 |
| Service | 10/28/2025 | Email from Sean McDonald regarding union meeting | 0.10 | $500.00 | $50.00 |
| Service | 10/29/2025 | Email from Vincent Regala regarding bond reinstatement | 0.10 | $500.00 | $50.00 |
| Service | 10/30/2025 | Call to Vincent Regala regarding Motion to Enforce Stay | 0.10 | $500.00 | $50.00 |

|  |  |  |  | **Total** | **$8,976.16** |

# Detailed Statement of Account

## Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|----------------|--------|------------|-------------------|-------------|
| 1737 | 08/30/2025 | $7,496.86 | $0.00 | $7,496.86 |
| 1757 | 10/04/2025 | $9,084.00 | $0.00 | $9,084.00 |
| 1771 | 10/31/2025 | $7,364.17 | $0.00 | $7,364.17 |

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 1785 | 11/14/2025 | $8,976.16 | $0.00 | $8,976.16 |
| | | | Outstanding Balance | $32,921.19 |
| | | | Total Amount Outstanding | $32,921.19 |

**THIS IS NOT A BILL. FOR INFORMATIONAL PURPOSES ONLY.**

# LEAVITT LEGAL SERVICES, P.C.

601 S. 6th Street
Las Vegas, Nevada 89101

**THIS IS NOT A BILL. FOR INFORMATIONAL PURPOSES ONLY.**

Invoice # 1785
Date: 10/15/2025



## Pay your invoice online

**To pay your invoice, open the camera on your mobile device and place the QR code in the camera's view.**

Or, **click here** if you're viewing on a computer or smartphone.