**LEAVITT LEGAL SERVICES, P.C.**
**JAMES T. LEAVITT, ESQ.**
STATE BAR NO. 012803
601 South 6th Street
Las Vegas, Nevada 89101
Phone: (702) 385-7444 Facsimile: (702) 385-1178
Jamestleavittesq@gmail.com, Leavittecf@gmail.com
*Attorney for Vegas Custom Glass, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: 25-13929-gs |
| | CHAPTER 11 SUBCHAPTER V |
| VEGAS CUSTOM GLASS LLC., | |
| | Date: November 24, 2025 |
| | Time: 1:30 p.m. |
| _____DEBTOR._____ | |

**NOTICE OF HEARING RE:**
**INTERIM APPLICATION FOR FEES AND EXPENSES OF JAMES T. LEAVITT AS COUNSEL FOR DEBTOR**

**PLEASE TAKE NOTICE** that the Interim Application for Fees and Expenses was filed on November 4, 2025 [ECF No. 96]. The hearing for said Motion will be held before the above-entitled Court on the 24th day of November, 2025, at the hour of 1:30 p.m., in the Foley Federal Building and U.S. Courthouse, 300 Las Vegas Blvd South, Las Vegas, NV 89101.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Motion is on file with and available from the clerk of the United States Bankruptcy Court for the District of Nevada, Foley Federal Building and U.S. Courthouse, 300 Las Vegas Blvd South, Las Vegas, NV 89101; via the bankruptcy court's website at www.nvb.uscourts.gov (a PACER account is required); or from the undersigned counsel upon request.

**PLEASE TAKE FURTHER NOTICE** If you object to the relief requested, you must file a WRITTEN response to this pleading with the court. You must also serve your written response on the person who sent you this notice. If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may refuse to allow you to speak at the scheduled hearing; and,
- The court may rule against you without formally calling the matter at the hearing.

**PLEASE TAKE FURTHER NOTICE** that a Courtroom Deputy will email the parties a link to the video conference at least one (1) day before the hearing with the necessary information to connect for remote participation. Parties are responsible for ensuring that all participants appearing remotely have appropriate access to Zoom. To the extent that any party does not have access to participate in the hearing through the Zoom video, participation may be telephonic.

**PLEASE TAKE FURTHER NOTICE** that this hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and time at the above noticed hearing or any adjournment thereof.

Dated this 4th day of November, 2025.

Submitted by:

LEAVITT LEGAL SERVICES, P.C.

By: /s/ *James T. Leavitt, Esq.*
JAMES T. LEAVITT, ESQ.
Nevada Bar No. 012803
601 S. 6th Street
Las Vegas, Nevada 89101
*Attorney for Debtor*

## CERTIFICATE OF SERVICE

On this 5th day of November, 2025, I served the following document(s) (specify):

*NOTICE OF HEARING RE:*
*INTERIM APPLICATION FOR FEES AND EXPENSES OF JAMES T. LEAVITT*
*AS COUNSEL FOR DEBTOR*

I served the above-named document(s) by depositing a true and complete copy of the above named document(s), first class postage paid into the United States Mail, via US Mail to the following persons as listed on the attached Matrix.

