**LEAVITT LEGAL SERVICES, P.C.**
**JAMES T. LEAVITT, ESQ.**
State Bar No. 012803
601 South 6th Street
Las Vegas, Nevada 89101
Phone: (702) 385-7444 Facsimile: (702) 385-1178
Jamestleavittesq@gmail.com, Leavittcf@gmail.com
*Attorney for Vegas Custom Glass, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | BK-25-13929-gs |
| | Chapter 11 Sub Chapter V |
| VEGAS CUSTOM GLASS, LLC. | Date: November 24, 2025 |
| | Time: 1:30 p.m. |
| DEBTOR. | |

**CERTIFICATE OF SERVICE**

1. On the 4th day of November, 2025, I served the following document(s):

**APPLICATION FOR FEES AND EXPENSES OF JAMES T. LEAVITT AS COUNSEL FOR DEBTOR**

I served the above-named document(s) by depositing a true and complete copy of the above named document(s), first class postage paid into the United States Mail, via US Mail to the following persons as listed on the attached Matrix.

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 5th day of November, 2025

| Melissa Milroy | /s/ Melissa Milroy |
|---|---|
| **(Name of Declarant)** | **(Signature of Declarant)** |

- 1 -

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0978-2<br>Case 25-13929-gs<br>District of Nevada<br>Las Vegas<br>Wed Nov  5 09:44:19 PST 2025 | ALO Capital Group<br>c/o Giuliano Law PC<br>445 Broadhollow Rd.<br>Suite 25<br>Melville, NY 11747-3645 | LEAVITT LEGAL SERVICES, P.C.<br>601 SOUTH 6TH STREET<br>LAS VEGAS, NV 89101-6919 |
| Martin Harris Construction, LLC<br>Champion Lovelock<br>6600 Amelia Earhart Ct., Ste A<br>Las Vegas, NV 89119-3535 | VEGAS CUSTOM GLASS, LLC<br>6255 MCLEOD DR. STE 21<br>LAS VEGAS, NV 89120-4075 | United States Bankruptcy Court<br>300 Las Vegas Blvd., South<br>Las Vegas, NV 89101-5833 |
| ALO Capital Group<br>c/o Giuliano Law PC<br>445 Broadhollow Rd., Suite 25<br>Melville, N.Y. 11747-3645 | All American Finishing LLC<br>2121 Highland Ave.<br>Las Vegas NV 89102-4626 | Ally Financial<br>500 Woodward Ave<br>Detroit, MI 48226-3416 |
| Ally Financial<br>Acct No xxx-xxxx-x4879<br>500 Woodward Ave<br>Detroit, MI 48226-3416 | Alo Capital Group<br>18851 NE 29th Ave<br>Miami, FL 33180-2847 | Alo Capital Group LLC<br>c/o Kaminski Law PLLC<br>P.O. Box 247<br>Grass Lake, MI 49240-0247 |
| American Express<br>P.O. Box 96001<br>Los Angeles CA 90096-8000 | BOARD OF TRUSTEES OF THE GLAZING<br>HEALTH AND WELFARE FUND, ET AL<br>CHRISTENSEN JAMES AND MARTIN, CHTD<br>7440 WEST SAHARA AVENUE<br>LAS VEGAS, NV 89117-2740 | Bank of America<br>Acct No xxxx xxxx xxxx 0041<br>PO Box 25118<br>Tampa, FL 33622-5118 |
| Bank of America<br>Acct No xxxx xxxx xxxx 0099<br>PO Box 25118<br>Tampa, FL 33622-5118 | Beacon Sales Acquisition Inc. dba QXO/Waterp<br>505 Huntmar Park Dr.<br>Herndon, VA 20170-5103 | Boyd Martin Construction<br>5965 McLeod Dr<br>Las Vegas, NV 89120-3404 |
| C.R. Laurence Co Inc<br>2503 E Vernon Ave<br>Los Angeles, CA 90058-1826 | Christensen James and Martin CHTD<br>Acct No xxxxxx5872<br>7440 W Sahara<br>Las Vegas, NV 89117-2740 | Daryl Pachloke<br>9104 Little Horse Ave.<br>Las Vegas NV 89143-5425 |
| Dept. of Employment, Training & Rehab<br>Employment Security Division<br>500 East Third Street<br>Carson City, NV 89713-0002 | Donna D. DiMaggio, Esq.<br>Tracy M. OSteen, Esq.<br>CHAMPION LOVELOCK LAW<br>6600 Amelia Earhart Court, Suite A<br>Las Vegas, NV 89119-3535 | E Financial Tree<br>201 Broad St Suite 1002<br>Stamford, CT 06901-2004 |
| Empire CAT Rental<br>3300 St Rose Pkwy<br>Henderson, NV 89052-3985 | Empire Southwest, LLC, formerly Cashman Equi<br>1725 S Country Club Dr<br>Mesa, AZ 85210-6099 | Finishing Trades Institute<br>Christensen James & Martin, Chtd.<br>Attn: Kevin B. Archibald, Esq.<br>7440 W. Sahara Ave.<br>Las Vegas, NV 89117-2740 |
| Forte Specialty Contractors<br>3451 W Martin Ave C<br>Las Vegas, NV 89118-4572 | Fox Funding<br>803 S 21st Ave<br>Hollywood, FL 33020-6962 | Fox Funding Group, LLC<br>c/o Kaminski Law PLLC<br>P.O. Box 247<br>Grass Lake, MI 49240-0247 |

