LEAVITT LEGAL SERVICES, P.C.
JAMES T. LEAVITT, ESQ.
State Bar No. 012803
601 South 6th Street
Las Vegas, Nevada 89101
Phone: (702) 385-7444 Facsimile: (702) 385-1178
Jamestleavittesq@gmail.com, Leavittecf@gmail.com
*Attorney for Vegas Custom Glass, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re:

VEGAS CUSTOM GLASS, LLC.

　　　　DEBTOR.

) BK-25-13929-gs
) Chapter 11 Sub Chapter V
)
) Date: November 24, 2025
) Time: 1:30 p.m.
)

**DECLARATION IN SUPPORT OF INTERIM APPLICATION FOR FEES AND EXPENSES OF JAMES T. LEAVITT AS COUNSEL FOR DEBTOR**

I, James T. Leavitt, Esq., declare as follows:

1. I am over the age of 18 and mentally competent. I am the attorney of the law firm of Leavitt Legal Services P.C., and am licensed to practice law in the State of Nevada. I am responsible for the representation of VEGAS CUSTOM GLASS, LLC., a Nevada corporation, as debtor and debtor in possession (the "Debtor"), in its bankruptcy case (the "Chapter 11 Case"). This Declaration is made and based on my own personal knowledge and if called upon to testify regarding the matters herein, I would do so as set forth herein.

2. This Declaration is submitted in support of the Interim Fee Application of James T. Leavitt as Counsel to the Debtor for the Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred from July 9, 2025 through October 31, 2025 (the "Application").

## Summary of Tasks Performed

3. During the time represented by this Application, Applicant (I) reviewed and filed the Petition, Schedules, and Statements; (II) prepared and filed various Motions; (III) conducted a review of claims solicitation and informed Debtor of all Claims and progress; (IV) Plan preparation; (V) reviewed various Contracts; (VI) conducted extensive research on the unique issues presented by this case.

4. <u>Communications with Creditors and related parties – Hours 11.5 totaling $5,750</u>

    Includes any and all correspondences, and telephone calls with counsel for the Creditors and related parties, with respect to Claims, Payment Adjustment Agreement, Accounts Receivable, Liens, Contracts, and various case details.

5. <u>Communications with the Counsel and Specialists for the Office of the U.S. Trustee - Hours 3.4 totaling $1,700</u>

    Includes correspondences and telephone calls with the U.S. Trustee's office with respect to the administration of this case.

6. <u>Communications with Debtor and related parties – Hours 12.1 totaling $6,050</u>

    Includes meetings, correspondences, and telephone calls with Debtor and related parties with respect to preparation of Petition, Schedules, Statements, Monthly Operating Reports, various Motions, Hearings, Plan, and case movement.

7. <u>Preparation of Fee Application - Hours 1.0 totaling $500</u>

    Includes research, preparation, and filing of Applicant's Fee Application.

8. <u>Preparation, Filing, and Monitoring of Petition, Schedules, Statements, Plan, various Motions, Monthly Reports, Research, and Reviews- Hours 31 totaling $15,500</u>

Includes preparation and monitoring of Petition, Schedules, Statements, Amendments, various Motions, Monthly Operating Reports, Plan, and review of various Contracts as well as research regarding case details.

9. <u>Preparation for and Attendance at Court Appearances, and 341 Meetings - Hours 6.1 totaling $3,050</u>

    Includes research on issues relating to matters to be resolved at hearings; preparation for and attendance at Court Hearings.

    <u>EXPENSES INCURRED</u> The total $371.19 as reflected in the Application for Employment, Applicant bills for expenses, including mailings, postage, long distance and third party expenses (including costs of filing documents with the court).

## Relief Requested

10. Leavitt Legal Services requested professional compensation is fair and reasonable under the circumstances of this case and its representation of the Debtor. The professional services performed by James T. Leavitt were necessary and appropriate to the administration of the Chapter 11 Case, and were in the best interests of the Debtor, the estate, creditors and other parties in interest.

11. Compensation for the foregoing services as requested is commensurate with the complexity, importance, and nature of the problems, issues, and tasks involved. The professional services were performed expeditiously, thoroughly, and in an efficient manner.

. . .

. . .

. . .

12. Accordingly, the professional fees for legal services rendered are reasonable under the circumstances of this Chapter 11 Case and therefore should be allowed.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 4th day of November, 2025.    LEAVITT LEGAL SERVICES, P.C.

By: _____
JAMES T. LEAVITT, ESQ.
Nevada Bar No. 012803
601 S. 6th Street
Las Vegas, Nevada 89101
*Attorney for Debtor*

###