_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
December 16, 2025

**LEAVITT LEGAL SERVICES, P.C.**
**JAMES T. LEAVITT, ESQ.**
State Bar No. 012803
601 South 6th Street
Las Vegas, Nevada 89101
Phone: (702) 385-7444 Facsimile: (702) 385-1178
Jamestleavittesq@gmail.com, Leavittecf@gmail.com
Attorney for Debtor-in-Possession

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: 25-13929-gs |
| | CHAPTER 11 SUBCHAPTER V |
| VEGAS CUSTOM GLASS LLC., | Hearing Date: November 24, 2025 |
| | Hearing Time: 1:30 p.m. |
| DEBTOR. | |

### ORDER RE: OBJECTION TO ALO CAPITAL GROUP'S DUPLICATIVE CLAIMS

This matter having come before the Court on the Objection to Alo Capital Group's Duplicative Claims ("Objection") filed by Vegas Custom Glass LLC ("Debtor"), by and through its attorney, James T. Leavitt of Leavitt Legal Services, P.C.; the Court having reviewed the Objection, the Debtor's Declaration and attached Exhibits, all papers and pleadings on file herein; and the Court being fully advised in the premises;

**IT IS HEREBY FOUND:**

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334;

2. Venue is proper in this Court pursuant to 28 U.S.C. § 1409;

3. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2);

4. Debtor filed a Voluntary Petition under Chapter 11 of the United States Bankruptcy Code on July 9, 2025;

5. Brian Shapiro was duly appointed as Chapter 11 Subchapter V Trustee in this case on July 11, 2025;

6. The bar date for filing proofs of claim was September 17, 2025, pursuant to Local Rule 3003(b);

7. Alo Capital Group LLC filed two proofs of claim: Proof of Claim #11 and Proof of Claim #24;

8. Both Proof of Claim #11 and Proof of Claim #24 claim the identical amount of $96,750.00;

9. Both claims arise from the same Sale of Future Receipts Agreement dated June 9, 2025, with a Purchased Amount of $108,000.00;

10. The two claims represent the same underlying debt obligation and are therefore duplicative;

11. Allowing both claims would result in improper double recovery by Alo Capital Group LLC for a single debt.

. . . .

. . . .

**IT IS HEREBY ORDERED:**

1. The Objection is **GRANTED**;
2. Alo Capital Group LLC's Proof of Claim #11 is **disallowed** as duplicative of Proof of Claim #24;
3. Only Proof of Claim #24 filed by Alo Capital Group LLC in the amount of $96,750.00 shall be allowed;
4. This Order shall be binding upon all parties in interest;
5. The Court retains jurisdiction to enforce the terms of this Order and to resolve any disputes arising therefrom.

*/S/ James T Leavitt*
**LEAVITT LEGAL SERVICES, P.C.**
**JAMES T. LEAVITT, ESQ.**
State Bar No. 012803
601 South 6th Street
Las Vegas, Nevada 89101
*Attorney for Vegas Custom Glass*

- 3 -

**LR 9021 CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

    ___    The court has waived the requirement set forth in LR 9021(b)(1).

    ___    No party appeared at the hearing or filed an objection to the motion.

    _X_    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above.

                              APPROVED    DISAPPROVED    NO RESPONSE

Brian Shapiro                        X
Bankruptcy Trustee
510 S. 8th Street
Las Vegas, NV. 89101

    ___    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

                                        /s/ *Melissa Milroy*
                                        An Employee of James T. Leavitt, Esq.

###

- 4 -