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 5th day of November, 2025

Melissa Milroy          /s/ Melissa Milroy
(Name of Declarant)     (Signature of Declarant)

```
Label Matrix for local noticing        ALO Capital Group                      LEAVITT LEGAL SERVICES, P.C.
0978-2                                 c/o Giuliano Law PC                    601 SOUTH 6TH STREET
Case 25-13929-gs                       445 Broadhollow Rd.                    LAS VEGAS, NV 89101-6919
District of Nevada                     Suite 25
Las Vegas                              Melville, NY 11747-3645
Wed Nov  5 09:44:19 PST 2025

Martin Harris Construction, LLC        VEGAS CUSTOM GLASS, LLC                United States Bankruptcy Court
Champion Lovelock                      6255 MCLEOD DR. STE 21                 300 Las Vegas Blvd., South
6600 Amelia Earhart Ct., Ste A         LAS VEGAS, NV 89120-4075               Las Vegas, NV 89101-5833
Las Vegas, NV 89119-3535


ALO Capital Group                      All American Finishing LLC             Ally Financial
c/o Giuliano Law PC                    2121 Highland Ave.                     500 Woodward Ave
445 Broadhollow Rd., Suite 25          Las Vegas NV 89102-4626                Detroit, MI 48226-3416
Melville, N.Y. 11747-3645


Ally Financial                         Alo Capital Group                      Alo Capital Group LLC
Acct No xxx-xxxx-x4879                 18851 NE 29th Ave                      c/o Kaminski Law PLLC
500 Woodward Ave                       Miami, FL 33180-2847                   P.O. Box 247
Detroit, MI 48226-3416                                                        Grass Lake, MI 49240-0247


American Express                       BOARD OF TRUSTEES OF THE GLAZING       Bank of America
P.O. Box 96001                         HEALTH AND WELFARE FUND, ET AL         Acct No xxxx xxxx xxxx 0041
Los Angeles CA 90096-8000              CHRISTENSEN JAMES AND MARTIN, CHTD     PO Box 25118
                                       7440 WEST SAHARA AVENUE                Tampa, FL 33622-5118
                                       LAS VEGAS, NV 89117-2740


Bank of America                        Beacon Sales Acquisition Inc. dba QXO/Waterp   Boyd Martin Construction
Acct No xxxx xxxx xxxx 0099            505 Huntmar Park Dr.                   5965 McLeod Dr
PO Box 25118                           Herndon, VA 20170-5103                 Las Vegas, NV 89120-3404
Tampa, FL 33622-5118


C.R. Laurence Co Inc                   Christensen James and Martin CHTD      Daryl Pachloke
2503 E Vernon Ave                      Acct No xxxxxx5872                     9104 Little Horse Ave.
Los Angeles, CA 90058-1826             7440 W Sahara                          Las Vegas NV 89143-5425
                                       Las Vegas, NV 89117-2740


Dept. of Employment, Training & Rehab  Donna D. DiMaggio, Esq.                E Financial Tree
Employment Security Division           Tracy M. OSteen, Esq.                  201 Broad St Suite 1002
500 East Third Street                  CHAMPION LOVELOCK LAW                  Stamford, CT 06901-2004
Carson City, NV 89713-0002             6600 Amelia Earhart Court, Suite A
                                       Las Vegas, NV 89119-3535


Empire CAT Rental                      Empire Southwest, LLC, formerly Cashman Equi   Finishing Trades Institute
3300 St Rose Pkwy                      1725 S Country Club Dr                 Christensen James & Martin, Chtd.
Henderson, NV 89052-3985               Mesa, AZ 85210-6099                    Attn: Kevin B. Archibald, Esq.
                                                                              7440 W. Sahara Ave.
                                                                              Las Vegas, NV 89117-2740


Forte Specialty Contractors            Fox Funding                            Fox Funding Group, LLC
3451 W Martin Ave C                    803 S 21st Ave                         c/o Kaminski Law PLLC
Las Vegas, NV 89118-4572               Hollywood, FL 33020-6962               P.O. Box 247
                                                                              Grass Lake, MI 49240-0247
```

| | | |
|---|---|---|
| Glass Supply Inc<br>2975 S Highland Dr<br>Las Vegas, NV 89109-1011 | GlassWerks LA Inc<br>8600 Rheem Ave<br>South Gate, CA 90280-3333 | Glazing Health and Welfare Fund<br>Christensen James & Martin, Chtd.<br>Attn: Kevin B. Archibald, Esq.<br>7440 W. Sahara Ave.<br>Las Vegas, NV 89117-2740 |
| Hammond Caulking<br>3355 W Lake Mead Blvd #100<br>North Las Vegas, NV 89032-4901 | Howard & Howard Attorneys PLLC<br>Attn: Stacy H. Rubin, Esq.<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV 89169-5958 | Howard and Howard<br>The Wells Fargo Tower<br>3800 Howard Hughes Pkwy<br>Las Vegas, NV 89169-0972 |
| INTUIT FINANCING INC.<br>WELTMAN, WEINBERG AND REIS CO., LPA<br>PO BOX 93784<br>CLEVELAND OH 44101-5784 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | International Painters and Allied Trades Ind<br>Christensen James & Martin, Chtd.<br>Attn: Kevin B. Archibald, Esq.<br>7440 W. Sahara Ave.<br>Las Vegas, NV 89117-2740 |
| International Window Company<br>Acct No x3008<br>2455 Wardlow Rd<br>Corona, CA 92878-5191 | Isaiah P Regala<br>3750 Salt Cedar Ln.<br>Las Vegas NV 89121-5932 | Isaiah Regala<br>3750 Salt Cedar Lane<br>Las Vegas, NV 89121-5932 |
| Joe Lieberman, ESQ<br>Lieberman and Klestzick, LLP<br>PO Box 356<br>Cedarhurst, NY 11516-0356 | Joint Apprenticeship Training Trust<br>Christensen James & Martin, Chtd.<br>Attn: Kevin B. Archibald, Esq.<br>7440 W. Sahara Ave.<br>Las Vegas, NV 89117-2740 | Juvani Geografo Paderanga<br>3750 Salt Cedar Ln.<br>Las Vegas NV 89121-5932 |
| Kravitz Schnitzer Johnson & Watson CHTD.<br>8985 S. Eastern Ave St. 200<br>Las Vegas NV 89123-4852 | Level Development Group LLC<br>1110 E. Lake Mead PKWY<br>Henderson NV 89015-5561 | Level Development Group, LLC<br>c/o Adrienne Gibson<br>815 E Lake Mead Pkwy<br>Suite 130, PMB#216<br>Henderson, NV 89015-5512 |
| Martin Harris Construction<br>3030 S Highland Dr<br>Las Vegas, NV 89109-1047 | Meow LLC<br>1410 Jet Stream Drive<br>Suite 300<br>Henderson, NV 89052-4214 | Merchants National Bonding, Inc.<br>P.O. Box 14498<br>Des Moines, IA 50306-3498 |
| Michael R. Esposito, Esq.<br>8985 So. Eastern Avenue<br>Suite 200<br>Las Vegas, NV 89123-4852 | Michael R. Esposito, Esq.<br>SCHNITZER JOHNSON & WATSON, CHTD.<br>8985 S. Eastern Ave., Suite 200<br>Las Vegas, NV 89123-4852 | Nevada Department of Taxation, Bankruptcy Se<br>700 E. Warm Springs Rd. Ste 200<br>Las Vegas, NV 89119-4311 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: EDWARD M. MCDONALD JR.<br>300 LAS VEGAS BLVD. SOUTH, SUITE 4300<br>LAS VEGAS, NV 89101-5803 | PRL Aluminum Inc.<br>c/o NCS<br>729 Miner Road<br>Highland Heights, OH 44143-2117 | PRL Glass System<br>13644 Nelson Ave.<br>City of Industry<br>La Puente CA 91746-2336 |
| PRL Glass Systems, Inc.<br>c/o NCS<br>729 Miner Road<br>Highland Heights, OH 44143-2117 | PWI Construction Inc<br>3902 W Martin Ave<br>Las Vegas, NV 89118 | Quickbridge<br>Acct No xxx-xxxxx5-02-6<br>46 Discovery Suite 200<br>Irvine, CA 92618-3123 |