| | | |
|---|---|---|
| Glass Supply Inc<br>2975 S Highland Dr<br>Las Vegas, NV 89109-1011 | GlassWerks LA Inc<br>8600 Rheem Ave<br>South Gate, CA 90280-3333 | Glazing Health and Welfare Fund<br>Christensen James & Martin, Chtd.<br>Attn: Kevin B. Archibald, Esq.<br>7440 W. Sahara Ave.<br>Las Vegas, NV 89117-2740 |
| Hammond Caulking<br>3355 W Lake Mead Blvd #100<br>North Las Vegas, NV 89032-4901 | Howard & Howard Attorneys PLLC<br>Attn: Stacy H. Rubin, Esq.<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV 89169-5958 | Howard and Howard<br>The Wells Fargo Tower<br>3800 Howard Hughes Pkwy<br>Las Vegas, NV 89169-0972 |
| INTUIT FINANCING INC.<br>WELTMAN, WEINBERG AND REIS CO., LPA<br>PO BOX 93784<br>CLEVELAND OH 44101-5784 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | International Painters and Allied Trades Ind<br>Christensen James & Martin, Chtd.<br>Attn: Kevin B. Archibald, Esq.<br>7440 W. Sahara Ave.<br>Las Vegas, NV 89117-2740 |
| International Window Company<br>Acct No x3008<br>2455 Wardlow Rd<br>Corona, CA 92878-5191 | Isaiah P Regala<br>3750 Salt Cedar Ln.<br>Las Vegas NV 89121-5932 | Isaiah Regala<br>3750 Salt Cedar Lane<br>Las Vegas, NV 89121-5932 |
| Joe Lieberman, ESQ<br>Lieberman and Klestzick, LLP<br>PO Box 356<br>Cedarhurst, NY 11516-0356 | Joint Apprenticeship Training Trust<br>Christensen James & Martin, Chtd.<br>Attn: Kevin B. Archibald, Esq.<br>7440 W. Sahara Ave.<br>Las Vegas, NV 89117-2740 | Juvani Geografo Paderanga<br>3750 Salt Cedar Ln.<br>Las Vegas NV 89121-5932 |
| Kravitz Schnitzer Johnson & Watson CHTD.<br>8985 S. Eastern Ave St. 200<br>Las Vegas NV 89123-4852 | Level Development Group LLC<br>1110 E. Lake Mead PKWY<br>Henderson NV 89015-5561 | Level Development Group, LLC<br>c/o Adrienne Gibson<br>815 E Lake Mead Pkwy<br>Suite 130, PMB#216<br>Henderson, NV 89015-5512 |
| Martin Harris Construction<br>3030 S Highland Dr<br>Las Vegas, NV 89109-1047 | Meow LLC<br>1410 Jet Stream Drive<br>Suite 300<br>Henderson, NV 89052-4214 | Merchants National Bonding, Inc.<br>P.O. Box 14498<br>Des Moines, IA 50306-3498 |
| Michael R. Esposito, Esq.<br>8985 So. Eastern Avenue<br>Suite 200<br>Las Vegas, NV 89123-4852 | Michael R. Esposito, Esq.<br>SCHNITZER JOHNSON & WATSON, CHTD.<br>8985 S. Eastern Ave., Suite 200<br>Las Vegas, NV 89123-4852 | Nevada Department of Taxation, Bankruptcy Se<br>700 E. Warm Springs Rd. Ste 200<br>Las Vegas, NV 89119-4311 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: EDWARD M. MCDONALD JR.<br>300 LAS VEGAS BLVD. SOUTH, SUITE 4300<br>LAS VEGAS, NV 89101-5803 | PRL Aluminum Inc.<br>c/o NCS<br>729 Miner Road<br>Highland Heights, OH 44143-2117 | PRL Glass System<br>13644 Nelson Ave.<br>City of Industry<br>La Puente CA 91746-2336 |
| PRL Glass Systems, Inc.<br>c/o NCS<br>729 Miner Road<br>Highland Heights, OH 44143-2117 | PWI Construction Inc<br>3902 W Martin Ave<br>Las Vegas, NV 89118 | Quickbridge<br>Acct No xxx-xxxxx5-02-6<br>46 Discovery Suite 200<br>Irvine, CA 92618-3123 |