| | | |
|---|---|---|
| Quickbridge<br>Acct No xxx-xxxxx5-02-7<br>46 Discovery Suite 200<br>Irvine, CA 92618-3123 | Quickbridge<br>Acct No xxx-xxxxx5-02-8<br>46 Discovery Suite 200<br>Irvine, CA 92618-3123 | School Guard Glass<br>Acct No xx0635<br>14 Federico Drive<br>Pittsfield, MA 01201-5518 |
| Smalley & Company<br>5295 Procyon St #100<br>Las Vegas, NV 89118-1676 | So. NV & CA Glzrs. Pension Trust Fund<br>Christensen James & Martin, Chtd.<br>Attn: Kevin B. Archibald, Esq.<br>7440 W. Sahara Ave.<br>Las Vegas, NV 89117-2740 | So. NV LMCC<br>Christensen James & Martin, Chtd.<br>Attn: Kevin B. Archibald, Esq.<br>7440 W. Sahara Ave.<br>Las Vegas, NV 89117-2740 |
| Southern Nevada Glaziers and Fabricators<br>Acct No xxxxxx5872<br>PO Box 400608<br>Las Vegas, NV 89140-0608 | Stanley Doors<br>65 Scott Swamp Road<br>Farmington, CT 06032-2803 | Star Program, Inc.<br>Christensen James & Martin, Chtd.<br>Attn: Kevin B. Archibald, Esq.<br>7440 W. Sahara Ave.<br>Las Vegas, NV 89117-2740 |
| (p)U S  SMALL BUSINESS ADMINISTRATION<br>312 N SPRING ST 5TH FLOOR<br>LOS ANGELES CA 90012-4701 | U.S. TRUSTEE - LV - 11<br>300 LAS VEGAS BOULEVARD S.<br>SUITE 4300<br>LAS VEGAS, NV 89101-5803 | Vegas Remodels<br>1620 Raiders Way Suite 130<br>Henderson, NV 89052-4631 |
| Vincent Regala<br>3750 Salt Cedar Ln<br>Las Vegas, NV 89121-5932 | WELTMAN, WEINBERG AND REIS CO., L.P.A.<br>5475 RINGS ROAD, SUITE 200<br>DUBLIN, OH 43017-7565 | BRIAN D. SHAPIRO<br>510 S. 8TH STREET<br>LAS VEGAS, NV 89101-7003 |
| JAMES T. LEAVITT<br>LEAVITT LEGAL SERVICES, P.C.<br>601 SOUTH 6TH STREET<br>LAS VEGAS, NV 89101-6919 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Internal Revenue Service<br>Ogden, UT 84201 | U.S. Small Business Administration<br>Office of General Counsel<br>312 N. Spring St., 5th Floor<br>Los Angeles, CA 90012 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BOARD OF TRUSTEES OF THE FINISHING TRADES | (u)BOARD OF TRUSTEES OF THE GLAZING HEALTH AN | (u)BOARD OF TRUSTEES OF THE INTERNATIONAL PAI |

(u)BOARD OF TRUSTEES OF THE PAINTERS, GLAZIER    (u)BOARD OF TRUSTEES OF THE SOUTHERN NEVADA P    (u)Board of Trustees of the Southern Nevada a

(u)STAR PROGRAM, INC.    (u)Blusky Restoration Contractors    (u)Builders United

(u)ES Oasis LLC    (u)Grey West Construction    (u)Legay Jones LLC

(u)Monument Construction - 25th    (u)Ochoa    (u)PRL

(u)VINCENT REGALA    End of Label Matrix
                      Mailable recipients    75
                      Bypassed recipients    16
                      Total                  91