| | | |
|---|---|---|
| Quickbridge<br>Acct No xxx-xxxxx5-02-7<br>46 Discovery Suite 200<br>Irvine, CA 92618-3123 | Quickbridge<br>Acct No xxx-xxxxx5-02-8<br>46 Discovery Suite 200<br>Irvine, CA 92618-3123 | School Guard Glass<br>Acct No xx0635<br>14 Federico Drive<br>Pittsfield, MA 01201-5518 |
| Smalley & Company<br>5295 Procyon St #100<br>Las Vegas, NV 89118-1676 | So. NV & CA Glzrs. Pension Trust Fund<br>Christensen James & Martin, Chtd.<br>Attn: Kevin B. Archibald, Esq.<br>7440 W. Sahara Ave.<br>Las Vegas, NV 89117-2740 | So. NV LMCC<br>Christensen James & Martin, Chtd.<br>Attn: Kevin B. Archibald, Esq.<br>7440 W. Sahara Ave.<br>Las Vegas, NV 89117-2740 |
| Southern Nevada Glaziers and Fabricators<br>Acct No xxxxxx5872<br>PO Box 400608<br>Las Vegas, NV 89140-0608 | Stanley Doors<br>65 Scott Swamp Road<br>Farmington, CT 06032-2803 | Star Program, Inc.<br>Christensen James & Martin, Chtd.<br>Attn: Kevin B. Archibald, Esq.<br>7440 W. Sahara Ave.<br>Las Vegas, NV 89117-2740 |
| (p)U S  SMALL BUSINESS ADMINISTRATION<br>312 N SPRING ST 5TH FLOOR<br>LOS ANGELES CA 90012-4701 | U.S. TRUSTEE - LV - 11<br>300 LAS VEGAS BOULEVARD S.<br>SUITE 4300<br>LAS VEGAS, NV 89101-5803 | Vegas Remodels<br>1620 Raiders Way Suite 130<br>Henderson, NV 89052-4631 |
| Vincent Regala<br>3750 Salt Cedar Ln<br>Las Vegas, NV 89121-5932 | WELTMAN, WEINBERG AND REIS CO., L.P.A.<br>5475 RINGS ROAD, SUITE 200<br>DUBLIN, OH 43017-7565 | BRIAN D. SHAPIRO<br>510 S. 8TH STREET<br>LAS VEGAS, NV 89101-7003 |
| JAMES T. LEAVITT<br>LEAVITT LEGAL SERVICES, P.C.<br>601 SOUTH 6TH STREET<br>LAS VEGAS, NV 89101-6919 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Internal Revenue Service<br>Ogden, UT 84201 | U.S. Small Business Administration<br>Office of General Counsel<br>312 N. Spring St., 5th Floor<br>Los Angeles, CA 90012 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BOARD OF TRUSTEES OF THE FINISHING TRADES | (u)BOARD OF TRUSTEES OF THE GLAZING HEALTH AN | (u)BOARD OF TRUSTEES OF THE INTERNATIONAL PAI |

| | | |
|---|---|---|
| (u)BOARD OF TRUSTEES OF THE PAINTERS, GLAZIER | (u)BOARD OF TRUSTEES OF THE SOUTHERN NEVADA P | (u)Board of Trustees of the Southern Nevada a |
| (u)STAR PROGRAM, INC. | (u)Blusky Restoration Contractors | (u)Builders United |
| (u)ES Oasis LLC | (u)Grey West Construction | (u)Legay Jones LLC |
| (u)Monument Construction - 25th | (u)Ochoa | (u)PRL |
| (u)VINCENT REGALA | | |

End of Label Matrix
Mailable recipients    75
Bypassed recipients    16
Total                  91